## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2003 NOV 10 A 10: 02
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| MCCARTHY, ET AL, | : DOC. NO. 3:03 CV 00431 (SRU) |
| Plaintiffs, | : |
| v. | : |
| Dun & Bradstreet, ET AL, | : |
| Defendants. | : November 7, 2003 |

### PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs in the above caption matter hereby object to defendants' motion to dismiss for failure to state a cause of action. As is more particularly set forth in the accompanying memorandum of law, plaintiffs respectfully submit that they have adequately pled a cause of action in each of the counts challenged by defendants.

WHEREFORE, defendants' motion to dismiss should be denied.

THE PLAINTIFFS: Mary McCarthy, et al.

BY: _____
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
328 Mitchell Street
Groton, CT 06340
(860) 445-1809

**ORAL ARGUMENT REQUESTED**

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

>Patrick W. Shea
>Zachary R. Osborne
>Paul, Hastings, Janofsky & Walker LLP
>1055 Washington Boulevard
>Stamford, CT  06901-2216

Date:  November 7, 2003

_____
Thomas G. Moukawsher