UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| McCARTHY, ET AL., <br><br> Plaintiffs, <br><br> - against - <br><br> DUN & BRADSTREET, ET AL., <br><br> Defendants. | CIVIL ACTION NO. <br> 3:03-CV-0431 (SRU) <br><br><br> November 19, 2003 |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS

Defendants hereby move for a fifteen (15) day time extension to file their Reply Brief in further support of their Motion to Dismiss. If this motion is granted, Defendants' deadline to file their Reply Brief in further support of their Motion to Dismiss will be <u>December 9, 2003</u> rather than November 24, 2003. In support of this motion Defendants assert that:

1. Plaintiffs' co-counsel, Ian O. Smith, Esq. of Moukawsher & Walsh, LLC has been contacted by Defendants' undersigned counsel and has indicated that he consents to the proposed 15 day time extension.

2. This is Defendants' first request for an extension of time to file their Reply Brief in further support of their Motion to Dismiss.

3. Good cause exists to grant an initial time extension based on the following: (a) Plaintiffs' opposition brief is 52 pages long and discusses a high number of cases not in Defendants' brief; (b) Plaintiffs' were granted a 30 day time extension to file their opposition brief based on the complexity of the issues briefed; (c) Defendants' counsel has a pre-planned vacation during the current briefing time-

-2-

frame. Accordingly, responding by the current November 24, 2003 deadline would impose an undue hardship upon Defendants.

DATED: November 19, 2003

Respectfully submitted,

By: _____
Patrick W. Shea (ct07071)
Zachary R. Osborne (ct19988)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: zacharyosborne@paulhastings.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of November, 2003, a copy of the foregoing Defendants' Unopposed Motion for Extension of Time to File Reply Brief in Further Support of Motion to Dismiss was forwarded by facsimile and first class mail, postage prepaid to the following counsel of record:

>Thomas G. Moukawsher, Esq.
>Ian O. Smith, Esq.
>Moukawsher & Walsh, LLC
>21 Oak Street, Suite 100
>Hartford, CT 06106

_/s/ Zachary R. Osborne_
Zachary R. Osborne

STM/255947.3