UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV 20 P 3: 07

| | |
|---|---|
| McCARTHY, ET AL.,<br><br>                Plaintiffs,<br><br>- against -<br><br>DUN & BRADSTREET, ET AL.,<br><br>                Defendants. | CIVIL ACTION NO.<br>3:03-CV-0431 (SRU)<br><br><br><br><br>November 19, 2003 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO DISMISS**

Defendants hereby move for a fifteen (15) day time extension to file their Reply Brief in further support of their Motion to Dismiss. If this motion is granted, Defendants' deadline to file their Reply Brief in further support of their Motion to Dismiss will be <u>December 9, 2003</u> rather than November 24, 2003. In support of this motion Defendants assert that:

1. Plaintiffs' co-counsel, Ian O. Smith, Esq. of Moukawsher & Walsh, LLC has been contacted by Defendants' undersigned counsel and has indicated that he consents to the proposed 15 day time extension.

2. This is Defendants' first request for an extension of time to file their Reply Brief in further support of their Motion to Dismiss.

3. Good cause exists to grant an initial time extension based on the following: (a) Plaintiffs' opposition brief is 52 pages long and discusses a high number of cases not in Defendants' brief; (b) Plaintiffs' were granted a 30 day time extension to file their opposition brief based on the complexity of the issues briefed; (c) Defendants' counsel has a pre-planned vacation during the current briefing time-

GRANTED; ABSENT OBJECTION.
SO ORDERED
Stefan R. Underhill, U.S.D.J.