UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 10  A 10: 34

| | |
|---|---|
| MCCARTHY, ET AL., | Case No.: 03:CV 431 (SRU) |
| Plaintiffs, | |
| v. | |
| DUN & BRADSTREET, ET AL, | |
| Defendants. | December 9, 2003 |

## JOINT MOTION TO MODIFY CASE MANAGEMENT DEADLINES

Plaintiffs Mary McCarthy et al. ("Plaintiffs") and Defendants Dun & Bradstreet, et al. ("Defendants") hereby jointly move for a modification of the case management deadlines in this putative class action lawsuit, alleging four separate violations of the Employee Retirement Income Security Act of 1974 ("ERISA"). In the interests of judicial economy, conducting efficient litigation and preserving the resources of the parties, the parties respectfully submit that until Defendants' pending motion to dismiss is fully decided by the Court, non-written discovery should be limited to three depositions (non-expert) per party and the current case management deadlines should be modified as follows:

1. *Defendant's Opposition to Plaintiffs' Motion for Class Certification* shall be filed on or before May 1, 2004 or three (3) months from this Court's ruling on the Defendant's pending motion to dismiss, whichever is later. This modification is requested based on the fact that the Court's ruling on the pending Motion to Dismiss will potentially impact whether Defendant opposes class certification and what scope of deposition discovery, if any, will be necessary on issues relating to class certification.

2. *All discovery* shall be completed by October 31, 2004 or nine (9) months from this Court's ruling on the Defendants' pending motion to dismiss, whichever is later.

3. *Deposition discovery* shall be limited to three (4) depositions per party until January 31, 2004 or twenty-one (21) days from this Court's ruling on the Defendant's pending motion to dismiss, whichever is later. The parties reserve the right to seek permission to take additional depositions if circumstances or the lapse of significant time necessitate.

4. *Plaintiffs shall designate all trial experts* and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by May 1, 2004 or four (4) months from this Court's ruling on the Defendant's pending motion to dismiss, whichever is later.

5. *Defendants shall designate all trial exerts* and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by June 1, 2004 or five (5) months from this Court's ruling on the Defendant's pending motion to dismiss.

6. A *damages analysis* will be provided by any party who has a claim or counterclaim for damages by June 1, 2004 or five (5) months from this Court's ruling on the Defendant's pending motion to dismiss, whichever is later.

7. *Final dispositive motions* will be filed on or before December 15, 2004, or within forty-five days of the close of discovery, whichever is later.

8. The case will be *trial ready* by January 30, 2005, or within 60 days after the close of discovery or the Court's decision on final dispositive motions, whichever is later.

DATED: December 9, 2003        THE PLAINTIFFS

By _____
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
Tel: 860.278.7005
Fax: 860.548.1740
e-mail: tmoukawsher@mwlawgroup.com


DATED: December 5, 2003        THE DEFENDANTS

By: _____
Patrick W. Shea (ct07071)
Zachary R. Osborne (ct 19988)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
e-mail: zacharyosborne@paulhastings.com

## CERTIFICATE OF SERVICE

This is to certify that on this 9 day of December, 2003, a copy of the foregoing Joint Motion to Modify Case Management Deadlines was forwarded by facsimile and UPS overnight mail, to the following counsel of record:

>Patrick W. Shea
>Zachary R. Osborne
>Paul, Hastings, Janofsky & Walker LLP
>1055 Washington Blvd.
>Stamford, CT 06901

_____
Thomas G. Moukawsher