

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, CLAYTON BOROWSKI, individually and on behalf of others similarly situated, and individually, GAIL ADAMS, DONALD BAKERT, et al., <br><br>Plaintiffs, <br><br>v. <br><br>THE DUN & BRADSTREET CORPORATION, THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT, and THE DUN & BRADSTREET CAREER TRANSITION PLAN, <br><br>Defendants. | CIVIL ACTION NO. 3:03 CV 0431 (SRU) <br><br><br>DECEMBER 9, 2003 |

Granted. The Clerk shall docket the Reply Brief. Judge 12/16/03
So ordered.

**DEFENDANTS' MOTION FOR PERMISSION TO EXCEED LOCAL RULE 7(d)'s REPLY MEMORANDUM PAGE LIMIT**

The Dun & Bradstreet Corporation, The Dun & Bradstreet Corporation Retirement Account, and The Dun & Bradstreet Career Transition Plan ("Defendants"), respectfully move the Court for permission to exceed the ten (10) page limit applicable to Reply Briefs contained in D. Conn. L. Civ. R. 7(d) with respect to their Reply Brief in Further Support of Their Motion to Dismiss With Prejudice.

Defendants' respectfully request permission to file a sixteen (16) page reply brief. There is good cause for granting this request because Plaintiffs' Memorandum of Law in Opposition to the Defendants' Motion to Dismiss – to which the Defendants' reply brief responds – is fifty-two (52) pages long. This is twelve (12) pages longer than the applicable 40-page limit set forth in D. Conn. L. Civ. R. 7(a)(2) – a page limit Plaintiffs' exceeded without asking for or obtaining the Court's consent. Moreover, the Defendants have moved to dismiss three separate ERISA governed claims and Plaintiffs have opposed, in great detail, dismissal of