# EXHIBIT L

**The Dun & Bradstreet Corporation**

# THE DUN & BRADSTREET CORPORATION

## General Information About Your Benefits

GENERAL INFORMATION ABOUT YOUR BENEFITS
AS IN EFFECT AUGUST 1, 1991

### TABLE OF CONTENTS

|  | Page |
|---|---|
| IMPORTANT INFORMATION | 3 |
| YOUR BENEFITS AT A GLANCE | 3 |
| YOUR BENEFITS DURING AN ABSENCE FROM WORK | 8 |
| PLAN ADMINISTRATION | 11 |
| • The Employee Benefits Committee | 11 |
| • The Finance Committee | 11 |
| DENIAL OF CLAIM AND APPEALS PROCEDURES | 12 |
| LEGAL PROCESS | 13 |
| PLAN CONTINUATION | 13 |
| CHANGING OR ENDING THE PLANS | 13 |
| • Welfare Plans | 13 |
| • Retirement and Savings Plans | 14 |
| • Retirement Plan | 14 |
| • Profit Participation Plan and Investment Plan | 15 |
| LEGAL, TAX AND INVESTMENT ADVICE | 15 |
| AFFILIATES PARTICIPATING IN THE PLANS | 15 |
| PLAN DOCUMENTS | 16 |
| YOUR RIGHTS UNDER ERISA | 16 |

                                                                    Page

ADMINISTRATIVE FACTS...............................................18

 •   Plan Sponsor and Plan Administrator...........................18

 •   Employer Identification Number................................18

 •   Additional Details............................................18

**IMPORTANT INFORMATION**

Dun & Bradstreet provides its employees with an employee benefits program that is designed to provide quality coverages that meet your and your family's special needs, and to help you save while you're working and build toward a secure financial future.

In this booklet, you will find your "Benefits At A Glance," information about Plan coverage while you're away from work, the administration of your Plans and your rights under the Employee Retirement Income Security Act of 1974 ("ERISA"). Each of your benefit plans are described in a separate booklet.

These Plan booklets provide important information about what benefits you are entitled to and how your benefits work. Please read all these booklets carefully and keep them handy for future reference.

**YOUR BENEFITS AT A GLANCE**

The following charts summarize each Plan of The Dun & Bradstreet Corporation's employee benefits program. Please refer to your Plan booklets for further details.

BENEFITS AT A GLANCE

| | ELIGIBILITY | ENROLLMENT | COST | WHEN YOU HAVE HEALTH EXPENSES |
|---|---|---|---|---|
| Comprehensive Medical Plan | Employees and eligible dependents; date of hire. | You may enroll in Options A, B or C of the Comprehensive Medical Plan or HMO if available in your area. See your HR rep or manager. | You and the Company share the cost. Your cost depends on which Option you elect and number of dependents you enroll. | For you and each covered family member, all three Comprehensive Medical Plan Options cover reasonable and customary eligible expenses. But the level of benefits, deductibles and out-of-pocket maximums are different for each Option. Each Option provides a Family Health Allowance feature, limits out-patient treatment of psychiatric and substance abuse expenses to $6,000 annually, and provides $1,000,000 lifetime maximum for each covered individual. |
| Dental Plan | Employees and eligible dependents; date of hire. | Anyone enrolled in the Comprehensive Medical Plan or an HMO may enroll in the Dental Plan. See your HR rep or manager. | You and the Company share the cost. Your cost depends on number of dependents you enroll. | For you and each covered family member, the Plan pays 50%-80% of reasonable and customary expenses based on type of service up to $1,000 a year per person after a $50 deductible per person; 50% of reasonable and customary expenses for orthodontia for dependent children up to age 19 with a lifetime maximum of $1,000. |
| Life Insurance, Voluntary Group Accident Insurance ("VGA"), Travel Accident Insurance | Employees: date of hire. | Life Insurance: You may enroll for one or more types of coverage. VGA: you may enroll yourself only or you and your dependents. Travel Accident Insurance: automatic enrollment. | You and the Company share the cost of Basic and Supplemental Life Insurance. You pay the entire cost of VGA. Company pays entire cost of Travel Accident coverage. | |

-4-

BENEFITS AT A GLANCE

| | ELIGIBILITY | ENROLLMENT | COST |
|---|---|---|---|
| Long Term Disability Plan | Employees: date of hire. | See your HR rep or manager. | You pay the entire cost. |
| Profit Participation Plan | January 1 or July 1 after completion of one Year of Service. | You will be notified by HR rep or manager when you are eligible to enroll. | You contribute 2% to 6% of annual earnings as before-tax contributions or after-tax contributions or a combination of both. Company matches 50% of your contributions plus additional match based on Company earnings growth and your Years of Service. In certain circumstances IRS regulations limit member and Company contributions to the Plan. |
| Investment Plan | January 1 or July 1 after completion of one Year of Service. | Anyone enrolled in the Profit Participation Plan may enroll in the Investment Plan. See your HR rep or manager. | You may contribute up to 10% of your annual earnings in the same manner as under the Profit Participation Plan. In certain circumstances IRS regulations limit member and Company contributions to the Plan. |
| Retirement Plan | January 1 or July 1 after attainment of age 21 and completion of one Year of Service. | Automatic enrollment on January 1 or July 1 after you become eligible. | Company pays full cost. |

# BENEFITS AT A GLANCE

| | IF YOU BECOME DISABLED | WHEN YOU RETIRE | IN THE EVENT OF YOUR DEATH | IF YOU LEAVE FOR OTHER REASONS |
|---|---|---|---|---|
| Comprehensive Medical Plan | Prior coverage can continue if you have 10 Years of Vesting Service after reaching age 22 as defined under the Master Retirement Plan of The Dun & Bradstreet Corporation, and are eligible for a benefit under that Plan. | Prior coverage can continue under the regular Plan to age 65, then similar coverage can continue under the 65 Plus Plan; if you have 10 or more years of Vesting Service as defined under the Master Retirement Plan of the Dun & Bradstreet Corporation, and are eligible for a benefit under that Plan. | Coverage for eligible survivors continues for 6 months paid by the Company. Then, COBRA is available for 30 more months at a cost to the survivors. | COBRA coverage is available. |
| Dental Plan | Prior coverage can be continued until age 65 if you have 10 Years of Vesting Service after reaching age 22 as defined under the Master Retirement Plan of The Dun & Bradstreet Corporation, and are eligible for a benefit under that Plan. | Prior coverage can be continued until age 65, if you have 10 or more years of Vesting Service as defined under the Master Retirement Plan of the Dun & Bradstreet Corporation, and are eligible for a benefit under that Plan. | Coverage for eligible survivors continues for 6 months paid by the Company. Then, COBRA is available for 30 more months at a cost to the survivors. | COBRA coverage is available. |
| Life Insurance, Voluntary Group Accident Insurance ("VGA"), Travel Accident Insurance | Life Insurance can be continued with insurance Company approval. VGA can continue if you make the necessary contributions. Travel Accident stops. | At no cost to retiree, Life Insurance coverage can continue in an amount equal to 30% of your Average Final compensation—maximum $10,000, minimum $3,000. Other coverages stop. | Basic Life Insurance pays up to 2 times annual earnings. Company-paid coverage pays benefits depending on your Basic Life Insurance. Supplemental life pays up to 5 times annual earnings based on age at death. VGA pays the amount you elected, if death occurs due to an accident. Travel Accident pays two times annual earnings (minimum $25,000 maximum $500,000) if death occurs while traveling on Company business. | Life Insurance and VGA coverage can be converted to a direct pay policy. Travel Accident stops. |

## BENEFITS AT A GLANCE

| | IF YOU BECOME DISABLED | WHEN YOU RETIRE | IN THE EVENT OF YOUR DEATH | IF YOU LEAVE FOR OTHER REASONS |
|---|---|---|---|---|
| Long Term Disability Plan | Short Term: Statutory and similar benefits may be available depending on the state in which you work.<br><br>Long Term: After 180 days of disability, Plan pays up to 60% of first $16,666 of basic monthly earnings less Other Disability Income (to a maximum monthly benefit of $10,000). | Coverage stops. | Coverage stops. | Coverage stops. |
| Profit Participation Plan | You may continue participation as an active employee only through payroll deductions. Thereafter, the full value of your Plan account becomes distributable to you in a lump sum or an optional deferred distribution. | The full value of your Plan account becomes distributable to you in a lump sum or optional deferred distribution. | The full value of your Plan account becomes payable to your surviving spouse, designated beneficiary or estate. | The vested value of your Plan account becomes distributable to you in a lump sum. |
| Investment Plan | You may continue participation as an active employee only through payroll deductions. Thereafter, the full value of your Plan account becomes distributable to you in a lump sum or optional deferred distribution. | The full value of your Plan account becomes distributable to you in a lump sum or an optional deferred distribution. | The full value of your Plan account becomes payable to your surviving spouse, designated beneficiary or estate. | The full value of your Plan account becomes distributable to you in a lump sum. |
| Retirement Plan | If you have completed 10 years of Vesting Service after reaching age 22, you may retire early. | Monthly benefits payable under normal or optional form of benefit payment based on Average Final Compensation and Credited Service as of your retirement date. | If you die while an active employee after 5 years of Vesting Service, a lifetime income is payable to your spouse starting as early as the date you would have attained age 55. | Monthly benefits payable (starting at age 65 or as early as age 55 at a reduced amount) if you have at least 5 years Vesting Service based on Average Final Compensation and Credited Service. |

-7-

## YOUR BENEFITS DURING AN ABSENCE FROM WORK

Continued coverage and benefits may be available to you and your family during an authorized leave of absence or disability.  The following charts summarize this information for each Plan.

**HERE'S HOW COVERAGE WORKS UNDER EACH PLAN:**

| IF YOU'RE AWAY FROM WORK DUE TO: | Comprehensive Medical Plan or HMO | Dental Plan | Accident & Sickness Disability Plan | Long Term Disability Plan | Group Life Insurance Plan |
|---|---|---|---|---|---|
| Authorized leave of absence (up to 60 days)* | Coverage for you and your family continues as long as you make the necessary contributions. | Coverage for you and your family continues as long as you make the necessary contributions. | Coverage continues as long as you make the necessary contributions. | Coverage continues as long as you make the necessary contributions. | Coverage continues as long as you make the necessary contributions. |
| Short term disability (absence up to 26 weeks)* | Coverage for you and your family continues as long as you make the necessary contributions. | Coverage for you and your family continues as long as you make the necessary contributions. | If you qualify, the Plan pays you a weekly benefit. | Coverage continues as long as you make the necessary contributions. | Coverage continues as long as you make the necessary contributions. |
| Long term disability (absence beyond 180 days)* | If you are eligible for a disability benefit under the Master Retirement Plan of The Dun & Bradstreet Corporation, medical coverage continues for you and your family as long as you make the necessary contributions, remain disabled or retire. | If you are eligible for a disability benefit under the Master Retirement Plan of The Dun & Bradstreet Corporation, dental coverage continues for you and your family as long as you make the necessary contributions and remain disabled until you retire. | Coverage ceases, but you may qualify for benefits under the Long Term Disability Plan. | If you qualify, the Plan pays you a monthly benefit. | If you were covered for at least one year at the time your disability began and the insurance company approves, your coverage continues at no cost to you until you recover or retire whichever occurs first. |

\* If approved by your manager. Coverage during any further period of leave requires advance approval of the Employee Benefits Committee.

-9-

HERE'S HOW COVERAGE WORKS UNDER EACH PLAN:

| IF YOU'RE AWAY FROM WORK DUE TO: | Voluntary Group Accident Insurance Plan | Travel Accident Insurance Plan | Profit Participation Plan | Investment Plan | Retirement Plan |
|---|---|---|---|---|---|
| Authorized leave of absence (up to 60 days)* | Coverage continues as long as you make the necessary contributions. | Coverage stops the day you leave but resumes when you return to active employment. | Participation continues for paid leaves. For unpaid leaves, participation is suspended until you return to work. | Participation continues for paid leaves. For unpaid leaves, participation is suspended until you return to work. | Membership continues for up to 180 days of an absence. If you are paid for the absence, you also may continue to earn a benefit. If you are not paid for the absence, you will only earn a benefit during this period if the leave is approved by the Employee Benefits Committee. |
| Short term disability (absence up to 26 weeks)* | Coverage continues as long as you make the necessary contributions. | Coverage stops the day you leave but can resume if you return to active employment. | Participation continues for paid leaves. For unpaid leaves, participation is suspended until you return to work. | Participation continues for paid leaves. For unpaid leaves, participation is suspended until you return to work. | Membership continues. If you are paid a salary or Accident & Sickness Disability benefits during your absence, or if you are on maternity leave, you also continue to earn a retirement benefit. |
| Long term disability (absence beyond 180 days)* | Coverage continues as long as you make the necessary contributions. | Coverage stops the day you leave but can resume if you return to active employment. | Participation is suspended and you may qualify for an immediate payout from the Plan. If you return to active employment, you may resume participation. | Participation is suspended and you may qualify for an immediate payout from the Plan. If you return to active employment, you may resume participation. | If you qualify, the Plan pays you a disability retirement benefit. If you also receive Long-term Disability and Social Security disability benefits, you may defer retirement payments and earn additional benefit credit until you choose to start receiving retirement payments. |

* Approved by your manager. Coverage during any further period of leave requires advance approval of the Employee Benefits Committee.

-10-

## PLAN ADMINISTRATION

The Dun & Bradstreet Corporation is the Sponsor and Administrator of the
Plans.  It administers the Plans through an Employee Benefits Committee, a
Finance Committee and other committees appointed by those Committees.

- **The Employee Benefits Committee**

   The Employee Benefits Committee consists of at least 3, but not more than
   7, Directors of the Company appointed by the Board of Directors of The Dun
   & Bradstreet Corporation.  This Committee has primary responsibility for
   administering the Plans which includes interpreting Plan provisions,
   establishing and enforcing rules and regulations for Plan administration,
   authorizing distributions, and determining the amount and payment of
   benefits as appropriate.

   The Employee Benefits Committee also appoints a Rulings Committee to act
   in its behalf on administrative matters and an Appeals Committee to review
   and determine claims that have been denied in whole or part.

- **The Finance Committee**

   The Finance Committee consists of at least 3, but not more than 10,
   Directors of the Company appointed by the Board of Directors of The Dun &
   Bradstreet Corporation.  This Committee has primary responsibility for
   selecting the necessary Plan Trustees and investment managers, entering
   into trust or other agreements and determining and implementing -- by
   allocation of assets and investment guidelines -- the investment policy
   and the portfolio objectives of the various Trust Funds.  The Finance
   Committee also appoints an Asset Management Committee to assist in
   carrying out certain of its responsibilities.

   The address of all Committees is the same as shown for The Dun &
   Bradstreet Corporation in the "Affiliates Participating In The Plans"
   section.

DENIAL OF CLAIM AND APPEALS PROCEDURES

Claims processing can begin once you have filled out your claim form, attached the necessary documentation and send it to the insurance company or Plan Administrator.  The people who handle your claim have to process it within 90 days after they receive it.  However, in some cases, they might need more time.  If this happens, you'll be notified that an additional 90-day processing period is required.

If your claim is denied, you will be notified in writing.  This written notice will tell you the reason for the denial and will refer to the pertinent provisions of the Plan on which the denial is based.  It also will point out what, if any, additional information is needed, which could change the decision to deny the claim, and why such information is needed.  Finally, the notice will explain the claim review process.

If your claim has been denied, you can appeal the denial and have your claim reviewed.  Within 60 days after you receive the denial, you, your beneficiary or duly authorized representative may submit a written request to the insurance company or Employee Benefits Committee for reconsideration of your claim for Plan benefits.  Be sure to include any documents or records in support of your appeal.

Besides having the right to appeal, you, your beneficiary or your duly authorized representative can examine any Plan documents related to your claim.

Those reviewing your appeal have to act within 60 days of receiving it. However, in special cases, they may be allowed 120 days, in which case you will be notified in writing.  The final decision will be sent to you in writing, together with an explanation of how the decision was made.  The Committee and the insurance company, in the case of Insured Plans, have the discretionary right to interpret the provisions of the Plans and the policies under which insured benefits are provided.   Their decisions are conclusive and binding.

## LEGAL PROCESS

After exhausting the normal claim appeals procedures, you may serve legal process if you believe you have been improperly denied a benefit.  The agent for legal process is listed in the "Administrative Facts" section.

## PLAN CONTINUATION

The Company expects to continue the employee benefits program indefinitely. However, the Company reserves the right to amend, modify or discontinue any Plan at any time.  Such action would be taken only after careful consideration.

## CHANGING OR ENDING THE PLANS

* **Welfare Plans**

   Benefits under your Life Insurance, Voluntary Group Accident Insurance, Travel Accident Insurance, Comprehensive Medical, Dental and Long Term Disability Plans are paid for on a calendar year basis but the Company reserves the right to change or end the Plans at any time.  The Company's decision to change or end a Plan may be due to changes in Federal or state laws governing welfare plans, the requirements of the Internal Revenue Code or ERISA, the provisions of a contract or a policy involving an insurance company or any other reason.

   In the event of termination of the Long Term Disability Plan, Plan assets in the Trust Fund will be used to provide continuing income to eligible employees, plus those who become disabled within 6 months of Plan termination.  If any excess assets remain, the Employee Benefits Committee will, at its discretion, use the assets to pay eligible employees for life, sickness, accident or other similar benefits provided by the Company.

-13-

• **Retirement and Savings Plans**

The Company expects to continue your Retirement Plan and Profit Participation and Investment Plans, but the Company reserves the right to change or end the Plans at any time. The Company's decision to change, suspend or end a Plan may be due to changes in Federal or state laws governing the Plans, the requirements of the Internal Revenue Code or ERISA or any other reason.

• **Retirement Plan**

If the Plan is ended, you will have a vested or nonforfeitable right to the accrued benefit you have earned. If the Plan is fully funded, you will receive your full accrued benefit. If all benefits have not yet been fully funded, the assets of the Plan will be allocated to provide benefits to members in accordance with a priority schedule set forth in federal regulations.

- PBGC Insurance -- Benefits under the Retirement Plan are insured by the Pension Benefit Guaranty Corporation ("PBGC") if the Plan terminates. Generally, the PBGC guarantees most vested normal retirement age benefits, early retirement benefits and certain disability and survivor's pensions. However, the PBGC does not guarantee all types of benefits under covered plans, and the amount of benefit protection is subject to certain limitations.

    The PBGC guarantees vested benefits at the level in effect on the date of Plan termination. However, if a Plan has been in effect less than 5 years before it terminates, or if benefits have been increased within the 5 years before Plan termination, the whole amount of the Plan's vested benefits or the benefit increase may not be guaranteed. In addition, there is a ceiling on the amount of monthly benefit that the PBGC guarantees, which is adjusted periodically.

-14-

For more information about the PBGC insurance protection and its limitations, ask your Plan Administrator or the PBGC. Inquiries to the PBGC should be addressed to the Office of Communications, PBGC, 2020 K Street, N.W., Washington, D.C., 20006. The PBGC Office of Communications may also be reached by calling (202) 254-4817.

- Profit Participation and Investment Plans

  If a Plan is ended (or if there is a transfer of assets and debts or a Plan split-up) you will have a vested or nonforfeitable right to your account balance(s) at the date of the change. The amount of your benefit may be paid to you in one or more cash payments or an annuity contract which will pay you a monthly income. The exact form of payment may be set by law; if there is a choice, the Plan Administrator will decide the type and timing of payment.

  - PBGC Insurance -- Benefits under this Plan are not insured by the Pension Benefit Guaranty Corporation ("PBGC") because the law does not provide for plan termination insurance in such cases.

**LEGAL, TAX AND INVESTMENT ADVICE**

The Company cannot provide you with advice which is of a personal or individual nature. If you have questions regarding benefit planning, you should seek advice from a personal advisor.

**AFFILIATES PARTICIPATING IN THE PLANS**

If you would like to know which subsidiaries and affiliates of The Dun & Bradstreet Corporation participate in any of the plans, you may request a list by writing to The Dun & Bradstreet Corporation, Employee Benefits & Payroll Services, 1290 Avenue of the Americas, 5th Floor, New York, NY 10104.

## PLAN DOCUMENTS

The information contained in each booklet describes only the highlights of
each Plan. Each is a Summary Plan Description as defined by the Employee
Retirement Income Security Act of 1974 (ERISA). They do not attempt to cover
all details. These are contained in the individual Plan documents and in the
contracts between the insurance companies and the Company which legally govern
the operations of the Plans. The Plan documents and master contracts, as well
as the annual reports of the Plan operations and Plan descriptions filed with
the Federal government, are available for review by Plan participants or their
representatives at either The Dun & Bradstreet Corporation, 299 Park Avenue,
New York, NY 10171, or The Dun & Bradstreet Corporation, Employee Benefits &
Payroll Services, 1290 Avenue of the Americas, 5th Floor, New York, NY 10104
during normal working hours. Upon written request addressed to The Dun &
Bradstreet Corporation, Employee Benefits & Payroll Services, 1290 Avenue of
the Americas, 5th Floor, New York, NY 10104, any or all of these documents
will be furnished to a Plan participant or representative within 30 days at a
reasonable charge.

## YOUR RIGHTS UNDER ERISA

As a participant in the plans described in this booklet, you are entitled to
certain rights and protections under the Employee Retirement Income Security
Act of 1974 (ERISA). ERISA provides that all plan participants may:

- examine, without charge, all plan documents and copies of all
  documents filed with the Internal Revenue Service and the U.S.
  Department of Labor, such as insurance contracts, detailed annual
  reports and Plan Descriptions
- obtain copies of all plan documents and other plan information upon
  written request to the Company. A reasonable charge may be imposed
  for copies
- receive a summary of the plans' annual financial reports

In addition to creating rights for plan participants, ERISA imposes duties
upon the people who are responsible for the operation of employee benefits

-16-

plans. The people who operate your plans, called "fiduciaries," have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

If your claim for a benefit is denied in whole or in part, you must receive a written explanation of the reason for the denial. You have the right to have the claim reviewed and reconsidered. Your rights in the claim review and appeal process are explained in the "Denial of Claims and Appeals Procedures" section.

Under ERISA, there are steps you can take to enforce your rights. For instance, if you request materials from the Plan Administrator and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and to pay you up to $100 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. If a plan's fiduciaries misuse a plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

If you have any questions about any of your plans, you should contact The Dun & Bradstreet Corporation, Employee Benefits & Payroll Services, 1290 Avenue of the Americas, 5th Floor, New York, NY  10104-0005. If you have any questions about this statement or about your rights under ERISA, you should contact the nearest Area Office of the U.S. Labor-Management Services Administration, Department of Labor.

-17-

ADMINISTRATIVE FACTS

- **Plan Sponsor and Plan Administrator**

  The sponsor and administrator for all plans is The Dun & Bradstreet Corporation, 1290 Avenue of the Americas, 5th Floor, New York, NY 10104-0005 (212) 489-2700.

- **Employer Identification Number**

  The identification number for Internal Revenue Service reporting purposes is:
  - 13-2740040 for The Dun & Bradstreet Corporation

- **Additional Details**

  ERISA requires that you have certain details on all plans governed by its provisions.  These details are summarized in the following charts:

ADDITIONAL ADMINISTRATIVE DETAILS

Employer Identification Number:
The Dun & Bradstreet Corporation 13-2740040

| Official Plan Name | Plan Number | Plan Type | Plan Year | Plan Sponsor/ Plan Administrator | Plan Trustee and/or Insurer | Payment of of Benefits | Agent for Legal Process | Plan funding |
|---|---|---|---|---|---|---|---|---|
| Comprehensive Medical Plan of The Dun & Bradstreet Corporation | 501 | Welfare | January 1 - December 31 | The Dun & Bradstreet Corporation Employee Benefits & Payroll Services 1290 Avenue of the Americas, 5th Floor New York, NY 10104 (212) 489-2700 | Metropolitan Life Insurance Company One Madison Avenue New York, NY 10010 | Plan Insurer | Either the Plan Administrator or the Plan Insurer | Employee contributions are included in the Corporation's premium payment to the insurance company |
| Dental Plan of the Dun & Bradstreet Corporation | 506 | Welfare | January 1 - December 31 | The Dun & Bradstreet Corporation Employee Benefits & Payroll Services 1290 Avenue of the Americas, 5th Floor New York, NY 10104 (212) 489-2700 | Metropolitan Life Insurance Company One Madison Avenue New York, NY 10010 | Plan Insurer | Either the Plan Administrator or the Plan Insurer | Employee contributions are included in the Corporation's premium payment to the insurance company |
| Group Life Insurance Plan of the Dun & Bradstreet Corporation | 503 | Welfare | January 1- December 31 | The Dun & Bradstreet Corporation Employee Benefits & Payroll Services 1290 Avenue of the Americas, 5th Floor New York, NY 10104 (212) 489-2700 | Metropolitan Life Insurance Company One Madison Avenue New York, NY 10010 | Plan Insurer | Either the Plan Administrator or the Plan Insurer | Employee contributions are included in the Corporation's premium payment to the insurance company |
| Health Care Premium Conversion Plan | | Welfare | January 1- December 31 | The Dun & Bradstreet Corporation Employee Benefits & Payroll Services 1290 Avenue of the Americas, 5th Floor New York, NY 10104 (212) 489-2700 | | Plan Sponsor | Either the Plan Administrator or the Plan Insurer | Employee contributions on either pre-tax or after-tax basis |

ADDITIONAL ADMINISTRATIVE DETAILS

Employer Identification Number:
The Dun & Bradstreet Corporation 13-2740040

| Official Plan Name | Plan Number | Plan Type | Plan Year | Plan Sponsor/ Plan Administrator | Plan Trustee and/or Insurer | Payment of of Benefits | Agent for Legal Process | Plan Funding |
|---|---|---|---|---|---|---|---|---|
| Travel Accident Insurance Plan of The Dun & Bradstreet Corporation | 504 | Welfare | January 1 - December 31 | The Dun & Bradstreet Corporation Employee Benefits & Payroll Services 1290 Avenue of the Americas, 5th Floor New York, NY 10104 (212) 489-2700 | Federal Insurance Company 15 Mountain View Road Warren, NJ 07060 | Plan Insurer | Either the Plan Administrator or the Plan Insurer | Company pays entire premium |
| Long Term Disability Plan of The Dun & Bradstreet Corporation | 505 | Welfare | January 1 - December 31 | The Dun & Bradstreet Corporation Employee Benefits & Payroll Services 1290 Avenue of the Americas, 5th Floor New York, NY 10104 (212) 489-2700 | Trustee: Bank of New York One Wall Street New York, NY 10286 Administrative Services Agent: Metropolitan Life Insurance Company One Madison Avenue New York, NY 10010 | Plan Trustee | Either the Plan Administrator or the Plan Trustee | Actuarially determined employee contributions |
| Profit Participation Plan for Employees of The Dun & Bradstreet Corporation (includes Investment Plan) | 002 | Defined Contribution | January 1- December 31 | The Dun & Bradstreet Corporation Employee Benefits & Payroll Services 1290 Avenue of the Americas, 5th Floor New York, NY 10104 (212) 489-2700 | Bank of New York One Wall Street New York, NY 10286 | Plan Trustee | Either the Plan Administrator or the Plan Trustee | Company and employee contributions are held by Plan Trustee |
| Master Retirement Plan of The Dun & Bradstreet Corporation | 001 | Defined Benefit | January 1- December 31 | The Dun & Bradstreet Corporation Employee Benefits & Payroll Services 1290 Avenue of the Americas, 5th Floor New York, NY 10104 (212) 489-2700 | Bank of New York One Wall Street New York, NY 10286 | Plan Administrator | Either the Plan Administrator or the Plan Trustee | Actuarially determined Company contributions |