UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 16 P 12: 32

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | DECEMBER 15, 2003 |

## PLAINTIFFS' MOTION FOR PERMISSION TO FILE SURREPLY AND OVERSIZE BRIEF

Plaintiffs' in the above captioned matter hereby respectfully request permission to file the surreply brief accompanying this motion and for permission *nunc pro tunc* to file their brief dated November 7, 2003 with 12 pages in excess of the ordinary brief limits of D.Conn. L.Civ.R. 7 (a)(2). In support hereof, plaintiffs respectfully represent the following:

(1) The several matters addressed by plaintiffs' memorandum in opposition to the motion to dismiss are matters of unusual legal complexity under ERISA;

(2) In light of the complexity of the issues and given that at stake is the dismissal of the majority of plaintiffs' complaint, thorough briefing is necessary;

(3) Plaintiffs' surreply brief is necessary, not only because of the complexity of the issues, but, more important, Dun & Bradstreet raises for the first time in its reply brief several new issues plaintiffs should be permitted to respond to, including its claims for an exception to ERISA's claims rules for "substantial compliance", its submission of a new document and a new claim that this document should excuse its failure to provide for plan administrator discretion in its MRP SPD, and its abandonment of its Sale of Business defense to plaintiffs' CTP claim and its adoption of a second new defense in its reply brief.

WHEREFORE, plaintiffs respectfully urge they be granted permission to file the surreply brief accompanying this motion and for permission *nunc pro tunc* to file their brief dated November 7, 2003 with 12 pages in excess of the ordinary brief limits of L.Civ.R. 7(a)(2).

THE PLAINTIFFS

BY _____
Thomas G. Moukawsher (ct08940)
Ian. O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street; Suite 100
Hartford, CT 06106
(860) 278-7000

THEIR ATTORNEYS

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 15th day of December, 2003, to:

Zachary Osborne, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

_____
Thomas G. Moukawsher