GRANTED in substantial part. Each of the specific calendar dates proposed in the motion is adopted. Should the parties need additional time because decision of the motion to dismiss is delayed, they should file another motion to extend time. So Ordered.

Stefan R. Underhill
United States District Judge
12/18/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 10 A 10:34

MCCARTHY, ET AL,

    Plaintiffs,

v.

DUN & BRADSTREET, ET AL,

    Defendants.

Case No.: 03:CV 431 (SRU)

December 9, 2003

## JOINT MOTION TO MODIFY CASE MANAGEMENT DEADLINES

Plaintiffs Mary McCarthy et al. ("Plaintiffs") and Defendants Dun & Bradstreet, et al. ("Defendants") hereby jointly move for a modification of the case management deadlines in this putative class action lawsuit, alleging four separate violations of the Employee Retirement Income Security Act of 1974 ("ERISA"). In the interests of judicial economy, conducting efficient litigation and preserving the resources of the parties, the parties respectfully submit that until Defendants' pending motion to dismiss is fully decided by the Court, non-written discovery should be limited to three depositions (non-expert) per party and the current case management deadlines should be modified as follows:

    1.    *Defendant's Opposition to Plaintiffs' Motion for Class Certification* shall be filed on or before May 1, 2004 or three (3) months from this Court's ruling on the Defendant's pending motion to dismiss, whichever is later. This modification is requested based on the fact that the Court's ruling on the pending Motion to Dismiss will potentially impact whether Defendant opposes class certification and what scope of deposition discovery, if any, will be necessary on issues relating to class certification.

    2.    *All discovery* shall be completed by October 31, 2004 or nine (9) months from this Court's ruling on the Defendants' pending motion to dismiss, whichever is later.

    3.    *Deposition discovery* shall be limited to three (4) depositions per party until January 31, 2004 or twenty-one (21) days from this Court's ruling on the Defendant's pending motion to dismiss, whichever is later. The parties reserve the right to seek permission to take additional depositions if circumstances or the lapse of significant time necessitate.