03CV431 MFOSBRF

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MCCARTHY, ET AL, | : DOC. NO. 03:CV 431 (SRU) |
| Plaintiffs, | : |
| v. | : |
| DUN & BRADSTREET, ET AL, | : |
| Defendants. | : DECEMBER 15, 2003 |

**PLAINTIFFS' MOTION FOR PERMISSION TO FILE SURREPLY AND OVERSIZE BRIEF**

Plaintiffs' in the above captioned matter hereby respectfully request permission to file the surreply brief accompanying this motion and for permission *nunc pro tunc* to file their brief dated November 7, 2003 with 12 pages in excess of the ordinary brief limits of D.Conn. L.Civ.R. 7 (a)(2). In support hereof, plaintiffs respectfully represent the following:

(1)   The several matters addressed by plaintiffs' memorandum in opposition to the motion to dismiss are matters of unusual legal complexity under ERISA;

(2)   In light of the complexity of the issues and given that at stake is the dismissal of the majority of plaintiffs' complaint, thorough briefing is necessary;

[Handwritten margin note: Granted. The clerk shall docket the surreply brief. So ordered. 12/23/03]