10. Right to Seek or Agree to Other Orders: This Protective Order shall not prevent any party from applying to the Court for relief therefrom, or from applying to the Court for further or additional protective orders, or from agreeing among themselves to modify or vacate this Protective Order, subject to the approval of the Court.

11. Return of Designated Information and Continued Agreement to Confidentiality: At the conclusion of this action, including any appeals, all CONFIDENTIAL information furnished pursuant to this Protective Order, and all copies thereof, shall be returned to the producing attorneys of record, or, at the producing party's option, destroyed by counsel for the receiving party or parties. The provisions of the Protective Order insofar as it restricts the disclosure, communication of, and use of CONFIDENTIAL information produced hereunder shall continue to be binding after the conclusion of this action.

12. Violation: Any party to this action may file a motion requesting that the Court hold in contempt of Court or otherwise appropriately sanction anyone who knowingly violates the terms of this Order.

DATED this 27th day of ~~December, 2003~~ January 2004.

_____
UNITED STATES DISTRICT JUDGE

-9-