CT/cvmhrg (January 10, 2002)

HONORABLE **Stefan Underhill**
DEPUTY CLERK **Montz**     RPTR/ERO/TAPE **Catucci**

TOTAL TIME: ___ hours **50** minutes

DATE **2.27.04**     START TIME **4:05**   END TIME **4:55**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:03cv 431 (SRU)**

**McCarthy, et al**
vs.
**Dun & Bradstreet**

Plaintiffs Counsel: **Thomas MouKawsher**
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: **Patrick Shea**

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

☑ #12  Motion **To Certify Class - Deferred**   ☐ granted ☐ denied ☐ advisement
☑ #18  Motion **To Dismiss**   ☐ granted ☐ denied ☑ advisement

Hearing continued until _____ at _____