## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | APRIL 13, 2004 |

**PARTIES' STIPULATED SCHEDULING ORDER RE: COMPLAINT COUNT FOUR**

Pursuant to the Court's order, the parties hereby stipulate to the following scheduling order with respect to Complaint Count Four:

1. Plaintiffs' expert shall be disclosed no later than May 3, 2004;

2. Defendants shall depose plaintiffs' expert no later than June 2, 2004;

3. Defendants' expert shall be disclosed no later than July 19, 2004.

4. Plaintiffs shall depose defendants' expert no later than August 18, 2004;

5. Dispositive motions directed to Complaint Count Four shall be filed no later than October 4, 2004.

Opposing counsel agrees to the terms of the above-proposed Order.

WHEREFORE, the parties respectfully request that the Court GRANT this Order.

THE PLAINTIFFS: Mary McCarthy, et al.

BY: /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

>Patrick Shea
>Zachary R. Osborne
>Paul, Hastings, Janofsky & Walker LLP
>1055 Washington Boulevard
>Stamford, CT  06901-2216

Date:  April 13, 2004                       /s/ Thomas G. Moukawsher
                                                      Thomas G. Moukawsher