UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MCCARTHY, ET AL,<br><br>                                     Plaintiffs,<br><br>          - against -<br><br>DUN & BRADSTREET, ET AL,<br><br>                                     Defendants. | CIVIL ACTION NO.<br>03:CV 431 (SRU)<br><br><br><br>July 13, 2004 |

## DEFENDANTS UNOPPOSED MOTION TO MODIFY THE PARTIES STIPULATED SCHEDULING ORDER REGARDING COUNT FOUR OF THE AMENDED COMPLAINT

The Defendants respectfully move to modify the previously entered Scheduling Order concerning expert discovery and dispositive motions addressed to Count Four of the Amended Complaint as follows:

1.     Defendants' expert and expert report shall be disclosed no later than Monday, **August 3, 2004** rather than the current July 19, 2004 deadline.

2.     Plaintiffs shall depose Defendants' expert no later than  Friday, **September 3, 2004** rather than the current August 18, 2004 deadline.

3.     Dispositive motions directed to Count Four of the Amended Complaint shall be filed no later than Monday, **October 18, 2004** rather than the current October 4, 2004 deadline.

In support of their motion, Defendants state that Plaintiffs' counsel Thomas G. Moukawsher has been contacted and consents to the proposed modification and that no previous modifications of the Scheduling Order have been requested.  The Defendants also respectfully

submit that there is good cause to grant this motion.  First, the expert currently being consulted

by Defendants and undersigned counsel require additional time to finalize the formalities of the

engagement (these formalities are unrelated to the substance of the expert opinion) and are a

prerequisite to disclosure.  Second, Defendant vacation schedules which undersigned counsel

was previously unaware of overlap with current July 19, 2004 disclosure deadline and it would

impose an undue burden on Defendants if said deadline were not modified.

　　　　WHEREFORE, The Defendants respectfully request that the Court grant their unopposed

motion.

　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　THE DEFENDANTS
　　　　　　　　　　　　DUN & BRADSTREET, ET AL.


By: _____
　　　　　Patrick W. Shea (ct07071)
　　　　　Zachary R. Osborne, (ct19988)
　　　　　PAUL, HASTINGS, JANOFSKY & WALKER LLP
　　　　　1055 Washington Boulevard
　　　　　Stamford, CT  06901-2217
　　　　　Telephone:　　(203) 961-7400
　　　　　Facsimile:　　(203) 359-3031
　　　　　Email: zacharyosborne@paulhastings.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was served upon the following counsel of record via UPS overnight delivery on July 13, 2003.

Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106

Zachary R. Osborne

STM /278059.1 27368.00002