UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MCCARTHY, ET AL,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>DUN & BRADSTREET, ET AL,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO.<br>03:CV 431 (SRU)<br><br><br><br>July 30, 2004 |

**<u>DEFENDANTS UNOPPOSED MOTION TO MODIFY THE PARTIES STIPULATED SCHEDULING ORDER REGARDING COUNT FOUR OF THE AMENDED COMPLAINT BY TWO DAYS</u>**

　　The Defendants respectfully move to modify the previously entered Scheduling Order concerning expert discovery and dispositive motions addressed to Count Four of the Amended Complaint by two days as follows:

　　1.　　Defendants' expert and expert report shall be disclosed no later than **August 5, 2004** rather than the current August 3, 2004 deadline.

　　2.　　Plaintiffs shall depose Defendants' expert no later than **September 6, 2004** rather than the current September 3, 2004 deadline.

-2-

3. Dispositive motions directed to Count Four of the Amended Complaint shall be filed no later than **October 20, 2004** rather than the current October 18, 2004 deadline.

In support of their motion, Defendants state that Plaintiffs' counsel Thomas G. Moukawsher has been contacted and consents to the proposed modification and that one previous modification of the Scheduling Order have been requested. The Defendants also respectfully submit that there is good cause to grant this motion. Undersigned counsel has unexpectedly missed more than five (5) full days of work due to an illness in the direct family and communications with the expert witness have thereby been delayed. For this reason, an additional two days are required. If granted, this minor schedule modification will not impact any other deadlines.

WHEREFORE, The Defendants respectfully request that the Court grant their unopposed motion.

-3-

Respectfully Submitted,

THE DEFENDANTS
DUN & BRADSTREET, ET AL.

By: _____
Patrick W. Shea (ct07071)
Zachary R. Osborne, (ct19988)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone:   (203) 961-7400
Facsimile:   (203) 359-3031
Email: zacharyosborne@paulhastings.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing was served upon the following counsel of record via UPS overnight delivery on July 30, 2003.

                    Thomas G. Moukawsher (ct08940)
                    Ian O. Smith (ct24135)
                    Moukawsher & Walsh, LLC
                    21 Oak Street
                    Hartford, CT 06106

_____
Zachary R. Osborne