UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MCCARTHY, ET AL,

Plaintiffs,

- against -

DUN & BRADSTREET, ET AL,

Defendants.

CIVIL ACTION NO.
03:CV 431 (SRU)

August 19, 2004

## NOTICE OF UNOPPOSED WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:  Please withdraw my appearance on behalf of The Dun & Bradstreet Corporation, The Dun & Bradstreet Corporation Retirement Account, and The Dun & Bradstreet Career Transition Plan ("Defendants") in this action, as I am leaving this Firm to pursue other opportunities.  Defendants continue to be represented by Patrick W. Shea of this Firm.  Plaintiffs' counsel, Thomas G. Moukawsher, has been contacted and has no objection.

DATED:  August 19, 2004

Zachary R. Osborne, (ct19988)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone:     (203) 961-7400
Facsimile:     (203) 359-3031
Email: zacharyosborne@paulhastings.com

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Unopposed Withdrawal of

Appearance was served upon the following counsel of record via United States First Class Mail

on August 19, 2004.

> Thomas G. Moukawsher (ct08940)
> Ian O. Smith (ct24135)
> Moukawsher & Walsh, LLC
> 21 Oak Street
> Hartford, CT  06106

Zachary R. Osborne

STM /280598.1