UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 3:03 CV 00431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | AUGUST 27, 2004 |

### PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINES IN THE PARTIES' STIPULATED SCHEDULING ORDER REGARDING COUNT FOUR OF THE AMENDED COMPLAINT BY THIRTY DAYS

The plaintiffs in the above captioned matter hereby respectfully request a thirty (30) day extension of the times below with respect to deadlines set forth in the Stipulated Scheduling Order Regarding Count Four of the Amended Complaint entered April 14, 2004, as amended on April 19, 2004 July 20, 2004 and August 4, 2004.  This is plaintiff's first request for extension of time with respect to these deadlines.  Plaintiff's counsel has consulted with defendants' counsel with respect to these requested extensions, and defendants' counsel has no objections.

The extensions requested below are necessary because both undersigned counsel and defense counsel are currently occupied with preparing extensive summary judgment briefs due on September 7, 2004 in the case of Parry, et al. v. SBC Corporation, et al, Docket No. 3:04 CV 128 (JBA), before this Court.  Both counsel have reply briefs due in that case on September 21, 2004.  Plaintiffs' counsel also has a brief due in the Second Circuit Court of Appeals on September 27, 2004. Therefore the parties request the following extensions from the Court's Orders:

1. Date by which defendants' expert is to be deposed:  Current date:  September 6, 2004; proposed deadline:  **October 6, 2004**.

2

2. Dispositive motions directed to Count Four of the Amended Complaint due: Current date, October 20, 2004; proposed deadline, **November 19, 2004**.

        THE PLAINTIFFS: Mary McCarthy, et al.

        BY:   /s/ Thomas G. Moukawsher
        Thomas G. Moukawsher (ct08940)
        Ian O. Smith (ct24135)
        Moukawsher & Walsh, LLC
        21 Oak Street
        Hartford, CT 06106
        (860) 278-7000

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

        Patrick Shea
        Paul, Hastings, Janofsky & Walker LLP
        1055 Washington Boulevard
        Stamford, CT  06901-2216

Date: August 27, 2004         /s/ Thomas G. Moukawsher
        Thomas G. Moukawsher