## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 03:CV 431 (SRU) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| DUN & BRADSTREET, ET AL, | : | |
| | : | |
| Defendants. | : | November 15, 2004 |

## MOTION TO SUBSTITUTE EXECUTRIX
## OF THE ESTATE OF KATHERINE J. LUBONSKI
## AS A PARTY PLAINTIFF

The plaintiffs in the above-captioned matter hereby move to substitute for the plaintiff, Katherine J. Lubonski, Debbie K. Lubonski, the Executrix of her estate.  The plaintiffs respectfully represent that Katherine J. Lubonski died on July 16, 2004 and that Debbie K. Lubonski has been duly appointed as executrix of her estate (Exhibit 1, Death Certificate and Short Certificate of appointment).

WHEREFORE, the plaintiffs hereby move to substitute for the plaintiff, Katherine J. Lubonski, Debbie K. Lubonski in her capacity as Executrix of the estate of Katherine J. Lubonski.

THE PLAINTIFFS: Mary McCarthy, et al.

BY:    /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000

**CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed on this date to the

following counsel of record:

> Patrick Shea
> Paul, Hastings, Janofsky & Walker LLP
> 1055 Washington Boulevard
> Stamford, CT  06901-2216

Date:  November 15, 2004                    /s/ Thomas G. Moukawsher

                                            Thomas G. Moukawsher