This is to certify that this is a true copy of the record which is on file in the Pennsylvania Division of Vital Records in accordance with Act 66, P.L. 304, approved by the General Assembly, June 29, 1953.

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

*[signature]* Calvin B. Johnson, M.D., M.P.H.
Secretary of Health



*[signature]* Charles Hardester
State Registrar

No. 3247561

Date: AUG 1 0 2004

## COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS
### CERTIFICATE OF DEATH

H105.143 Rev. 2/87

- **Name of Decedent:** Katherine J. Lubonski
- **Sex:** Female
- **Social Security Number:** 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
- **Date of Death:** 07/16/2004
- **Age:** 53 Yrs.
- **Date of Birth:** 9/17/1950
- **Birthplace:** Riverside, NJ
- **Place of Death:** Hospital — Inpatient ☒
- **County of Death:** Philadelphia
- **City of Death:** Philadelphia
- **Facility Name:** Thomas Jefferson University Hospital
- **Was Decedent of Hispanic Origin?** No
- **Race:** White
- **Decedent's Usual Occupation:** Bookkeeper
- **Kind of Business/Industry:** Receivable Management Service
- **Was Decedent Ever in U.S. Armed Forces?** No
- **Education:** 12 / 1+ (4 or 5+)
- **Marital Status:** Never Married
- **Surviving Spouse:** (Single)
- **Decedent's Mailing Address:** 44 N. Logan Ave., Audubon, NJ 08106
- **Actual Residence — State:** New Jersey
- **County:** Camden
- **Did decedent live in a township?** No, decedent lived within actual limits of Borough of Audubon
- **Father's Name:** Edward J. Lubonski, Sr.
- **Mother's Name:** Florence (Gorski) Lubonski
- **Informant's Name:** Debbie K. Lubonski
- **Informant's Mailing Address:** 85 Pine Valley Rd., Cherry Hill, NJ 08034
- **Method of Disposition:** Removal from State ☒
- **Date of Disposition:** 7/17/2004
- **Place of Disposition:** Harleigh Cemetery & Crematory
- **Location:** Camden, NJ 08103
- **Signature of Funeral Service Licensee:** *[signature]*
- **License Number:** FD009497L
- **Name and Address of Facility:** Henry Funeral Home Inc., 152 W. Atlantic Ave., Audubon, NJ 08106
- **Time of Death:** 1:45 am
- **Date Pronounced Dead:** 07/16/2004
- **Was Case Referred to Medical Examiner/Coroner?** No

**27. PART I:** Enter the diseases, injuries or complications which caused the death.

- a. Immediate cause: **Metastatic Breast CA**
- b. Due to (or as a consequence of): **Brain metastasis**

- **Was an Autopsy Performed?** No
- **Were Autopsy Findings Available Prior to Completion of Cause of Death?** —
- **Manner of Death:** Natural ☒
- **Certifier — Pronouncing and Certifying Physician:** Dr. Tobin, Alex *[signature]*
- **License Number:** MD182308
- **Date Signed:** 07/16/2004
- **Name and Address of Person Who Completed Cause of Death:** 132 S. 12th Street, Philadelphia, PA — TJUH
- **Registrar's Signature and Number:** *[signature]* — 51001
- **Date Filed:** JUL 19 2004

# State of New Jersey
# Camden County Surrogate's Court

In the matter of the Estate of:

Katherine J. Lubonski, Deceased  }

**EXECUTOR**

**SHORT CERTIFICATE**

I, Patricia Egan Jones Surrogate, do hereby certify that the last Will and/or Codicil(s) of the above named Decedent, late of the County of Camden and State of New Jersey, was admitted to Probate by the Surrogate of Camden County, on August 3, 2004 and that Letters Testamentary were issued to Debbie K. Lubonski, the Executor/rix(s) named there in, who is/are duly authorized to take upon himself/herself/ themselves/itself the administration of the estate of said testator/rix agreeably to the said Will and said Letters Testamentary have never been revoked and still remain in full force and effect.

**DO NOT ACCEPT WITHOUT RAISED SEAL**



WITNESS my hand and seal of office on:

August 3, 2004

_____
Surrogate

_____
Special Deputy Surrogate

A41197

Page 1 of 1