UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, CLAYTON BOROWSKI, individually and on behalf of others similarly situated, and individually, GAIL ADAMS, DONALD BAKERT, et al., | CIVIL ACTION NO. 3:03 CV 0431 (SRU) |
| Plaintiffs, | |
| v. | NOVEMBER 19, 2004 |
| THE DUN & BRADSTREET CORPORATION, THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT, and THE DUN & BRADSTREET CAREER TRANSITION PLAN, | |
| Defendants. | |

## APPEARANCE OF SANDRA K. LALLI

TO THE CLERK OF THE COURT: Please enter my appearance as counsel of record for

Defendants in the above-captioned matter.

Dated: November 19, 2004

Respectfully submitted,

By: _Sandra Lalli_

Sandra Lalli (ct25805)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: sandralalli@paulhastings.com

Counsel for Defendants

STM/285902.1

-2-

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of November, 2004, a copy of the foregoing

Appearance of Sandra K. Lalli was forwarded by overnight express mail, postage prepaid to the

following counsel of record:

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, LLC
21 Oak Street, Suite 100
Hartford, CT 06106

Sandra K. Lalli