UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, CLAYTON BOROWSKI, individually and on behalf of others similarly situated, and individually, GAIL ADAMS, DONALD BAKERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE DUN & BRADSTREET CORPORATION, THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT, and THE DUN & BRADSTREET CAREER TRANSITION PLAN, <br><br> Defendants. | CIVIL ACTION NO. 3:03 CV 0431 (SRU) <br><br><br> NOVEMBER 19, 2004 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO COUNT FOUR**

Pursuant to Fed. R. Civ. P. 56 and D. Conn. L. R. Civ. P. 56, Defendants respectfully move the Court for an Order granting summary judgment in Defendants' favor as to Count Four of the Amended Complaint. As set forth fully in Defendants' Memorandum in Support of Summary Judgment, there is no genuine issue of material fact as to the reasonableness of a 6.75 percent interest rate for purposes of calculating actuarially reduced early retirement benefits under a defined benefit pension plan like the Dun & Bradstreet Master Retirement Plan. Specifically:

(1)   It is undisputed that, unlike with certain other interest rate assumptions for pension plans that are fixed either by statute or regulation, both Congress and the Secretary of the Treasury have specifically determined that interest rates in this particular context need only fall

ORAL ARGUMENT REQUESTED

within a range that is "reasonable." The best evidence of reasonableness is a consistent industry practice that has regularly and uniformly received IRS approval.

(2)     Both parties' experts agree that an interest rate of 6.75 percent falls well within the industry norm of 5 to 7 or 8 percent utilized by countless other pension plans, including the thousands of plans that Plaintiffs' expert has reviewed over the years. Furthermore, plans containing interest rates within that industry range have uniformly been approved by the IRS as reasonable for purposes of calculating actuarial equivalence. In fact, the IRS specifically approved the Master Retirement Plan, along with all of it actuarial assumptions and methods (including the interest rate), as reasonable.

(3)     While there is abundant evidence that a 6.75 percent interest rate is reasonable, Plaintiffs for their part are unable to point to a single decision by a court or by the IRS invalidating such a rate as unreasonable.

Therefore, Defendants respectfully request that the Court GRANT their Motion for Summary Judgment as to Count 4 and dismiss that claim with prejudice.

DATED: November 19, 2004

Respectfully submitted,
THE DEFENDANTS
THE DUN & BRADSTREET CORPORATION,
THE DUN & BRADSTREET CORPORATION
RETIREMENT ACCOUNT, and
THE DUN & BRADSTREET CAREER
TRANSITION PLAN

By: _____
Patrick W. Shea (ct07071)
Sandra K. Lalli (ct25805)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
patrickshea@paulhastings.com

Counsel for the Defendants

-i-

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of November, 2004, a copy of the foregoing Defendants' Motion for Summary Judgment as to Count Four was served by overnight express mail on the following counsel of record:

> Thomas G. Moukawsher, Esq.
> Moukawsher & Walsh, LLC
> 21 Oak Street, Suite 100
> Hartford, Connecticut 06106

*[signature]*
Sandra K. Lalli

STM/285836.1