UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, CLAYTON BOROWSKI, individually and on behalf of others similarly situated, and individually, GAIL ADAMS, DONALD BAKERT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE DUN & BRADSTREET CORPORATION, THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT, and THE DUN & BRADSTREET CAREER TRANSITION PLAN,<br><br>Defendants. | CIVIL ACTION NO.<br>3:03 CV 0431 (SRU)<br><br><br><br><br>NOVEMBER 19, 2004 |

### AFFIDAVIT OF PATRICK W. SHEA, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO COUNT FOUR

I, Patrick W. Shea, Esq., being duly sworn, depose and say:

1. I am over the age of eighteen and understand the obligations of an oath.

2. The statements contained in this affidavit are based on my personal knowledge.

3. I am a Partner at the law firm Paul, Hastings, Janofsky & Walker LLP, counsel for Defendants in the above-referenced action. I submit this Affidavit in support of Defendants' Motion for Summary Judgment as to Count Four of the Amended Complaint, in order to authenticate the deposition testimony and certain documents cited in Defendants' Memorandum and Local Rule 56(a)1 Statement in Support of Their Motion for Summary Judgment.

4. Attached hereto as Exhibit A is a true and correct copy of the Master Retirement Plan of the Dun & Bradstreet Corporation.

5. Attached hereto as Exhibit B is a true and correct copy of the Dun & Bradstreet Corporation "Your Retirement Plan" Summary Plan Description ("SPD").

6. Attached hereto as Exhibit C is the June 27, 2003 Determination and Letter from the Management Employee Benefits Committee.

7. Attached hereto as Exhibit D is the July 20, 1995 Internal Revenue Service Notice of favorable determination as to the Plan.

8. Attached hereto as Exhibit E is the unreported case, Hayes v. Compass Group USA, Inc., No. CIV. 300CV0973AHN, 2004 WL 2471640 (D. Conn. Oct. 8, 2004).

9. Attached hereto as Exhibit F is the August 4, 2004 Declaration prepared by Edward W. Brown, FSA, EA.

10. Attached hereto as Exhibit G are excerpts from the May 27, 2004 deposition transcript of Claude Poulin.

11. Attached hereto as Exhibit H is Exhibit 2 to the May 27, 2004 deposition of Claude Poulin.

12. Attached hereto as Exhibit I is the April 30, 2004 Declaration prepared by Claude Poulin, FSA.

13. Attached hereto as Exhibit J is Internal Revenue Service Notice 2003-58.

14. Attached hereto as Exhibit K are excerpts from the October 6, 2004 deposition transcript of Edward W. Brown.

_____
Patrick W. Shea

Subscribed and sworn to before me
this 19th day of November, 2004

_____
Notary Public
My Commission Expires: 3-31-06

PATRICIA A. CEGLIO
NOTARY PUBLIC
My Commission Expires March 31, 20 06

## CERTIFICATE OF SERVICE

This is to certify that on this 19th day of November, 2004, a copy of the foregoing Affidavit of Patrick W. Shea, Esq. in Support of Defendants' Motion for Summary Judgment as to Count Four was served by overnight express mail on the following counsel of record:

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, LLC
21 Oak Street, Suite 100
Hartford, Connecticut 06106

_____
Sandra K. Lalli

STM/285835.1

-i-