**EXHIBIT B**

**DB** The Dun & Bradstreet
Corporation

# THE DUN & BRADSTREET CORPORATION

## Your Retirement Plan

CONFIDENTIAL

THE RETIREMENT PLAN OF
THE DUN & BRADSTREET CORPORATION
AS IN EFFECT AUGUST 1, 1991

## TABLE OF CONTENTS

| | Page |
|---|---|
| YOUR RETIREMENT PLAN | 3 |
| IMPORTANT TERMS | 4 |
| ELIGIBILITY AND ENROLLMENT | 8 |
| ◦ If You Were Hired Before January 1, 1976 | 8 |
| COST | 8 |
| HOW THE RETIREMENT PLAN WORKS | 8 |
| NORMAL RETIREMENT BENEFIT | 9 |
| ◦ An Example | 9 |
| ◦ Minimum Benefit | 10 |
| EARLY RETIREMENT BENEFIT | 11 |
| ◦ If You Have At Least 35 Years of Service | 11 |
| DISABILITY RETIREMENT BENEFIT | 12 |
| ◦ If You Receive Other Disability Benefits | 12 |
| POSTPONED RETIREMENT BENEFIT | 13 |
| FORMS OF PAYMENT | 13 |
| ◦ Normal Forms | 13 |
| ◦ Other Payment Options | 14 |

CONFIDENTIAL

D002033

                                                                        Page

PROTECTION FOR SURVIVORS AFTER EARLY RETIREMENT OR
    DISABILITY RETIREMENT.......................................15

HOW TO CLAIM BENEFITS..........................................16

IF YOU DIE BEFORE YOUR BENEFIT PAYMENTS BEGIN..................16

VESTING........................................................17

PARTICIPATING SUBSIDIARIES AND AFFILIATES......................18

REEMPLOYMENT...................................................18

REEMPLOYMENT AFTER RETIREMENT..................................19

IF YOU TRANSFER................................................19

NONASSIGNMENT OF BENEFITS......................................19

PLAN TERMINATION...............................................20

AUTOMATIC WITHHOLDING OF FEDERAL INCOME TAX....................20

PENSION BENEFIT GUARANTY CORPORATION INSURANCE.................20

SUSPENSION OF BENEFITS FOR EMPLOYEES WHO WORK AFTER 65.........21

BENEFIT LIMITS.................................................21

OTHER IMPORTANT INFORMATION....................................21

CONFIDENTIAL

D002034

YOUR RETIREMENT PLAN

Your Dun & Bradstreet Retirement Plan is designed to provide a steady income for you and your family during your retirement years. Retirement should be a special time of your life. And it can be, with careful financial planning and the help of a retirement plan.

The following is a summary of your Retirement Plan. Please read the rest of this section for more details.

| Under This Plan You Can: | When: |
|---|---|
| Become a Plan member | on the January 1 or July 1 after you reach age 21 and complete one year of service |
| Retire with full benefits | at age 65 or later, or as early as age 60 if you have at least 35 years of service |
| Retire early with reduced benefits | at age 55, if you have at least 10 years of service |
| Receive benefits if you become disabled | at any time after your disability starts, if you have at least 10 years of service |
| Gain vested rights to benefits | after 5 years of service |
| Provide retirement income for your surviving spouse if you die before retiring | after 5 years of service |

-3-

CONFIDENTIAL

D002035

## IMPORTANT TERMS

To help you understand how your Retirement Plan works, it is important to know about the following terms:

**Accrued Benefit** -- is the retirement benefit accumulated during your years of service as a member of the Plan and payable beginning at age 65.

**Actuarial Equivalent** -- means a retirement benefit payment or payments having a total value approximately equal to another form of payment or payments, even though they are paid over different periods of time.  The Employee Benefits Committee uses tables provided by an independent actuarial firm to determine equivalent payment values, based on life expectancies at various ages.

**Average Final Compensation** -- is your average annual compensation during the 60 consecutive highest paid months out of the last 120 months of your Credited Service.

**Break In Service** -- occurs, for vesting and benefit accrual purposes, if you work 500 or less hours of service in a calendar year.  If you incur a break in service and then return to employment with the Company, there are special rules for determining whether service during and prior to the break will be counted under the Retirement Plan.  See the "Reemployment" section for more details.

In the case of approved leaves of absence, following the birth or adoption of a child, you will be credited with 8 hours of service (if the exact number of hours of leave cannot be determined) for each day of leave to prevent a break in service occurring either in the year of the leave or in the following calendar year.

**Company** -- includes The Dun & Bradstreet Corporation and any subsidiary or affiliate that participates in this Plan.  Employee Benefits & Payroll Services can provide a list of participating subsidiaries and affiliates.

-4-

CONFIDENTIAL

D002036

**Compensation** -- means the amount you receive from the Company as salary, overtime, cash bonuses and commissions during any period of Credited Service. Compensation also includes any portion of the above amounts which you voluntarily defer or reduce under any employee benefit plan of the Company and any pre-tax salary reduction contributions made to any other benefit plan of the Company but <u>excludes</u> pensions, severance pay, income derived from stock options, stock appreciation rights, performance units, special stay-on bonus payments and other special remunerations.

**Hour of Service** -- means any hour for which you are paid by the Company or entitled to be paid, including vacation, sick time, a period of disability or a period for which you receive back pay.

**Primary Social Security Benefit** -- is the estimated annual retirement benefit you are entitled to receive at age 65 under the Social Security program. This estimate is used to determine the Social Security Offset in the Retirement Plan benefit formula.

The Primary Social Security Benefit estimate is based on your earnings with the Company. If the Company's record of your earnings is incomplete, earnings information for missing years will be estimated for purposes of this calculation based on the increase rate of U.S. average earnings as determined by the Social Security Administration. If you wish, you may obtain your actual Social Security earnings history from the Social Security Administration and submit it -- or other proof of your earnings -- to Employee Benefits & Payroll Services. But you must do so within one year after you receive notice of the amount of your Plan benefit. The offset will then be re-calculated using your actual earnings while with the Company.

**The Retirement Plan** -- means the Master Retirement Plan of The Dun & Bradstreet Corporation.

CONFIDENTIAL

D002037

**Social Security Offset** -- is an adjustment used in calculating retirement benefits to allow for the fact that the Company contributes to your Social Security retirement benefit.  The amount of the offset is:

> 1.7% of your <u>Primary Social Security Benefit</u>
> TIMES
> your years of <u>Credited Service</u> up to 25 years
>
> PLUS
>
> 0.5% of your <u>Primary Social Security Benefit</u>
> TIMES
> your years of <u>Credited Service</u> over 25 years

The amount of the Social Security Offset will never exceed half of your Primary Social Security Benefit.

**Total and Permanent Disability** -- means any physical or mental condition that makes you unable to engage in any substantial gainful employment.  Your disability must be certified by a medical doctor satisfactory to the Employee Benefits Committee.

**Vesting** -- when you become vested you acquire a non-forfeitable right to receive Retirement Plan benefits if you leave the Company for any reason.  You are vested in your accrued benefit under the Retirement Plan after you complete 5 years of vesting service.

**Vesting Service** -- is all of your service with the Company as described in the following definition, except the period before the calendar year in which you reach age 18.

**Year of Service** -- is defined differently for eligibility for membership, vesting and benefit accrual purposes.

- For <u>eligibility for membership</u>, a year of service is completed if you work 1,000 hours of service in the 12 months immediately following employment or in any calendar year following your employment

-6-

- For <u>vesting</u>, a year of service means any calendar year -- beginning with January of the year in which you become age 18 -- during which you complete at least 1,000 hours of service. In the year you join the Company and in the year your employment terminates, any part of a calendar month worked will count as 1/12 of a year of vesting service.

- For <u>Credited Service</u> - which is used to determine the amount of your benefit, service starts when you become a Plan member and ends when you leave the Company. Currently, a <u>full-time employee</u> is entitled to 1/12 of a year of Credited Service for each calendar month worked. A <u>part-time or temporary employee</u> is entitled to a full or fractional year of Credited Service based on the total number of hours worked during each calendar year as follows:

| Hours of Service | Years of Credited Service |
| --- | --- |
| 1,800 and over | 1.0 |
| 1,600 to 1,799 | 0.9 |
| 1,400 to 1,599 | 0.8 |
| 1,200 to 1,399 | 0.7 |
| 1,000 to 1,199 | 0.6 |
| less than 1,000 | 0.0 |

Credited Service for periods prior to January 1, 1988 will be determined on the basis of Retirement Plan provisions in effect during those periods.

"Years of Service" may include service with:
- any other company acquired by or merged with the Company, to the extent such service is specifically approved under the Plan

- service with any corporation whose stock is 80% or more owned by the Company, for purposes of determining eligibility service and vesting service but <u>not</u> credited service for calculating the amount of benefits payable under the Plan

-7-

CONFIDENTIAL

D002039

## ELIGIBILITY AND ENROLLMENT

All employees of the Company (except those covered by a collective bargaining agreement that does not provide for participation in the Plan) are eligible for membership in the Retirement Plan on the January 1 or July 1 after the employee reaches age 21 and completes one year of service with the Company. When eligibility service requirements are met, membership in the Retirement Plan is automatic.  No special enrollment procedure is required.

○  **If You Were Hired Before January 1, 1976**

If you were employed by The Dun & Bradstreet Corporation, Reuben H. Donnelley Corporation or A.C. Nielsen Company prior to January 1, 1976, your membership began on the _earlier_ of:

-  the January 1 or July 1 after you reached age 21 and completed one year of service, or

-  the first of the month coinciding with or immediately following the date you completed three years of service or you reached age 30

## COST

The Company makes all contributions necessary to fund benefits under the Retirement Plan.  Retirement Plan participants do not contribute towards the cost of their benefits.

## HOW THE RETIREMENT PLAN WORKS

Your normal retirement date under the Plan is your 65th birthday and retirement benefits generally begin with your first full month of retirement. The Plan pays a monthly retirement benefit based on credited service and earnings at separation from service with the Company.

-8-

CONFIDENTIAL                    D002040

If you wish, you can retire as early as age 55 -- or if you become permanently and totally disabled at any age -- provided you meet certain service requirements.  Your Retirement Plan benefit is reduced if you begin receiving payments before age 65 or before age 60 if you have at least 35 years of service.

You also may choose to postpone retirement beyond age 65.  If you do, you'll continue to earn benefits until you actually retire.

## NORMAL RETIREMENT BENEFIT

After retirement at age 65 or later, you will receive an annual retirement benefit from the Plan based on the following formula:

Retirement Plan Formula

1.7% of your <u>Average Final Compensation</u>
TIMES
your years of <u>Credited Service up to</u> 25 years

PLUS

1% of your <u>Average Final Compensation</u>
TIMES
your years of <u>Credited Service over</u> 25 years

MINUS

the <u>Social Security Offset</u>

∘ **An Example**

Here is an example of how the Retirement Plan formula is applied.  Suppose you retire at age 65 with 30 years of Credited Service, an Average Final Compensation of $24,000 and a Primary Social Security Benefit of $10,000.  Your Retirement Plan benefit would be calculated as follows:

-9-

CONFIDENTIAL                                                                    D002041

| Calculation | Retirement Benefit |
|---|---|
| 1.7% of $24,000 (average final compensation) TIMES 25 years | $10,200 |

                        **PLUS**

| | |
|---|---|
| 1% of $24,000 (average final compensation) TIMES 5 years | 1,200 |

                        **MINUS**

Social Security Offset:
  1.7% of $10,000 (Estimated Primary Social
  Security Benefit) times 25 years equals    $4,250
        **PLUS**
  0.5% of $10,000 (Estimated Primary Social
  Security Benefit) times 5 years equals        250

                                        (4,500)

                                        $ 6,900 per year
                                        or
                                        $   575 per month

○  **Minimum Benefit**

Your minimum annual benefit under the Retirement Plan at normal retirement
(age 65 or later) will be at least equal to $100 times your years of
Credited Service.

Your annual accrued retirement benefit at age 65 will be the greater of:

-  the benefit calculated under the Retirement Plan formula as shown in
   the prior example

-  the minimum annual benefit under the Retirement Plan

-  if you were a member of the Nielsen Retirement Plan on January 1,
   1988, the benefit you had earned as of that date under the Nielsen
   Retirement Plan

-10-

CONFIDENTIAL                                                              D002042

EARLY RETIREMENT BENEFIT

You can retire before age 65 -- as early as age 55 -- if you have completed at least 10 years of **vesting service**. Your accrued benefit at early retirement is calculated based on the same formula used for normal retirement, but the amount payable to you is subject to reduction as described below if payments begin before you reach age 65. You also may retire early and delay receiving payment until age 65. In this case, your full accrued benefit is paid.

If payments start early, your Retirement Plan accrued benefit is reduced 3% for each year that payments begin before age 65. That's because you'll receive benefits over a longer period of time. If you are between any 2 of the ages shown in the following table, the reduction is pro-rated.

| If Payments Begin At Age: | You'll Receive This Percentage of Your Accrued Retirement Benefit: |
|---|---|
| 65 or later | 100% |
| 64 | 97% |
| 63 | 94% |
| 62 | 91% |
| 61 | 88% |
| 60 | 85% |
| 59 | 82% |
| 58 | 79% |
| 57 | 76% |
| 56 | 73% |
| 55 | 70% |

For example, if you retire at age 57 with an accrued retirement benefit of $500 a month at age 65 and elect to receive payments right away, your retirement benefit would be calculated at $500 x 76% = **$380/month**

○  **If You Have At Least 35 Years of Service**

If you have completed at least 35 years of vesting service, you may retire:

- as early as age 60 with your <u>full</u> accrued benefit, or

-11-

CONFIDENTIAL

- from ages 55 through 59, with a <u>higher</u> percentage of your accrued benefit than in the case of regular early retirement.  In that case, the reduction in your accrued benefit is only 3% for each year that payments begin before age 60.

## DISABILITY RETIREMENT BENEFIT

If you become permanently and totally disabled and have at least 10 years of vesting service after you reach age 22, you may retire at any time and may elect to:

- ○ defer payment of your Retirement Plan benefit until you reach age 65, when you will receive your full accrued benefit, or
- ○ receive a reduced benefit starting the first of any month after you are determined to be permanently and totally disabled

For benefits starting anytime from <u>age 55 through age 64</u>, the reduction shown in the "Early Retirement Benefit" section will apply.  If you have at least 35 years of vesting service, the reduction is only 3% for each year that payments begin before age 60  -- and there is no reduction for payments beginning after age 60.

If you elect to receive your retirement benefit <u>before age 55</u>, the amount of your benefit will be the **actuarial equivalent** of the age 55 benefit described in the preceding paragraph.

○  **If You Receive Other Disability Benefits**

If you qualify for a disability retirement benefit and you also receive benefits from the Company's Long Term Disability ("LTD") Plan <u>and</u> Social Security disability benefits, you may elect to defer payments from the Retirement Plan and be treated as an active employee for purposes of earning additional benefits under the Retirement Plan.

In that case, your period of disability will count as additional Credited Service under the Retirement Plan, and your accrued retirement benefit

-12-

CONFIDENTIAL

will be larger when you elect to begin receiving payments.  In calculating
your eventual retirement Plan benefit, your Average Final Compensation
will be based upon your earnings during the 12 months preceding your
disability or the regular method used to calculate Average Final
Compensation as described on page 4, whichever is higher.  The Social
Security offset will be based on your Primary Social Security benefit at
the time of your disability.

## POSTPONED RETIREMENT BENEFIT

If you continue in active service after age 65, you can continue to accrue
additional Retirement Plan benefits based on your service and earnings after
age 65.  However, if you reached (or will reach) age 70 1/2 after 1987,
Internal Revenue Service regulations require that you begin receiving minimum
retirement benefit payments no later than the April 1 following the calendar
year in which you attain age 70 1/2 -- even if you are still working.  If you
do not begin to receive minimum retirement benefit payments as required by
these regulations, your Retirement Plan benefits may become subject to a 50%
excise tax.

## FORMS OF PAYMENT

○  **Normal Form**

The normal form of payment for your retirement benefit depends on your
marital status at the time benefits start.

If you are single at the time your payments begin, the normal form of
benefit will be:
-   **a Straight Life Annuity** -- a monthly benefit payable to you during
    your lifetime, with no survivor benefits

If you are married at the time your payments begin, the normal form of
retirement benefit will be:

-13-

CONFIDENTIAL

D002045

- a subsidized 50% Joint and Survivor Annuity -- a reduced benefit paid to you for life, with 50% of that amount continuing after your death for your spouse's lifetime. Your benefit is reduced to provide half the actuarial cost of providing the surviving spouse's benefit; the Company pays the other half of the actuarial cost of the surviving spouse's benefit. The exact amount of the reduction depends on your age when benefits commence and the difference in ages between you and your spouse.

The Plan offers other optional forms of payment as described in the following section, which may be elected at any time before your Retirement Plan payments begin. However, if you are married and elect a form of benefit other than a Joint and Survivor Annuity with your spouse as beneficiary, you must obtain your spouse's notarized written consent to the election and submit it to Employee Benefits & Payroll Services within 90 days preceding the date benefits begin.

○ **Other Payment Options**

Here are your additional payment options:
- **Straight Life Annuity Option** -- is the normal form of benefit payment for single Plan members, but an optional form of benefit for a married member. If you elect a Straight Life Annuity, you will receive your full monthly retirement benefit for your lifetime. However, after your death no benefits are payable to anyone else.

- **Joint and Survivor Annuity Option** -- is a reduced retirement benefit that is paid to you for your lifetime, so that a percentage of your benefit -- 100%, 75% or 50%, as you elect -- can continue after your death, for the lifetime of your designated beneficiary. You can choose any individual you wish as beneficiary. The amount your retirement benefit is reduced will depend on your age when benefits commence, the difference in ages between you and your beneficiary and the percentage of your benefit that would be continued after your death for your surviving beneficiary.

-14-

CONFIDENTIAL

- **Period Certain Option** -- is a reduced benefit that is paid to you for your lifetime with payments guaranteed for a certain period -- 10 or 15 years, as you elect. If you die within the guarantee period, your benefit continues to your designated beneficiary for the remainder of the guarantee period only. This option may have certain restrictions depending on your age when you retire -- check with Employee Benefits & Payroll Services for details.

- **Level Income Option** -- if you retire before age 62 when your Social Security benefits are first payable, you may elect to receive a larger monthly retirement benefit from the time your retirement benefit begins until you are eligible to receive Social Security benefits. Once you are eligible to receive your Social Security benefits, your Plan income will be lowered, but your total retirement income -- from the Plan and Social Security combined -- will be about the same throughout your retirement years. Any increase in Social Security benefit levels after you retire will not affect the amount you receive from the Plan. This option must be elected together with a normal payment method or an optional payment method as described above. The Level Income Option will apply only to the benefits payable to you during your lifetime.

## PROTECTION FOR SURVIVORS AFTER EARLY RETIREMENT OR DISABILITY RETIREMENT

If you retire early (under the Plan's early retirement or disability retirement provisions) and defer the start of your payments, you may designate a beneficiary to receive a lifetime income from the Plan, in the event you die before your retirement payments begin.

If you are married and you want to designate anyone other than your spouse for this survivor protection, you must obtain your spouse's written notarized consent.

-15-

CONFIDENTIAL

## HOW TO CLAIM BENEFITS

You must contact the Company at the time you would like your benefit payments to begin following your retirement or termination with vested rights to a deferred retirement benefit. If you are not eligible for an immediate Retirement Plan benefit or if you defer the start of your benefits, you will be responsible for keeping Employee Benefits & Payroll Services advised of your current mailing address. Retirement benefits application forms must be completed and returned to Employee Benefits & Payroll Services at least 2 months prior to the benefit commencement date you elect.

At any time before payments begin, you may elect the form of your Retirement Plan benefit payments and name a beneficiary for any survivor benefits that may be payable after your death. However, if you want to change an election within 2 years of the date payments are scheduled to begin, you must submit evidence of good health. Once your payments start, you may not change the form of payment for your benefits.

The Retirement Benefit Application, Beneficiary Designation and other forms used in the administration of the Plan can be obtained from Employee Benefits & Payroll Services, The Dun & Bradstreet Corporation, 1290 Avenue of the Americas, 5th Floor, New York, NY 10104.

## IF YOU DIE BEFORE YOUR BENEFIT PAYMENTS BEGIN

If you die after completing at least 5 years of vesting service, your Retirement Plan will pay a retirement benefit to your surviving spouse based on your credited service and earnings to the date of your death.

If your death occurs <u>after you've attained age 55</u>, the amount of the benefit is determined as if you had retired the first of the month following your death and payment to your spouse can begin that same month.

If you should die <u>before age 55</u>, payment cannot begin until the first of the month following the date you would have attained age 55. The benefit is

-16-

CONFIDENTIAL

calculated as though you terminated with vested rights on the date of your death, and the surviving spouse's benefit will be equal to 50% of the amount you would have been eligible to receive on the benefit commencement date elected by your surviving spouse.

Regardless of when death occurs, your surviving spouse can defer the start of payments to the first day of any month up to the month following the date you would have attained age 65. The later the benefit begins, the higher the amount of the payments will be.

Pre-retirement spouse's coverage is also available to employees who leave the Company before retirement with a vested benefit; however, an additional benefit reduction will apply. If you terminate employment, you will receive additional details on this coverage.

## VESTING

Vesting means earning the right to receive a retirement benefit, at a future date -- even if you leave the Company before you are eligible for retirement. You are fully vested in your accrued Retirement Plan benefits after you complete 5 years of vesting service.

If you terminate employment after becoming vested, you will be entitled to receive a deferred vested retirement benefit from the Plan. Your deferred vested benefit is calculated in the same way as a normal retirement benefit assuming benefit payments begin at age 65.

If you choose, the payment of your deferred vested benefit can begin as early as age 55, but the amount of the benefit will be reduced actuarially, resulting in a lower Plan benefit than if the reduction table in the "Early Retirement Benefit" section was used.

The deferred vested benefit will be paid in the form of a Straight Life Annuity if you're single or in the form of a 50% Joint and Survivor Annuity if you're married (although married employees can elect the Straight Life Annuity

-17-

CONFIDENTIAL                                                                D002049

if their spouse's consent is obtained in writing and submitted to Employee Benefits & Payroll Services). No other options are available.

If you are married, your Plan will provide a pre-retirement death benefit payable to your surviving spouse in the event of your death prior to the date you begin receiving your vested retirement benefit. The retirement benefits eventually payable to you and your spouse will be reduced to pay for the continued survivor benefit protection after you leave the Company. However, this reduction will not apply if you and your spouse elect to waive this protection, in which case your spouse's notarized written consent is required.

A vested terminated benefit is not paid automatically. To receive this benefit, you must apply in writing to the Employee Benefits Committee.

Of course, if you're not vested when you leave the Company, no benefits are payable from the Plan.

## PARTICIPATING SUBSIDIARIES AND AFFILIATES

If you would like to know which subsidiaries and affiliates of The Dun & Bradstreet Corporation participate in the Plan, you may request a list by writing to Employee Benefits & Payroll Services, The Dun & Bradstreet Corporation, 1290 Avenue of the Americas, 5th Floor, New York, NY 10104.

## REEMPLOYMENT

If you incur a break in service but are later reemployed with the Company, your service prior to the break in service will be counted for all Plan purposes if:

- you resume your service with the Company within 5 years, or
- your service before you left equals or exceeds the period you were away, and you complete a year of eligibility service after your return, or

-18-

CONFIDENTIAL

D002050

- you complete 5 consecutive years of service after your return regardless of how long you were away, or
- your reemployment lasts until your normal retirement date (age 65), or
- you were entitled to vested benefits when you left

## REEMPLOYMENT AFTER RETIREMENT

If you start to collect benefits and are then rehired for a period expected to cover at least 6 months or 1,000 hours of service in a calendar year, your retirement benefits will be suspended for the time you are reemployed. Benefits will resume once you retire again.

## IF YOU TRANSFER

If you transfer from a nonparticipating subsidiary or affiliate that is 80% or more owned by The Dun & Bradstreet Corporation into a company that participates in the Plan, your service with that subsidiary or affiliate may be counted as service toward eligibility for membership, vesting and benefits in the Plan, but not as Credited Service for calculating the amount of your benefits under the Plan. If you are a member of the Plan and you transfer to such a nonparticipating subsidiary or affiliate, you remain a member of the Plan. Service with that subsidiary or affiliate will count as service in determining vesting and eligibility for benefits, but not as Credited Service under the Plan. The annual compensation you receive during the last 120 months of your employment from both the Company and nonparticipating subsidiary or affiliate will count in determining your Average Final Compensation under this Plan's formula.

## NONASSIGNMENT OF BENEFITS

Retirement Plan benefits are not subject to lien, attachment, garnishment or other legal process and may not be sold, transferred, assigned or pledged by a participant. However, in certain circumstances courts may order that all or

-19-

CONFIDENTIAL

D002051

part of a participant's Retirement Plan accrued benefits be distributed to a spouse, ex-spouse, child or other dependent.

## PLAN TERMINATION

The Company expects to continue the Retirement Plan indefinitely, but reserves the right to modify or end it at any time. The Company's decision to modify or end the Plan may be due to changes in Federal or state laws governing retirement benefits or the requirements of the Internal Revenue Service or other government agency. If the Plan is terminated, you will have a vested right to the accrued benefit you have earned. The amount of your benefit, if any, will depend on Plan assets, the terms of the Plan and the benefit guarantee of the Pension Benefit Guaranty Corporation.

## AUTOMATIC WITHHOLDING OF FEDERAL INCOME TAX

The Law requires that Federal income tax be withheld from your retirement payments based on rates for a married taxpayer with 3 withholding allowances, unless you file an IRS Form W-4P with Employee Benefits & Payroll Services electing a different rate of withholding or electing not to have the withholding apply.

## PENSION BENEFIT GUARANTY CORPORATION INSURANCE

Certain benefits under this Plan are insured by the Pension Benefit Guaranty Corporation (PBGC) in the event the Plan ends, with certain limitations. Generally, the PBGC guarantees vested benefits at the level in effect on the date the Plan terminates. However, if the Plan terminates before an increase in benefits has been in effect for 5 years, the increased benefits may not be fully covered. In addition, the amount of the guaranteed monthly benefit is subject to a ceiling which is adjusted periodically.

The premiums for this coverage are paid by the Company. For more information on the PBGC insurance protection and its limitations, contact Employee Benefits & Payroll Services or the PBGC. Inquiries to the PBGC should be

CONFIDENTIAL

D002052

addressed to the Office of Communications, Pension Benefit Guaranty Corporation, 2020 K Street, NW, Washington, DC  20006 or you can call (202) 778-8839.

## SUSPENSION OF BENEFITS FOR EMPLOYEES WHO WORK AFTER AGE 65

If you work past the Company's Normal Retirement Age (65), your retirement benefit cannot begin until the earlier of (1) your retirement date or (2) the April 1 following the calendar year in which you reach age 70 1/2.  Your service and earnings after age 65 will be counted in determining your benefit. After you reach age 65, you may elect an optional form of Retirement Plan benefit payment described in the "Other Payment Options" section in this booklet to provide for payment to a beneficiary in the event of your death before the date your Retirement Plan benefit payments begin.

## BENEFIT LIMITS

Federal regulations impose certain limitations on the maximum retirement benefits that can be paid from the Plan to certain highly compensated members and on the maximum amount of annual compensation that may be taken into account under the Plan.  You will be notified if any of these limitations apply to you.

## OTHER IMPORTANT INFORMATION

Please refer to the booklet called "General Information About Your Benefits" for details about:
- what happens to your benefits during a disability or other absence from work, and
- important administrative information about the Plan

If you have any questions, please feel free to ask your local Human Resources representative or manager.

-21-

CONFIDENTIAL