**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MARY MCCARTHY, ET AL :
:
v. : 3:03cv431 (SRU)
:
THE DUN & BRADSTREET :
CORPORATION, ET AL. :

**SCHEDULING ORDER**

As discussed during the telephone conference held on December 6, 2004, this case shall proceed as follows:

1. Opposition to the motion for summary judgment shall be filed by **12/24/04**.

2. Reply to the opposition shall be filed by **1/14/05.**

The parties also agree that the class certification question should not be addressed until after the Court's ruling on the summary judgment motion.

It is so ordered.

Dated at Bridgeport this 8th day of December 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge