UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | December 20, 2004 |

## PLAINTIFFS' OBJECTION TO
## MOTION FOR SUMMARY JUDGMENT

In accordance with Rule 56 of the Federal Rules of Civil Procedure, the plaintiffs object to the defendants' motion for summary judgment. As they more fully explain in a supporting brief, the plaintiffs claim the material facts related to the issues raised by the complaint are in dispute and that the defendants should not receive judgment as a matter of law.

                THE PLAINTIFFS: Mary McCarthy, et al.

                BY:  /s/ Thomas G. Moukawsher
                      Thomas G. Moukawsher (ct08940)
                      Ian O. Smith (ct24135)
                      Moukawsher & Walsh, LLC
                      21 Oak Street
                      Hartford, CT 06106
                      (860) 278-7000

2

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

>Patrick Shea
>Paul, Hastings, Janofsky & Walker LLP
>1055 Washington Boulevard
>Stamford, CT  06901-2216

Date:  December 20, 2004              /s/ Thomas G. Moukawsher
                                      Thomas G. Moukawsher