UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | December 20, 2004 |

**PLAINTIFFS' LOCAL RULE 56 (a)2 STATEMENT**

In accordance with L. R. Civ. P. 56 (a) 2, the plaintiffs submit the following statement: (a) admitting or denying those allegations set forth in Dun & Bradstreet's L.R. Civ. P. 56 (a) 1 statement and (b) setting forth those facts upon which a triable issue remains.

**A.  Admission/Denial of Allegations in SNET Defendants' L R. Civ. P. 56(a)(1) Statement.**

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Deny. Dun & Bradstreet suggests that Brown and Poulin agree that the IRS continues to approve rates as high as 8%.[1] But they do no such thing. Brown doesn't say what the company says he does anywhere, including in his deposition at pages 40-42 as Dun & Bradstreet claims.[2] Poulin only agrees that the IRS is still approving rates in the range of 5% to 7% -- not 8% -- and maybe only at 5% as Poulin believes it should.[3]

13. Admit.

14. Deny. Dun & Bradstreet has grossly exaggerated the number of defined benefit plans that compute early retirement benefits using interest rates as high as Dun & Bradstreet's rate. Brown admits that just 4 of the 84 defined benefit plans he consults for have interest rates as high as the Dun & Bradstreet's.[4] And just 11 of the 149 other plans he surveyed have such rates.[5] These size rates are not nearly as widespread as Dun & Bradstreet would have the Court believe, and

---

[1] Dun & Bradstreet Br. at 13-14.
[2] *Id*. at 14.
[3] Exhibit A (Poulin Dep.) at 55. (Exhibit references are to the plaintiffs' memorandum exhibits).
[4] *Id*. at 5. As Brown reports, most of the plans don't offer actuarially reduced early retirement benefits at all. *Id*.
[5] *Id*. at 6.

2

requiring companies to lower them in light of market changes would hardly cause the cataclysm Dun & Bradstreet predicts.[6]

15.     Deny. All qualified defined benefit plans that offer lump sums use variable rates.[7]

16.     Deny. The use of variable rates is routine. All qualified defined benefit plans that offer lump sums use variable rates.[8]

**B.     Plaintiffs' Statement of Triable Issues of Fact.**

1.     The interest rate and mortality tables Dun & Bradstreet uses to calculate early retirement benefits for the plaintiffs are unreasonable; they do not produce early retirement benefits that are the actuarial equivalent of the normal retirement benefits the employees would get.[9]

---

[6] Only a limited number of Dun & Bradstreet employees are affected too. Dun & Bradstreet has converted to a cash balance retirement plan. Because of their age, the plaintiffs were grandfathered and receive benefits under the old plan. The limited number of its employees covered under the old plan may also explain why Dun & Bradstreet hasn't paid attention to its assumptions. Dun & Bradstreet Br. at 3-4.
[7] Exhibit A (Poulin Dep.) at 61.
[8] *Id.*
[9] Exhibit E (Poulin Report) at 4-7 and Exhibits C & D; Exhibit A (Poulin Dep.) at 17, 44, 54, 60, 63-64, 67, 73-75, 78-79, 80, 112-13, 122-24, 126, 132; Exhibit D (Historic Interest Rates); Exhibit C (D&B Plan Excerpt); Exhibit G (Federal Reserve Statistics); Exhibit H (Determination Letter); Exhibit B (Brown Dep.) at 74.

3

        THE PLAINTIFFS: Mary McCarthy, et al.


        BY: /s/ Thomas G. Moukawsher
        Thomas G. Moukawsher (ct08940)
        Ian O. Smith (ct24135)
        Moukawsher & Walsh, LLC
        21 Oak Street
        Hartford, CT 06106
        (860) 278-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

>Patrick Shea
>Paul, Hastings, Janofsky & Walker LLP
>1055 Washington Boulevard
>Stamford, CT  06901-2216

Date:  December 20, 2004                /s/ Thomas G. Moukawsher
                                        Thomas G. Moukawsher