# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | December 20, 2004 |

### DECLARATION OF THOMAS G. MOUKAWSHER, ESQ. IN SUPPORT OF PLAINTIFFS' OBJECTION TO MOTION FOR SUMMARY JUDGMENT

I, Thomas G. Moukawsher, Esq., under penalty of perjury say:

    1. I am over the age of eighteen and understand the obligations of an oath.

    2. The statements contained in this Declaration are based on my personal knowledge.

    3. I am a principal at the law firm Moukawsher & Walsh, LLC, counsel for Plaintiffs in the above-referenced action. I submit this Declaration in support of Plaintiffs' Objection to Motion Summary Judgment, in order to authenticate the deposition testimony and certain documents cited in Plaintiffs' Memorandum and Local Rule 56(a)2 Statement in Support of Their Motion for Summary Judgment.

4. Attached hereto as Exhibit A is a true and correct copy of the Deposition of Claude Poulin, taken on May 27, 2004.

5. Attached hereto as Exhibit B is a true and correct copy of the Deposition of Edward W. Brown, taken on October 6, 2004.

6. Attached hereto as Exhibit C is a true and correct copy of the January 1, 1994 Dun & Bradstreet Corporation, Master Retirement Plan as provided to plaintiffs by the defendants.

7. Attached hereto as Exhibit D is a true and correct copy of historic yields on 30-year Treasury Securities, from February, 1977 as taken from federal government websites.

8. Attached hereto as Exhibit E is a true and correct copy of the Report of Claude Poulin, dated April 30, 2004.

9. Attached hereto as Exhibit F is a true and correct copy of the August 4, 2004 Report prepared by Edward W. Brown, FSA, EA as provided to the plaintiffs by the defendants.

10. Attached hereto as Exhibit G is a true and correct copy of the Federal Reserve's Selected Interest Rates, yields in Percent Per Annum as taken from a federal government website.

11. Attached hereto as Exhibit H is a true and correct copy of the July 20, 1995 letter to the Dun & Bradstreet Corporation, from Herbert J.

Duff, District Director of the I.R.S. as provided to the plaintiffs by the defendants.

      12. Attached hereto as Exhibit I is a true and correct copy of the decision in *Lechleiter v. Proctor and Gamble Distributing Co.*, No. CIV. 3:01CV2200EBB, 2002 LEXIS 8054 (D. Conn. Mar. 27, 2002).

      13. Attached hereto as Exhibit J is a true and correct copy of the Dun & Bradstreet Corporation Master Retirement Plan, Attachment Y, Mortality Rates for Healthy Members as provided to the plaintiffs by the defendant.

      14. Attached hereto as Exhibit K is a true and correct copy of the Mortality Tables for Sections 415 and 417(e), dated December 31, 2001 as found on the website of the Internal Revenue Service.

      15. Attached hereto as Exhibit L is a true and correct copy of the decision in *Mills v. State of Connecticut, Judicial Department*, No. CIV. 3:00CV935SRU, 2003 LEXIS 5664 (D. Conn. Apr. 7, 2003).

<u>12.20.04</u>                                              <u>/s/ Thomas G. Moukawsher</u>
Date                                                     Thomas G. Moukawsher

## **CERTIFICATE OF SERVICE**

This is to certify that on this 20th day of December, 2004, a copy of the foregoing Declaration of Thomas G. Moukawsher, Esq. in Support of Plaintiffs' Objection to Summary Judgment was served by mail on the following counsel of record:

Patrick W. Shea, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901

                /s/ Thomas G. Moukawsher
                Thomas G. Moukawsher