# EXHIBIT C

MASTER RETIREMENT PLAN

OF

THE DUN & BRADSTREET CORPORATION

(As Amended and Restated Effective January 1, 1994
With Certain Earlier Effective Dates)

June 1994

in its entirety to reflect the provisions of the Tax Reform
Act of 1986, the Unemployment Compensation Amendments of
1992, the Omnibus Budget Reconciliation Act of 1993,
certain Treasury Department Regulations and certain other
statutory changes.

The Plan as in effect prior to the effective date of
any amendment (heretofore or hereafter adopted) will
continue to apply to those employees who terminated
employment under the Plan on account of death, retirement,
or any other reason, prior to such date unless the context
of the Plan as amended from and after any such date is
clearly made applicable to those who terminated prior to
such date.

## SECTION 1

### Definitions

Wherever used in the Plan, the foregoing words and
phrases shall have the following meanings unless a
different meaning is plainly required by the context.

1.1  "Actuarial Equivalence" or other similar terms
such as "Actuarial Equivalent" or "Equivalent Actuarial
Value" means a benefit of approximate equivalent value
based on interest at the rate of 6-3/4 percent per annum,
compounded annually, Mortality Rates for Disabled Members
as shown in Attachment X of the Plan for purposes of

Section 7 of the Plan, and Mortality Rates for Healthy Members as shown in Attachment Y of the Plan for all other purposes of the Plan.

1.2  "Ameritech" means Ameritech Publishing, Inc. and/or Ameritech Publishing of Illinois, Inc.

1.3. "Average Final Compensation" means an Employee's average annual Compensation during the five consecutive twelve month periods in the last ten consecutive twelve month periods of his Credited Service (or during the total number of consecutive twelve month periods of Credited Service if fewer than five) affording the highest such average final compensation (if actual monthly Compensation for any month during the 120 month computational period is unavailable, Compensation for such month shall be determined by dividing the Member's Compensation for the calendar year in which such month occurs by twelve). For the limited purpose of determining an Employee's average annual Compensation, Service with a Non-Participating Affiliated Company shall be deemed "Credited Service" under this Section 1.3. In the event any Employee is regularly employed for at least 1,000 hours but less than 1,800 hours, his earnings shall be annualized under uniform rules adopted by the Employee Benefits Committee. If an Employee's Service with the Company is continued during the period of an authorized leave of

-5-

SECTION 5

Normal Retirement

5.1  Normal retirement age shall be a Member's 65th birthday, at which time such Member's retirement benefit shall become 100% vested.  A Member's retirement benefit shall be forfeitable thereafter only in the event of the Member's death.  In no event shall any forfeiture be applied to increase the benefits any Member would otherwise receive.

5.2  An unmarried Member retiring at normal retirement age shall receive an annual retirement benefit for life payable in monthly installments commencing on the first day of the calendar month coinciding with or next following his normal retirement age or the date of his actual retirement if later, equal to the greater of

(a)  the sum of 1.7% of his Average Final Compensation multiplied by his years of Credited Service not in excess of 25 plus 1.0% of his Average Final Compensation multiplied by his years of Credited Service in excess of 25, minus the sum of 1.7% of his Primary Insurance Benefit multiplied by his years of Credited Service not in excess of 25 and 0.5% of his Primary Insurance Benefit multiplied by years of Credited Service in excess of 25 (but, in any event, not to exceed 50% of the Primary Insurance Benefit),

-30-

or

    (b)  any Minimum Benefit to which such Member may have been entitled under a Predecessor Plan or to which such Member may become entitled under the Nielsen Plan or the IMS Plan,

or

    (c)  $100 for each year of the Member's Credited Service.

Notwithstanding the foregoing, if a Member is entitled to a retirement benefit under a defined benefit plan maintained by a Non-Participating Affiliated Company, his benefit accrual rate for purposes of Section 5.2(a) shall be 1.0% of his Average Final Compensation minus 0.5% of his Primary Insurance Benefit for all years of Credited Service under the Plan after his combined Credited Service under the Plan and his years of benefit accrual under the plan of such Non-Participating Affiliated Company exceed 25 years.

    5.3  A married Member retiring at or after normal retirement age shall receive a joint and survivor retirement benefit having an Equivalent Actuarial Value to that described in Section 5.2 and providing a reduced retirement income payable to him during his life commencing as therein provided and should the Member's Spouse survive him continuing after his death to his Spouse at one-half the amount previously paid or payable to him for the life

-31-

of his Spouse; provided, however, that the actuarial reduction factor to be used to determine the amount payable to such Member shall be 50% of the factor which would otherwise have been applicable hereunder. Notwithstanding the foregoing, a married Member may, with the written consent of his Spouse acknowledged and witnessed in accordance with section 205(c)(2)(A) of ERISA, elect to waive such joint and survivor benefit, in which case his benefit shall be as provided in Section 5.2 unless an optional benefit is elected as provided in Section 11. Any such election to be effective must be in writing and filed with the Employee Benefits Committee within the 90-day period immediately preceding the commencement date of the Member's normal retirement benefit. The Member may revoke such election in the same manner at any time within said 90-day period immediately preceding the commencement date of his normal retirement benefit. If such Member postpones his retirement in accordance with Section 8, the payment of benefits to the Member upon actual retirement or to a Spouse or other Beneficiary of the Member shall be governed by the provisions of Section 8.

5.4   In no event shall a Member's retirement benefit under this Section 5 be less than the retirement benefit to which he would have been entitled had he retired early under Section 6 on any date on which he was eligible

-32-

to retire and elected to have his early retirement income
commence on the first day of the calendar month following
such date.  For the purposes of this Section 5.4, a
Member's retirement benefit shall be computed without
reference to any election pursuant to Section 6.6, and
without reference to any change in his Primary Insurance
Benefit during such period.

5.5  The yearly retirement benefit payable under
the Plan (including any Predecessor Plan) as in effect on
December 31, 1984 to a Member who retired prior to January
1, 1983, to the Beneficiary of a Member who retired prior
to January 1, 1983 and to the Beneficiary of a Member who
died before January 1, 1983 prior to retirement shall be
increased as of January 1, 1985, in accordance with the
following table:

| If Date of Retirement or Date of Death, If Earlier, Occurred | Annual Retirement Benefit Will Increase |
|---|---|
| On or Before 1/1/77 | 15% |
| 2/1/77 thru 12/1/77 | 20% |
| 1/1/78 thru 12/1/78 | 17-1/2% |
| 1/1/79 thru 12/1/79 | 15% |
| 1/1/80 thru 12/1/80 | 10-1/2% |
| 1/1/81 thru 12/1/81 | 6-1/2% |
| 1/1/82 thru 12/1/82 | 3-1/2% |

The minimum increase in a Member's or Benefi-
ciary's annual retirement benefit shall be $60.

-33-

The yearly retirement benefit in pay status under the Plan (including any Predecessor Plan) on December 31, 1984 to or with respect to a Member who terminated prior to January 1, 1983 other than by retirement or death and to the Beneficiary of any such Member shall also be increased as of January 1, 1985, by the percentage shown in the above table determined as if the Member had retired on his benefit commencement date.

## SECTION 6

### Early Retirement

6.1  A Member who has attained age 55 (but not age 65) and who has completed at least 10 Years of Service may at his request retire under this Section 6 on the first day of any calendar month thereafter.

6.2  An unmarried Member who retires under this Section 6 may elect prior to such early retirement to receive a deferred early retirement benefit commencing on the first day of the month coincident with or next following his 65th birthday computed as provided in Section 5.2 based upon his Average Final Compensation and years of Credited Service at early retirement, or an immediate early retirement income commencing on the first day of the calendar month coinciding with or next following his early retirement date (or on the first day of any month

-34-

that any such payments may be reduced by the amount of any
benefit payments made to a Member during a period when such
payments could have been suspended pursuant to this
Section, but in no event shall such reduction be more than
25% of any monthly amount otherwise payable.  If payment of
benefits under the Plan is suspended because a Member is
reemployed after payment of his benefits has commenced, any
benefits payable thereafter shall be reduced by an amount
equal to the Actuarial Equivalent of any benefit payments
made prior to his normal retirement age; provided, however,
that in no event shall the benefit then payable be less
than the benefit which was previously being paid to the
Member.

## SECTION 9

### Vesting

9.1  If the Service of a Member is terminated on
or after January 1, 1989, otherwise than by retirement or
death, after the completion of five (5) Years of Service he
shall be entitled to receive a deferred vested retirement
benefit commencing on the first day of the calendar month
coincident with or next following his 65th birthday in an
amount equal to 100% of his accrued retirement benefit,
computed in accordance with the formula set forth in
Section 5.2, based upon his years of Credited Service and

Average Final Compensation at the time of termination.  If
the Service of a Member is terminated prior to the
completion of five (5) Years of Service, he shall not be
entitled to any vested benefits, except as may otherwise be
provided under Section 21, provided, however, that if the
amount of the vested portion of a Member's retirement
benefit at the time of his termination is equal to zero,
the Member shall be deemed to have received a distribution
of such zero vested benefit.  If a Member receives a
distribution of his benefit under the Plan, and such Member
is subsequently reemployed by the Company before he has
incurred 5 consecutive one-year breaks in service
commencing after the distribution, he shall have the right
to repay to the trustee the full amount of such
distribution, plus interest at the rate of 5% (or at such
other rate as is in effect on the date of repayment, as
determined in accordance with the provisions of Section
411(c)(2)(C) of the Code) per annum, compounded annually,
from the date payment of such lump sum was made.  Any
repayment in accordance with the provisions hereof must be
made not later than 5 years after the date the Member is
reemployed by the Company.

    9.2  An unmarried Member's deferred vested
retirement benefit shall be computed as above and payable
in accordance with the provisions of Section 5.2.

-55-

9.3    In lieu of a deferred vested retirement benefit, an unmarried Member may elect to receive a reduced early vested retirement benefit commencing on the first day of any calendar month coincident with or following his 55th birthday in an amount which is the Actuarial Equivalent of his deferred vested benefit.  Such election may be made by the terminated Member at the time of his termination of Service or at any time thereafter prior to his normal retirement age upon 60 days' written notice to the Employee Benefits Committee.

9.4    A married Member's deferred vested retirement benefit shall be a joint and survivor benefit having an Equivalent Actuarial Value to that described in Section 9.2 and providing a reduced benefit payable to him during his life commencing on the first day of the calendar month coincident with or next following his attainment of normal retirement age and should the Member's Spouse survive him continuing after his death to his Spouse at one-half the amount payable to him for the life of his Spouse.  In lieu of a deferred vested benefit, a married Member may elect to receive an earlier reduced joint and survivor benefit as provided in the foregoing sentence reduced in accordance with Section 9.3 commencing on the first day of any month coincident with or next following his 55th birthday.  Notwithstanding the foregoing, a

-56-

married Member may, with the written consent of his Spouse
acknowledged and witnessed in accordance with Section
205(c)(2)(A) of ERISA, elect to waive such joint and
survivor benefit, in which case his vested benefit shall be
as provided in Section 9.2 or 9.3.  Any such election to be
effective must be in writing filed with the Committee
within the period commencing on the 90th day immediately
preceding his benefit commencement date and ending on such
benefit commencement date.  Any election to waive such
joint and survivor pension may be revoked by the Member in
the same manner and within the same time period, but shall
be irrevocable thereafter.

9.5  If an unmarried terminated vested Member
dies prior to his benefit commencement date, no benefit
shall be payable to any person with respect to such
Member's interest in the Plan.

9.6  If a married terminated vested Member dies
prior to his benefit commencement date and prior to his
55th birthday, his Spouse shall be entitled to receive the
survivorship benefit which would have been payable to such
Spouse under Section 9.4 had the Member survived until the
first day of the calendar month coinciding with or imme-
diately following his 55th birthday and died on such date
with the earlier reduced 50% joint and survivorship benefit
in effect.  Such benefit shall commence on the first day of

the calendar month coinciding with or immediately following
the Member's 55th birthday and continue for the life of the
Spouse.  If a married terminated Member dies prior to his
benefit commencement date and on or after his 55th
birthday, his Spouse shall be entitled to receive the
survivorship benefit which would have been payable to such
Spouse under Section 6.4 had the Member retired immediately
prior to his death, elected an immediate reduced 50% joint
and survivorship benefit with his Spouse as survivor
beneficiary and died immediately thereafter.  Such benefit
shall commence on the first day of the calendar month
coinciding with or immediately following the Member's death
and continue for the life of the Spouse.  In lieu of a
survivorship benefit commencing on the first day of the
calendar month coinciding with or immediately following the
Member's 55th birthday or the Member's death, whichever is
later, a surviving Spouse may elect to defer the
commencement date of the survivorship benefit to the first
day of any calendar month up to the calendar month
coincident with or next following the Member's 65th
birthday, in which event the amount of the deferred
retirement benefit shall be the Actuarial Equivalent of the
early survivorship benefit.  Such election may be made by
the surviving Spouse at any time prior to the commencement
date of the Spouse's benefit.  The provision of the

-58-

Spouse's survivorship benefit under this Section 9.6 shall result in an actuarial reduction of the Member's Plan benefit in accordance with the following table:

REDUCTION FACTORS FOR SURVIVORSHIP<br>COVERAGE AFTER TERMINATION OF EMPLOYMENT

| | |
|---|---|
| 55-65 | 8/10 OF 1% (.008) |
| 45-54 | 4/10 OF 1% (.004) |
| Under 45 | 1/10 OF 1% (.001) |

Notwithstanding the foregoing, a married Member may elect, with the written consent of his Spouse acknowledged and witnessed in accordance with Section 205(c)(2)(A) of ERISA, to waive the survivorship benefit provided by this Section 9.6.  Such election may be made and revoked at any time within the period commencing on the first day of the calendar year in which the Member attains age 35, or the date of his termination of Service if earlier, and ending on the date of the Member's death or the commencement date of his retirement benefit if earlier. Any election to waive such survivorship benefit shall be effective only with respect to a Spouse who consents to same and shall be ineffective if the Member remarries after any such waiver.

9.7  The joint and survivor benefits provided by Section 9.4 shall apply to any vested terminated married Member having at least one Hour of Service or paid leave on or after August 23, 1984 whose retirement benefit commence-

ment date occurs on or after January 1, 1985 unless the
Member elects on or after such date, with the consent of
his Spouse acknowledged and witnessed in accordance with
Section 205(c)(2)(A) of ERISA, to waive such benefits and
to any other vested terminated married Member who had at
least one Hour of Service on or after September 2, 1974,
whose retirement benefit commencement date occurs after
August 23, 1984 and who elects such benefit after
reasonable notification of the availability of such benefit
and the economic consequences thereof.  The survivorship
benefit provided by Section 9.6 to the surviving Spouse of
a deceased vested Member shall apply in the case of any
such Member who has at least one Hour of Service or paid
leave on or after August 23, 1984 and who dies prior to his
benefit commencement date unless the Member elects on or
after such date, with the consent of his Spouse
acknowledged and witnessed in accordance with Section
205(c)(2)(A) of ERISA, to waive such benefit and to the
surviving Spouse of any other vested Member who had at
least one Hour of Service on or after January 1, 1976,
whose retirement benefit commencement date occurs after
August 23, 1984 and who elects such benefit after
reasonable notification of the availability of such benefit
and the economic consequences thereof.

9.8   Effective July 19, 1989, notwithstanding the foregoing, a Member shall be deemed to be 100% vested in his retirement benefit, excluding any retirement benefit accrued under the IMS Plan, as of the date a Change in Control occurs.

### SECTION 10

#### Spouse's Pre-Retirement Benefit

10.1   If the Service of a married Member is terminated on or after August 23, 1984 by death after such Member has become entitled to a vested benefit under the Plan, but prior to his 55th birthday, his Spouse shall be entitled to receive the survivorship benefit which would have been payable to such Spouse under Section 9.4 had the Member survived until the first day of the calendar month coinciding with or immediately following his 55th birthday and died on such date with the 50% earlier reduced joint and survivorship benefit in effect.  Such benefit shall commence on the first day of the calendar month coinciding with or immediately following the Member's 55th birthday and continue for the life of the Spouse; provided, however, that the Spouse may elect that such benefit commence on the first day of any calendar month up to the calendar month coincident with, or next following, the Member's 65th birthday, in which case the amount of the deferred

-61-

MASTER RETIREMENT PLAN OF

THE DUN & BRADSTREET CORPORATION

ATTACHMENT X

Mortality Rates For Disabled Members

| Age | Member | Beneficiary |
|-----|--------|-------------|
| 25 | .091000 | .000470 |
| 26 | .068000 | .000497 |
| 27 | .056011 | .000526 |
| 28 | .045000 | .000557 |
| 29 | .036000 | .000591 |
| 30 | .029000 | .000629 |
| 31 | .024011 | .000669 |
| 32 | .024000 | .000714 |
| 33 | .023991 | .000762 |
| 34 | .024000 | .000814 |
| 35 | .024000 | .000873 |
| 36 | .025000 | .000936 |
| 37 | .025020 | .001007 |
| 38 | .025991 | .001084 |
| 39 | .025991 | .001168 |
| 40 | .025991 | .001261 |
| 41 | .025991 | .001369 |
| 42 | .026000 | .001497 |
| 43 | .027000 | .001647 |
| 44 | .027000 | .001815 |
| 45 | .027000 | .002005 |
| 46 | .027011 | .002216 |
| 47 | .027991 | .002449 |
| 48 | .029011 | .002705 |
| 49 | .030000 | .002983 |
| 50 | .031000 | .003289 |
| 51 | .032991 | .003594 |
| 52 | .035011 | .003926 |
| 53 | .039011 | .004288 |
| 54 | .043991 | .004683 |
| 55 | .049011 | .005112 |

| | | |
|---|---|---|
| 56 | .053011 | .005588 |
| 57 | .056011 | .006123 |
| 58 | .058011 | .006229 |
| 59 | .060011 | .007415 |
| 60 | .062011 | .008190 |
| 61 | .063991 | .009063 |
| 62 | .066011 | .010042 |
| 63 | .067991 | .011131 |
| 64 | .069980 | .012338 |
| 65 | .073011 | .013671 |
| 66 | .075991 | .015129 |
| 67 | .078971 | .016662 |
| 68 | .081971 | .018359 |
| 69 | .085971 | .020335 |
| 70 | .088960 | .022766 |
| 71 | .091960 | .025919 |
| 72 | .095011 | .029529 |
| 73 | .098980 | .033496 |
| 74 | .102940 | .037808 |
| 75 | .106051 | .042428 |
| 76 | .110011 | .047551 |
| 77 | .115000 | .053217 |
| 78 | .122040 | .059419 |
| 79 | .132071 | .066152 |
| 80 | .143920 | .073330 |
| 81 | .159111 | .080901 |
| 82 | .174060 | .088868 |
| 83 | .191951 | .097236 |
| 84 | .210960 | .106074 |
| 85 | .235791 | .115436 |
| 86 | .266300 | .125403 |
| 87 | .302880 | .136075 |
| 88 | .346500 | .147557 |
| 89 | .395600 | .159954 |
| 90 | .454551 | .173397 |
| 91 | .533331 | .185997 |
| 92 | .642860 | .199614 |
| 93 | .750000 | .214387 |
| 94 | .800000 | .230463 |
| 95 | .999999 | .248008 |
| 96 | .999999 | .267202 |

-2-

| | | |
|---|---|---|
| 97 | .999999 | .288242 |
| 98 | .999999 | .311344 |
| 99 | .999999 | .336741 |
| 100 | .999999 | .364688 |
| 101 | .999999 | .395460 |
| 102 | .999999 | .429358 |
| 103 | .999999 | .467222 |
| 104 | .999999 | .510917 |
| 105 | .999999 | .562310 |
| 106 | .999999 | .623265 |
| 107 | .999999 | .695646 |
| 108 | .999999 | .781319 |
| 109 | .999999 | .882150 |
| 110 | .999999 | .999999 |

-3-

MASTER RETIREMENT PLAN OF

THE DUN & BRADSTREET CORPORATION

ATTACHMENT Y

Mortality Rates For Healthy Members

| Age | Member | Beneficiary |
|-----|--------|-------------|
| 25 | .000581 | .000470 |
| 26 | .000610 | .000497 |
| 27 | .000644 | .000526 |
| 28 | .000681 | .000557 |
| 29 | .000720 | .000591 |
| 30 | .000763 | .000629 |
| 31 | .000811 | .000669 |
| 32 | .000866 | .000714 |
| 33 | .000923 | .000762 |
| 34 | .000988 | .000814 |
| 35 | .001059 | .000873 |
| 36 | .001136 | .000936 |
| 37 | .001223 | .001007 |
| 38 | .001318 | .001084 |
| 39 | .001423 | .001168 |
| 40 | .001539 | .001261 |
| 41 | .001682 | .001369 |
| 42 | .001869 | .001497 |
| 43 | .002097 | .001647 |
| 44 | .002364 | .001815 |
| 45 | .002670 | .002005 |
| 46 | .003011 | .002216 |
| 47 | .003388 | .002449 |
| 48 | .003797 | .002705 |
| 49 | .004241 | .002983 |
| 50 | .004717 | .003289 |
| 51 | .005216 | .003594 |
| 52 | .005746 | .003926 |
| 53 | .006310 | .004288 |
| 54 | .006907 | .004683 |

| | | |
|---|---|---|
| 55 | .007533 | .005112 |
| 56 | .008206 | .005588 |
| 57 | .008916 | .006123 |
| 58 | .009679 | .006729 |
| 59 | .010510 | .007415 |
| 60 | .011426 | .008190 |
| 61 | .012449 | .009063 |
| 62 | .013608 | .010042 |
| 63 | .014928 | .011131 |
| 64 | .016449 | .012338 |
| 65 | .018207 | .013671 |
| 66 | .020245 | .015129 |
| 67 | .022388 | .016662 |
| 68 | .024559 | .018359 |
| 69 | .026871 | .020335 |
| 70 | .029559 | .022766 |
| 71 | .032952 | .025919 |
| 72 | .036762 | .029529 |
| 73 | .040907 | .033496 |
| 74 | .045427 | .037808 |
| 75 | .050298 | .042428 |
| 76 | .055809 | .047551 |
| 77 | .062080 | .053217 |
| 78 | .069068 | .059419 |
| 79 | .076746 | .066152 |
| 80 | .084955 | .073330 |
| 81 | .093582 | .080901 |
| 82 | .102603 | .088868 |
| 83 | .111984 | .097236 |
| 84 | .121754 | .106074 |
| 85 | .131910 | .115436 |
| 86 | .142522 | .125403 |
| 87 | .153693 | .136075 |
| 88 | .165518 | .147557 |
| 89 | .178093 | .159954 |
| 90 | .191529 | .173397 |
| 91 | .203702 | .185997 |
| 92 | .216646 | .199614 |
| 93 | .230478 | .214387 |
| 94 | .245331 | .230463 |
| 95 | .261353 | .248008 |
| 96 | .273704 | .257202 |

| | | |
|---|---|---|
| 97 | .297562 | .288242 |
| 98 | .318124 | .311344 |
| 99 | .340598 | .336741 |
| 100 | .365204 | .364688 |
| 101 | .392179 | .395460 |
| 102 | .421772 | .429358 |
| 103 | .455805 | .467222 |
| 104 | .496440 | .510917 |
| 105 | .545840 | .562310 |
| 106 | .606167 | .623265 |
| 107 | .679585 | .695646 |
| 108 | .768255 | .781319 |
| 109 | .874340 | .882150 |
| 110 | .999999 | .999999 |