# EXHIBIT D

```
Historical version 0
Rate
Rate of interest in money and capital markets
Federal reserve system
Long-term or capital market
Government securities
Federal
Constant maturity
Thirty-year
Not seasonally adjusted
Monthly
```

---

YIELDS ON TREASURY SECURITIES AT CONSTANT, FIXED MATURITY ARE
CONSTRUCTED BY THE TREASURY DEPARTMENT, BASED ON THE MOST
ACTIVELY TRADED MARKETABLE TREASURY SECURITIES.  YIELDS ON
THESE ISSUES ARE BASED ON COMPOSITE QUOTES REPORTED BY U.S.
GOVERNMENT SECURITIES DEALERS TO THE FEDERAL RESERVE BANK OF
NEW YORK. TO OBTAIN THE CONSTANT MATURITY YIELDS, PERSONNEL AT
TREASURY CONSTRUCT A YIELD CURVE EACH BUSINESS DAY AND YIELD
VALUES ARE THEN READ FROM THE CURVE AT FIXED MATURITIES.

---

Released on 12/13/2004

|         | tcm30y |
|---------|--------|
| 02/1977 | 7.75   |
| 03/1977 | 7.80   |
| 04/1977 | 7.73   |
| 05/1977 | 7.80   |
| 06/1977 | 7.64   |
| 07/1977 | 7.64   |
| 08/1977 | 7.68   |
| 09/1977 | 7.64   |
| 10/1977 | 7.77   |
| 11/1977 | 7.85   |
| 12/1977 | 7.94   |
| 01/1978 | 8.18   |
| 02/1978 | 8.25   |
| 03/1978 | 8.23   |
| 04/1978 | 8.34   |
| 05/1978 | 8.43   |
| 06/1978 | 8.50   |
| 07/1978 | 8.65   |
| 08/1978 | 8.47   |
| 09/1978 | 8.47   |
| 10/1978 | 8.67   |
| 11/1978 | 8.75   |
| 12/1978 | 8.88   |
| 01/1979 | 8.94   |
| 02/1979 | 9.00   |
| 03/1979 | 9.03   |
| 04/1979 | 9.08   |
| 05/1979 | 9.19   |
| 06/1979 | 8.92   |
| 07/1979 | 8.93   |

```
08/1979    8.98
09/1979    9.17
10/1979    9.85
11/1979   10.30
12/1979   10.12
01/1980   10.60
02/1980   12.13
03/1980   12.34
04/1980   11.40
05/1980   10.36
06/1980    9.81
07/1980   10.24
08/1980   11.00
09/1980   11.34
10/1980   11.59
11/1980   12.37
12/1980   12.40
01/1981   12.14
02/1981   12.80
03/1981   12.69
04/1981   13.20
05/1981   13.60
06/1981   12.96
07/1981   13.59
08/1981   14.17
09/1981   14.67
10/1981   14.68
11/1981   13.35
12/1981   13.45
01/1982   14.22
02/1982   14.22
03/1982   13.53
04/1982   13.37
05/1982   13.24
06/1982   13.92
07/1982   13.55
08/1982   12.77
09/1982   12.07
10/1982   11.17
11/1982   10.54
12/1982   10.54
01/1983   10.63
02/1983   10.88
03/1983   10.63
04/1983   10.48
05/1983   10.53
06/1983   10.93
07/1983   11.40
08/1983   11.82
09/1983   11.63
10/1983   11.58
11/1983   11.75
12/1983   11.88
01/1984   11.75
02/1984   11.95
03/1984   12.38
04/1984   12.65
05/1984   13.43
06/1984   13.44
07/1984   13.21
```

```
08/1984    12.54
09/1984    12.29
10/1984    11.98
11/1984    11.56
12/1984    11.52
01/1985    11.45
02/1985    11.47
03/1985    11.81
04/1985    11.47
05/1985    11.05
06/1985    10.45
07/1985    10.50
08/1985    10.56
09/1985    10.61
10/1985    10.50
11/1985    10.06
12/1985     9.54
01/1986     9.40
02/1986     8.93
03/1986     7.96
04/1986     7.39
05/1986     7.52
06/1986     7.57
07/1986     7.27
08/1986     7.33
09/1986     7.62
10/1986     7.70
11/1986     7.52
12/1986     7.37
01/1987     7.39
02/1987     7.54
03/1987     7.55
04/1987     8.25
05/1987     8.78
06/1987     8.57
07/1987     8.64
08/1987     8.97
09/1987     9.59
10/1987     9.61
11/1987     8.95
12/1987     9.12
01/1988     8.83
02/1988     8.43
03/1988     8.63
04/1988     8.95
05/1988     9.23
06/1988     9.00
07/1988     9.14
08/1988     9.32
09/1988     9.06
10/1988     8.89
11/1988     9.02
12/1988     9.01
01/1989     8.93
02/1989     9.01
03/1989     9.17
04/1989     9.03
05/1989     8.83
06/1989     8.27
07/1989     8.08
```

```
08/1989     8.12
09/1989     8.15
10/1989     8.00
11/1989     7.90
12/1989     7.90
01/1990     8.26
02/1990     8.50
03/1990     8.56
04/1990     8.76
05/1990     8.73
06/1990     8.46
07/1990     8.50
08/1990     8.86
09/1990     9.03
10/1990     8.86
11/1990     8.54
12/1990     8.24
01/1991     8.27
02/1991     8.03
03/1991     8.29
04/1991     8.21
05/1991     8.27
06/1991     8.47
07/1991     8.45
08/1991     8.14
09/1991     7.95
10/1991     7.93
11/1991     7.92
12/1991     7.70
01/1992     7.58
02/1992     7.85
03/1992     7.97
04/1992     7.96
05/1992     7.89
06/1992     7.84
07/1992     7.60
08/1992     7.39
09/1992     7.34
10/1992     7.53
11/1992     7.61
12/1992     7.44
01/1993     7.34
02/1993     7.09
03/1993     6.82
04/1993     6.85
05/1993     6.92
06/1993     6.81
07/1993     6.63
08/1993     6.32
09/1993     6.00
10/1993     5.94
11/1993     6.21
12/1993     6.25
01/1994     6.29
02/1994     6.49
03/1994     6.91
04/1994     7.27
05/1994     7.41
06/1994     7.40
07/1994     7.58
```

```
08/1994    7.49
09/1994    7.71
10/1994    7.94
11/1994    8.08
12/1994    7.87
01/1995    7.85
02/1995    7.61
03/1995    7.45
04/1995    7.36
05/1995    6.95
06/1995    6.57
07/1995    6.72
08/1995    6.86
09/1995    6.55
10/1995    6.37
11/1995    6.26
12/1995    6.06
01/1996    6.05
02/1996    6.24
03/1996    6.60
04/1996    6.79
05/1996    6.93
06/1996    7.06
07/1996    7.03
08/1996    6.84
09/1996    7.03
10/1996    6.81
11/1996    6.48
12/1996    6.55
01/1997    6.83
02/1997    6.69
03/1997    6.93
04/1997    7.09
05/1997    6.94
06/1997    6.77
07/1997    6.51
08/1997    6.58
09/1997    6.50
10/1997    6.33
11/1997    6.11
12/1997    5.99
01/1998    5.81
02/1998    5.89
03/1998    5.95
04/1998    5.92
05/1998    5.93
06/1998    5.70
07/1998    5.68
08/1998    5.54
09/1998    5.20
10/1998    5.01
11/1998    5.25
12/1998    5.06
01/1999    5.16
02/1999    5.37
03/1999    5.58
04/1999    5.55
05/1999    5.81
06/1999    6.04
07/1999    5.98
```

```
08/1999    6.07
09/1999    6.07
10/1999    6.26
11/1999    6.15
12/1999    6.35
01/2000    6.63
02/2000    6.23
03/2000    6.05
04/2000    5.85
05/2000    6.15
06/2000    5.93
07/2000    5.85
08/2000    5.72
09/2000    5.83
10/2000    5.80
11/2000    5.78
12/2000    5.49
01/2001    5.54
02/2001    5.45
03/2001    5.34
04/2001    5.65
05/2001    5.78
06/2001    5.67
07/2001    5.61
08/2001    5.48
09/2001    5.48
10/2001    5.32
11/2001    5.12
12/2001    5.48
01/2002    5.45
02/2002    5.40
03/2002       0
04/2002       0
05/2002       0
06/2002       0
07/2002       0
08/2002       0
09/2002       0
10/2002       0
11/2002       0
12/2002       0
01/2003       0
02/2003       0
03/2003       0
04/2003       0
05/2003       0
06/2003       0
07/2003       0
08/2003       0
09/2003       0
10/2003       0
11/2003       0
12/2003       0
01/2004       0
02/2004       0
03/2004       0
04/2004       0
05/2004       0
06/2004       0
07/2004       0
```

```
08/2004      0
09/2004      0
10/2004      0
11/2004      0
```


## Internal Revenue Service IRS.gov
DEPARTMENT OF THE TREASURY

**Weighted Average Interest Rate Table**

Legend:

- Weighted Average Interest Rate = Wtd Avg
- Permissible Range = xx to xxx%
- 30 Year Treasury Securities Rate = 30-yr TSR
- 30 Year Constant Maturity Rate = 30-yr TCM

**Note:** The 120% weighted average figures from 2001 may be used for IRC section 412(m) purposes for the 2002 plan year.

| Month/Year | Wtd Avg | 90 to 105% | 90 to 110% | 30-yr TSR |
|---|---|---|---|---|
| Dec-04 | 5.11 | 4.60 to 5.37 | 4.60 to 5.62 | - |
| Nov-04 | 5.12 | 4.61 to 5.38 | 4.61 to 5.63 | 4.89 |
| Oct-04 | 5.14 | 4.62 to 5.39 | 4.62 to 5.65 | 4.86 |
| Sep-04 | 5.15 | 4.64 to 5.41 | 4.64 to 5.67 | 4.90 |
| Aug-04 | 5.16 | 4.65 to 5.42 | 4.65 to 5.68 | 5.06 |
| Jul-04 | 5.17 | 4.65 to 5.43 | 4.65 to 5.69 | 5.22 |
| Jun-04 | 5.17 | 4.65 to 5.43 | 4.65 to 5.68 | 5.41 |
| May-04 | 5.17 | 4.65 to 5.43 | 4.65 to 5.69 | 5.42 |
| Apr-04 | 5.18 | 4.67 to 5.44 | 4.67 to 5.70 | 5.14 |
| Mar-04 | 5.21 | 4.69 to 5.47 | 4.69 to 5.73 | 4.74 |
| Feb-04 | 5.23 | 4.70 to 5.49 | 4.70 to 5.75 | 4.93 |
| Jan-04 | 5.25 | 4.72 to 5.51 | 4.72 to 5.77 | 4.98 |
| Month/Year | Wtd Avg | 90 to 110% | 90 to 120% | 30-yr TSR |
| Dec-03 | 5.26 | 4.74 to 5.79 | 4.74 to 6.32 | 5.07 |
| Nov-03 | 5.28 | 4.75 to 5.81 | 4.75 to 6.33 | 5.12 |
| Oct-03 | 5.29 | 4.76 to 5.82 | 4.76 to 6.35 | 5.16 |
| Sep-03 | 5.30 | 4.77 to 5.84 | 4.77 to 6.37 | 5.14 |
| Aug-03 | 5.31 | 4.78 to 5.85 | 4.78 to 6.38 | 5.31 |
| Jul-03 | 5.34 | 4.81 to 5.87 | 4.81 to 6.41 | 4.93 |
| Jun-03 | 5.39 | 4.85 to 5.93 | 4.85 to 6.46 | 4.37 |
| May-03 | 5.43 | 4.89 to 5.97 | 4.89 to 6.52 | 4.53 |
| Apr-03 | 5.46 | 4.91 to 6.00 | 4.91 to 6.55 | 4.90 |

| Month/Year | Wtd Avg | 90 to 110% | 90 to 120% | 30-yr TCM |
|---|---|---|---|---|
| Mar-03 | 5.49 | 4.94 to 6.03 | 4.94 to 6.58 | 4.80 |
| Feb-03 | 5.51 | 4.96 to 6.06 | 4.96 to 6.62 | 4.81 |
| Jan-03 | 5.54 | 4.98 to 6.09 | 4.98 to 6.65 | 4.94 |
| Dec-02 | 5.56 | 5.00 to 6.12 | 5.00 to 6.67 | 4.92 |
| Nov-02 | 5.58 | 5.02 to 6.14 | 5.02 to 6.70 | 4.96 |
| Oct-02 | 5.60 | 5.04 to 6.16 | 5.04 to 6.72 | 4.93 |
| Sep-02 | 5.63 | 5.07 to 6.20 | 5.07 to 6.76 | 4.76 |
| Aug-02 | 5.65 | 5.09 to 6.22 | 5.09 to 6.78 | 5.08 |
| Jul-02 | 5.67 | 5.10 to 6.23 | 5.10 to 6.80 | 5.39 |
| Jun-02 | 5.68 | 5.11 to 6.24 | 5.11 to 6.81 | 5.52 |
| May-02 | 5.69 | 5.12 to 6.25 | 5.12 to 6.82 | 5.65 |
| Apr-02 | 5.69 | 5.12 to 6.26 | 5.12 to 6.83 | 5.68 |
| Mar-02 | 5.69 | 5.12 to 6.26 | 5.12 to 6.83 | 5.71 |
| Feb-02 | 5.70 | 5.13 to 6.27 | 5.13 to 6.84 | 5.40 |
| **Month/Year** | **Wtd Avg** | **90 to 110%** | **90 to 120%** | **30-yr TCM** |
| Jan-02 | 5.71 | 5.14 to 6.28 | 5.14 to 6.85 | 5.45 |
| **Month/Year** | **Wtd Avg** | **90 to 110%** | **90 to 105%** | **30-yr TCM** |
| Dec-01 | 5.72 | 5.15 to 6.29 | 5.15 to 6.01 | 5.48 |
| Nov-01 | 5.74 | 5.17 to 6.32 | 5.17 to 6.03 | 5.12 |
| Oct-01 | 5.76 | 5.18 to 6.34 | 5.18 to 6.05 | 5.32 |
| Sep-01 | 5.77 | 5.20 to 6.35 | 5.20 to 6.06 | 5.48 |
| Aug-01 | 5.79 | 5.21 to 6.37 | 5.21 to 6.08 | 5.48 |
| Jul-01 | 5.80 | 5.22 to 6.38 | 5.22 to 6.09 | 5.61 |
| Jun-01 | 5.82 | 5.24 to 6.40 | 5.24 to 6.11 | 5.67 |
| May-01 | 5.83 | 5.25 to 6.42 | 5.25 to 6.12 | 5.78 |
| Apr-01 | 5.85 | 5.26 to 6.43 | 5.26 to 6.14 | 5.65 |
| Mar-01 | 5.87 | 5.29 to 6.46 | 5.29 to 6.17 | 5.34 |
| Feb-01 | 5.89 | 5.30 to 6.48 | 5.30 to 6.19 | 5.45 |
| Jan-01 | 5.91 | 5.32 to 6.50 | 5.32 to 6.21 | 5.54 |
| **Month/Year** | **Wtd Avg** | **90 to 110%** | **90 to 105%** | **30-yr TCM** |
| Dec-00 | 5.93 | 5.34 to 6.52 | 5.34 to 6.23 | 5.49 |
| Nov-00 | 5.94 | 5.34 to 6.53 | 5.34 to 6.23 | 5.78 |
| Oct-00 | 5.95 | 5.35 to 6.54 | 5.35 to 6.24 | 5.80 |
| Sep-00 | 5.96 | 5.36 to 6.56 | 5.36 to 6.26 | 5.83 |
| Aug-00 | 5.98 | 5.38 to 6.57 | 5.38 to 6.28 | 5.72 |