# EXHIBIT G

FEDERAL RESERVE STATISTICAL RELEASE

H.15 (519)

SELECTED INTEREST RATES
Yields in percent per annum

| Instruments | 2004 Dec 6 | 2004 Dec 7 | 2004 Dec 8 | 2004 Dec 9 |
|---|---|---|---|---|
| Federal funds (effective) 1 2 3 | 2.04 | 1.99 | 2.01 | 2.05 |
| Commercial paper 3 4 5 | | | | |
| Nonfinancial | | | | |
| 1-month | 2.10 | 2.19 | 2.16 | 2.27 |
| 2-month | 2.22 | 2.24 | 2.25 | 2.26 |
| 3-month | 2.26 | n.a. | n.a. | 2.35 |
| Financial | | | | |
| 1-month | 2.19 | 2.20 | 2.24 | 2.26 |
| 2-month | 2.28 | 2.28 | 2.31 | 2.31 |
| 3-month | 2.34 | 2.35 | 2.36 | 2.37 |
| CDs (secondary market) 3 6 | | | | |
| 1-month | 2.30 | 2.31 | 2.31 | 2.34 |
| 3-month | 2.39 | 2.40 | 2.41 | 2.43 |
| 6-month | 2.59 | 2.60 | 2.51 | 2.61 |
| Eurodollar deposits (London) 3 7 | | | | |
| 1-month | 2.28 | 2.27 | 2.30 | 2.32 |
| 3-month | 2.37 | 2.38 | 2.38 | 2.38 |
| 6-month | 2.55 | 2.56 | 2.57 | 2.58 |
| Bank prime loan 2 3 8 | 5.00 | 5.00 | 5.00 | 5.00 |
| Discount window primary credit 2 9 | 3.00 | 3.00 | 3.00 | 3.00 |
| U.S. government securities | | | | |
| Treasury bills (secondary market) 3 4 | | | | |
| 4-week | 2.04 | 2.05 | 2.04 | 2.03 |
| 3-month | 2.22 | 2.21 | 2.20 | 2.20 |
| 6-month | 2.38 | 2.37 | 2.36 | 2.36 |
| Treasury constant maturities | | | | |
| Nominal 10 | | | | |
| 1-month | 2.09 | 2.08 | 2.08 | 2.07 |
| 3-month | 2.25 | 2.25 | 2.24 | 2.24 |
| 6-month | 2.44 | 2.43 | 2.42 | 2.42 |
| 1-year | 2.60 | 2.60 | 2.59 | 2.59 |
| 2-year | 2.93 | 2.95 | 2.91 | 2.93 |
| 3-year | 3.17 | 3.19 | 3.12 | 3.15 |
| 5-year | 3.59 | 3.60 | 3.53 | 3.54 |
| 7-year | 3.94 | 3.94 | 3.85 | 3.87 |
| 10-year | 4.24 | 4.23 | 4.14 | 4.19 |
| 20-year 11 | 4.92 | 4.91 | 4.80 | 4.84 |
| Inflation-indexed 12 | | | | |
| 5-year | 0.93 | 0.94 | 0.87 | 0.90 |
| 7-year | 1.29 | 1.30 | 1.22 | 1.24 |
| 10-year | 1.70 | 1.69 | 1.62 | 1.64 |
| 20-year | 2.08 | 2.08 | 2.00 | 2.03 |