# EXHIBIT H

INTERNAL REVENUE SERVICE                                         DEPARTMENT OF THE TREASURY
DISTRICT DIRECTOR
G.P.O. BOX 1680
BROOKLYN, NY 11202

Date: JUL 20 1995

|                                           | Employer Identification Number: |
|                                           | 13-2740040                      |

THE DUN & BRADSTREET CORPORATION
C/O KENNETH A RASKIN ESQ
C/O WHITE & CASE
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

File Folder Number:
   063002339
Person to Contact:
   JOSEPH SCHIANO
Contact Telephone Number:
   (203) 840-4110
Plan Name:
   MASTER RETIREMENT PLAN OF THE DUN &
   BRADSTREET CORPORATION
Plan Number: 001

Dear Applicant:

   We have made a favorable determination on your plan, identified above, based on the information supplied. Please keep this letter in your permanent records.

   Continued qualification of the plan under its present form will depend on its effect in operation. (See section 1.401-1(b)(3) of the Income Tax Regulations.) We will review the status of the plan in operation periodically.

   The enclosed document explains the significance of this favorable determination letter, points out some features that may affect the qualified status of your employee retirement plan, and provides information on the reporting requirements for your plan. It also describes some events that automatically nullify it. It is very important that you read the publication.

   This letter relates only to the status of your plan under the Internal Revenue Code. It is not a determination regarding the effect of other federal or local statutes.

   This determination letter is applicable for the amendment(s) adopted on July 19, 1994.

   This plan satisfies the nondiscrimination in amount requirement of section 1.401(a)(4)-1(b)(2) of the regulations on the basis of a general test described in the regulations.

   This letter is issued under Rev. Proc. 93-39 and considers the amendments required by the Tax Reform Act of 1986 except as otherwise specified in this letter.

   This plan satisfies the nondiscriminatory current availability requirements of section 1.401(a)(4)-4(b) of the regulations with respect to those benefits, rights, and features that are currently available to all employees in the plan's coverage group. For this purpose, the plan's coverage group consists of those employees treated as currently benefiting for purposes of demonstrating that the plan satisfies the minimum coverage requirements of section 410(b) of the Code.

   This letter may not be relied upon with respect to whether the plan

Letter 835 (DO/CG)

-2-

THE DUN & BRADSTREET CORPORATION

satisfies the qualification requirements as amended by the Uruguay Round Agreements Act, Pub. L. 103-465.

We have sent a copy of this letter to your representative as indicated in the power of attorney.

If you have questions concerning this matter, please contact the person whose name and telephone number are shown above.

Sincerely yours,

Herbert J. Huff
District Director

Enclosures:
Publication 794
Reporting & Disclosure Guide
  for Employee Benefit Plans

Letter 835 (DO/CG)