# EXHIBIT J

MASTER RETIREMENT PLAN OF

THE DUN & BRADSTREET CORPORATION

ATTACHMENT Y

Mortality Rates For Healthy Members

| Age | Member | Beneficiary |
|---|---|---|
| 25 | .000581 | .000470 |
| 26 | .000610 | .000497 |
| 27 | .000644 | .000526 |
| 28 | .000681 | .000557 |
| 29 | .000720 | .000591 |
| 30 | .000763 | .000629 |
| 31 | .000811 | .000669 |
| 32 | .000866 | .000714 |
| 33 | .000923 | .000762 |
| 34 | .000988 | .000814 |
| 35 | .001059 | .000873 |
| 36 | .001136 | .000936 |
| 37 | .001223 | .001007 |
| 38 | .001318 | .001084 |
| 39 | .001423 | .001168 |
| 40 | .001539 | .001261 |
| 41 | .001682 | .001369 |
| 42 | .001869 | .001497 |
| 43 | .002097 | .001647 |
| 44 | .002364 | .001815 |
| 45 | .002670 | .002005 |
| 46 | .003011 | .002216 |
| 47 | .003388 | .002449 |
| 48 | .003797 | .002705 |
| 49 | .004241 | .002983 |
| 50 | .004717 | .003289 |
| 51 | .005216 | .003594 |
| 52 | .005746 | .003926 |
| 53 | .006310 | .004288 |
| 54 | .006907 | .004683 |

| | | |
|---|---|---|
| 55 | .007533 | .005112 |
| 56 | .008206 | .005588 |
| 57 | .008916 | .006123 |
| 58 | .009679 | .006729 |
| 59 | .010510 | .007415 |
| 60 | .011426 | .008190 |
| 61 | .012449 | .009063 |
| 62 | .013608 | .010042 |
| 63 | .014928 | .011131 |
| 64 | .016449 | .012338 |
| 65 | .018207 | .013671 |
| 66 | .020245 | .015129 |
| 67 | .022388 | .016662 |
| 68 | .024559 | .018359 |
| 69 | .026871 | .020335 |
| 70 | .029559 | .022766 |
| 71 | .032952 | .025919 |
| 72 | .036762 | .029529 |
| 73 | .040907 | .033496 |
| 74 | .045427 | .037808 |
| 75 | .050298 | .042428 |
| 76 | .055809 | .047551 |
| 77 | .062080 | .053217 |
| 78 | .069068 | .059419 |
| 79 | .076746 | .066152 |
| 80 | .084955 | .073330 |
| 81 | .093582 | .080901 |
| 82 | .102603 | .088868 |
| 83 | .111984 | .097236 |
| 84 | .121754 | .106074 |
| 85 | .131910 | .115436 |
| 86 | .142522 | .125403 |
| 87 | .153693 | .136075 |
| 88 | .165518 | .147557 |
| 89 | .178093 | .159954 |
| 90 | .191529 | .173397 |
| 91 | .205702 | .185997 |
| 92 | .216646 | .199614 |
| 93 | .230478 | .214387 |
| 94 | .245331 | .230463 |
| 95 | .261353 | .248008 |
| 96 | .273704 | .267202 |

| | | |
|---|---|---|
| 97  | .297562 | .288242 |
| 98  | .318124 | .311344 |
| 99  | .340598 | .336741 |
| 100 | .365204 | .364688 |
| 101 | .392179 | .395460 |
| 102 | .421772 | .429358 |
| 103 | .455805 | .467222 |
| 104 | .496440 | .510917 |
| 105 | .545840 | .562310 |
| 106 | .606167 | .623265 |
| 107 | .679585 | .695646 |
| 108 | .768255 | .781319 |
| 109 | .874340 | .882150 |
| 110 | .999999 | .999999 |

-3-