# EXHIBIT K

| Mortality Table for Sections 415 and 417(e) | | | Mortality Table for Sections 415 and 417(e) | | |
|---|---|---|---|---|---|
| Age | $l_x$ | $q_x$ | Age | $l_x$ | $q_x$ |
| 1 | 1000000.00 | 0.000514 | 31 | 990207.37 | 0.000612 |
| 2 | 999486.00 | 0.000341 | 32 | 989601.36 | 0.000633 |
| 3 | 999145.18 | 0.000270 | 33 | 988974.94 | 0.000649 |
| 4 | 998875.41 | 0.000207 | 34 | 988333.10 | 0.000661 |
| 5 | 998668.64 | 0.000188 | 35 | 987679.81 | 0.000675 |
| 6 | 998480.89 | 0.000179 | 36 | 987013.13 | 0.000695 |
| 7 | 998302.16 | 0.000170 | 37 | 986327.16 | 0.000727 |
| 8 | 998132.45 | 0.000154 | 38 | 985610.10 | 0.000768 |
| 9 | 997978.74 | 0.000148 | 39 | 984853.15 | 0.000819 |
| 10 | 997831.04 | 0.000150 | 40 | 984046.56 | 0.000879 |
| 11 | 997681.37 | 0.000158 | 41 | 983181.58 | 0.000944 |
| 12 | 997523.74 | 0.000171 | 42 | 982253.46 | 0.001014 |
| 13 | 997353.16 | 0.000192 | 43 | 981257.45 | 0.001083 |
| 14 | 997161.67 | 0.000225 | 44 | 980194.75 | 0.001151 |
| 15 | 996937.31 | 0.000262 | 45 | 979066.55 | 0.001224 |
| 16 | 996676.11 | 0.000296 | 46 | 977868.17 | 0.001312 |
| 17 | 996381.09 | 0.000324 | 47 | 976585.21 | 0.001422 |
| 18 | 996058.26 | 0.000343 | 48 | 975196.51 | 0.001554 |
| 19 | 995716.61 | 0.000357 | 49 | 973681.05 | 0.001699 |
| 20 | 995361.14 | 0.000368 | 50 | 972026.77 | 0.001869 |
| 21 | 994994.85 | 0.000381 | 51 | 970210.05 | 0.002065 |
| 22 | 994615.76 | 0.000396 | 52 | 968206.57 | 0.002302 |
| 23 | 994221.89 | 0.000418 | 53 | 965977.76 | 0.002571 |
| 24 | 993806.31 | 0.000441 | 54 | 963494.23 | 0.002854 |
| 25 | 993368.04 | 0.000468 | 55 | 960744.42 | 0.003197 |
| 26 | 992903.14 | 0.000500 | 56 | 957672.92 | 0.003614 |
| 27 | 992406.69 | 0.000523 | 57 | 954211.89 | 0.004124 |
| 28 | 991887.66 | 0.000543 | 58 | 950276.72 | 0.004712 |
| 29 | 991349.07 | 0.000564 | 59 | 945799.02 | 0.005345 |
| 30 | 990789.95 | 0.000588 | 60 | 940743.72 | 0.006062 |

Mortality Table
for Sections 415 and 417(e)

| Age | $l_x$ | $q_x$ | Age | $l_x$ | $q_x$ |
|---|---|---|---|---|---|
| 61 | 935040.93 | 0.006912 | 91 | 222462.10 | 0.154664 |
| 62 | 928577.93 | 0.007846 | 92 | 188055.22 | 0.170190 |
| 63 | 921292.31 | 0.008958 | 93 | 156050.10 | 0.186631 |
| 64 | 913039.37 | 0.010151 | 94 | 126926.31 | 0.203518 |
| 65 | 903771.11 | 0.011441 | 95 | 101094.52 | 0.222123 |
| 66 | 893431.06 | 0.012870 | 96 | 78639.10 | 0.240233 |
| 67 | 881932.60 | 0.014291 | 97 | 59747.39 | 0.259380 |
| 68 | 869328.90 | 0.015614 | 98 | 44250.11 | 0.278936 |
| 69 | 855755.20 | 0.017000 | 99 | 31907.16 | 0.297614 |
| 70 | 841207.36 | 0.018396 | 100 | 22411.14 | 0.316630 |
| 71 | 825732.51 | 0.020025 | 101 | 15315.10 | 0.338758 |
| 72 | 809197.22 | 0.022026 | 102 | 10126.99 | 0.358830 |
| 73 | 791373.84 | 0.024187 | 103 | 6493.12 | 0.380735 |
| 74 | 772232.88 | 0.026581 | 104 | 4020.96 | 0.404426 |
| 75 | 751706.16 | 0.029310 | 105 | 2394.78 | 0.427883 |
| 76 | 729673.65 | 0.032392 | 106 | 1370.09 | 0.449085 |
| 77 | 706038.06 | 0.036288 | 107 | 754.80 | 0.466012 |
| 78 | 680417.35 | 0.040636 | 108 | 403.05 | 0.478582 |
| 79 | 652767.91 | 0.045463 | 109 | 210.16 | 0.488140 |
| 80 | 623091.12 | 0.050795 | 110 | 107.57 | 0.494813 |
| 81 | 591441.21 | 0.056655 | 111 | 54.34 | 0.498724 |
| 82 | 557933.11 | 0.063064 | 112 | 27.24 | 0.500000 |
| 83 | 522747.62 | 0.069481 | 113 | 13.62 | 0.500000 |
| 84 | 486426.59 | 0.076539 | 114 | 6.81 | 0.500000 |
| 85 | 449195.99 | 0.084129 | 115 | 3.41 | 0.500000 |
| 86 | 411405.58 | 0.092686 | 116 | 1.71 | 0.500000 |
| 87 | 373274.04 | 0.103014 | 117 | 0.86 | 0.500000 |
| 88 | 334821.59 | 0.114434 | 118 | 0.43 | 0.500000 |
| 89 | 296506.62 | 0.126925 | 119 | 0.22 | 0.500000 |
| 90 | 258872.52 | 0.140650 | 120 | 0.11 | 1.000000 |

EFFECTIVE DATE

The required use of the mortality table in this revenue ruling is effective for distributions with annuity starting dates on or after December 31, 2002, except that a plan may specify any earlier date during calendar year 2002 as the effective date for the required use of the mortality table in this revenue ruling under the plan. The effective date for the required use of the mortality table set forth in this revenue ruling for a plan is referred to as the plan's 94 GAR effective date. A plan's 94 GAR effective date must apply uniformly for purposes of §§ 415 and 417(e) of the Code and § 205(g)(3) of ERISA.

PLAN AMENDMENT

The latest date by which a plan may be amended to comply with this revenue ruling is the last day of the plan year that contains the plan's 94 GAR effective date. Thus, a plan with a July 1 to June 30 fiscal plan year ending June 30, 2002, must be amended no later than June 30, 2002, if the effective date is between January 1, 2002, and June 30, 2002. If such a plan is amended during its July 1, 2002, to June 30, 2003, plan year, the plan's 94 GAR effective date may be no earlier than July 1, 2002.

For a plan amendment adopted to comply with this revenue ruling no later than the last day of the plan year that contains the plan's 94 GAR effective date, the remedial amendment period under § 401(b) will end at the end of the EGTRRA remedial amendment period.