## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | December 20, 2004 |

### PLAINTIFFS' MOTION TO JOIN PARTY PLAINTIFFS
### AND AMEND COMPLAINT

Pursuant to Fed.R.Civ.P. 15 (a) and 20 (a) plaintiffs in the above-captioned matter hereby respectfully move to join as party plaintiffs, Donna Cochran, Steve Crowther and Philip Salamone and to amend their complaint to reflect: (1) the addition of these parties and their claims, (2) the dismissal of three other counts of the complaint, and (3) to correct a typographical error and otherwise clarify the allegations of the remaining count in the complaint. The plaintiffs represent that the addition of the parties is unopposed and that the changes to the remaining count are necessary to correct a typographical error in the interest rate stated and to clarify the allegations of the complaint in light of plaintiffs' expert's report and testimony concerning the relationship between interest rates and mortality tables when seeking actuarial equivalence.

WHEREFORE, the plaintiffs in the above-captioned matter hereby respectfully seek leave to join the named individuals as party plaintiffs and to amend their complaint in the form attached hereto.

THE PLAINTIFFS: Mary McCarthy, et al.

BY: /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

Patrick Shea
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2216

Date: December 20, 2004    /s/ Thomas G. Moukawsher
Thomas G. Moukawsher