# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | December 20, 2004 |

### JOINT STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE OF PLAINTIFFS ALDO C. CAMERIN, TERRY CARPENTER, AND DENISE CYPHERS

Pursuant to Fed.R.Civ. P. 41 (1)(ii), Plaintiffs Aldo C. Camerin, Terry Carpenter, and Denise Cyphers and all appearing Defendants hereby stipulate to the dismissal from the Amended Complaint claims of Aldo C. Camerin, Terry Carpenter, and Denise Cyphers in the above-captioned matter with prejudice and without costs or fees to either party. The undersigned has conferred with opposing counsel and he authorizes me to file this Joint Stipulation and sign on his behalf.

THE PLAINTIFFS: Mary McCarthy, et al.

BY: /s/ Thomas G. Moukawsher
   Thomas G. Moukawsher (ct08940)
   Ian O. Smith (ct24135)
   Moukawsher & Walsh, LLC
   21 Oak Street
   Hartford, CT 06106
   (860) 278-7000

THE DEFENDANTS: THE DUN & BRADSTREET CORPORATION AND THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT

BY__/s/ Patrick Shea
   Patrick Shea, Esq. (ct07071)
   Paul, Hastings, Janofsky & Walker, LLP
   1055 Washington Boulevard
   Stamford, CT 06901-2216

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

>Patrick Shea
>Paul, Hastings, Janofsky & Walker LLP
>1055 Washington Boulevard
>Stamford, CT  06901-2216

Date:  December 20, 2004                    /s/ Thomas G. Moukawsher
                                            Thomas G. Moukawsher