UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 3:03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | December 20, 2004 |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
OF COUNTS ONE AND TWO OF
JUNE 30, 2003 AMENDED COMPLAINT**

Pursuant to Fed.R.Civ. P. 41 (1)(ii), the Parties hereby stipulate to the dismissal of Counts One and Two of the Amended Complaint dated June 30, 2003 in the above-captioned matter. Both Parties agree to the dismissal of Counts One and Two of the June 30, 2003 Amended Complaint with prejudice, each party to assume its own fees and costs. The undersigned has conferred with opposing counsel and he authorizes me to file this Joint Stipulation and sign it on his behalf.

THE PLAINTIFFS: Mary McCarthy, et al.

BY:   /s/ Thomas G. Moukawsher
       Thomas G. Moukawsher (ct08940)
       Ian O. Smith (ct24135)
       Moukawsher & Walsh, LLC
       21 Oak Street
       Hartford, CT 06106
       (860) 278-7000

        THE DEFENDANTS: THE DUN &  
        BRADSTREET CORPORATION AND  
        THE DUN & BRADSTREET  
        CORPORATION RETIREMENT  
        ACCOUNT


        BY   /s/ Patrick Shea  
            Patrick Shea, Esq. (ct07071)  
            Paul, Hastings, Janofsky & Walker, LLP  
            1055 Washington Boulevard  
            Stamford, CT 06901-2216

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

        Patrick Shea  
        Paul, Hastings, Janofsky & Walker LLP  
        1055 Washington Boulevard  
        Stamford, CT  06901-2216

Date:  December 20, 2004            /s/ Thomas G. Moukawsher  
                                                Thomas G. Moukawsher