ORIGINAL

```
 1   UNITED STATES DISTRICT COURT

 2   DISTRICT OF CONNECTICUT

 3   ------------------------------------------ X

 4   MCCARTHY, ET AL,

 5                           Plaintiffs,

 6        - against -

 7   DUN AND BRADSTREET, ET AL,

 8
                             Defendants.
 9   ------------------------------------------X

10                           Examination of EDWARD W. BROWN
                             Milliman USA
11                           4 Corporate Plaza
                             250 Washington Ave. Ext.
12                           Albany, New York   12203

13                           October 6, 2004 at 10:00

14   APPEARANCES:            By Phone:
                             MOUKAWSHER & WALSH, LLC
15                           THOMAS MOUKAWSHER, Esq., of Counsel
                             21 Oak Street
16                           Hartford, Connecticut 06106
                             Attorneys for Plaintiffs
17
                             PAUL, HASTINGS, JANOFSKY & WALKER,
18                           PATRICK W. SHEA, Esq., of Counsel
                             1055 Washington Blvd - 9th Floor
19                           Stamford, Connecticut  06901-2217
                             Attorneys for Defendants
20

21

22

23

24

25
```



P.O. Box 12459
Albany, NY 12212-2459

ALLIANCE REPORTING SERVICE, LLC

Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com

1   A.   Yes, I think it's 93.  Yes, 93.

2   Q.   Is there a 94 GAR?

3   A.   There could be. It's either 93 or 94.

4   Q.   Okay. In accordance with professional actuarial standards, those are three you would deem appropriate to use in determining actuarial equivalence?

7        MR. SHEA:  I object. The witness is not here to express any opinion on mortality tables. I think, therefore, that exceeds the scope of the report. I'll let you go on with it a little bit. At some point I have a protective order if you turn it into a deposition not about the opinion the witness has been retained to testify on, but on a separate issue that is not mentioned in the complaint, not mentioned at the motion to dismiss stage that led to this round of briefing, and is not in the case.

17  Q.   Do you remember my question, Mr. Brown?

18  A.   Could you repeat it again?

19  Q.   If you were to determine actuarial equivalency today for an early retirement benefit you'd testify that in accordance with sound actuarial principals you would use the GATT table, 94 GAR -- or 93, you think it might be -- and then you mentioned one other, RP 2000?

24  A.   That's correct.

25  Q.   Those would be the three options you would

P.O. Box 12459
Albany, NY 12212-2459

ALLIANCE REPORTING SERVICE, LLC

Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com