ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, CLAYTON BOROWSKI, individually and on behalf of others similarly situated, and individually, GAIL ADAMS, DONALD BAKERT, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> THE DUN & BRADSTREET CORPORATION, THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT, and THE DUN & BRADSTREET CAREER TRANSITION PLAN, <br><br>  Defendants. | CIVIL ACTION NO. <br> 3:03 CV 0431 (SRU) <br><br><br><br><br> JANUARY 11, 2005 |

### DEFENDANTS' (1) CONSENT MOTION TO VACATE JANUARY 4, 2005 ORDER GRANTING PLAINTIFFS' MOTION TO AMEND AND FOR RECONSIDERATION OF SAME, AND (2) OPPOSITION TO PLAINTIFFS' MOTION TO AMEND

Defendants hereby request, in accordance with D. Conn. Rule 7(c), that the Court reconsider and vacate its January 4, 2005 order granting Plaintiffs leave to amend the Complaint. Specifically, Plaintiffs' "Motion to Join Party Plaintiffs and Amend Complaint" (filed on December 21, 2004) was granted before Defendants' time to respond had expired, most likely because the motion gave the appearance of being unopposed. While Defendants do not oppose amendments to reflect the addition of plaintiffs and the dismissal of Counts 1-3, Defendants do oppose Plaintiffs' attempt to introduce a new substantive claim (that the Plan's mortality assumptions are allegedly unreasonable) into the case at this late stage, after discovery has been completed and briefs on summary judgment have been filed. Plaintiffs' counsel has expressly represented to counsel for Defendants that he does not oppose Defendants' motion to vacate and

for reconsideration, given that Defendants did not have the opportunity to file an opposition before Plaintiffs' Motion to Amend was granted.

For these reasons, and for the reasons set forth in the Defendants' accompanying Memorandum of Law in support of this Motion, Defendants respectfully request that this Court vacate and reconsider its January 4, 2005 order, and deny Plaintiffs' Motion to Amend.

DATED: January 11, 2005

Respectfully submitted,
THE DEFENDANTS
THE DUN & BRADSTREET CORPORATION,
THE DUN & BRADSTREET CORPORATION
RETIREMENT ACCOUNT, and
THE DUN & BRADSTREET CAREER
TRANSITION PLAN

By: _____
Patrick W. Shea (ct07071)
Sandra K. Lalli (ct25805)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
patrickshea@paulhastings.com
Counsel for the Defendants

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of January, 2005, a copy of the foregoing DEFENDANTS' (1) CONSENT MOTION TO VACATE JANUARY 4, 2005 ORDER GRANTING PLAINTIFFS' MOTION TO AMEND AND FOR RECONSIDERATION OF SAME, AND (2) OPPOSITION TO PLAINTIFFS' MOTION TO AMEND was served by overnight express mail on the following counsel of record:

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, LLC
21 Oak Street, Suite 100
Hartford, Connecticut 06106

_____
Sandra K. Lalli