# EXHIBIT M

ORIGINAL

```
 1  UNITED STATES DISTRICT COURT

 2  DISTRICT OF CONNECTICUT

 3  ------------------------------------------- X

 4  MCCARTHY, ET AL,

 5                          Plaintiffs,

 6      - against -

 7  DUN AND BRADSTREET, ET AL,

 8
                            Defendants.
 9  --------------------------------------------X

10                      Examination of EDWARD W. BROWN
                        Milliman USA
11                      4 Corporate Plaza
                        250 Washington Ave. Ext.
12                      Albany, New York   12203

13                      October 6, 2004 at 10:00

14  APPEARANCES:           By Phone:
                        MOUKAWSHER & WALSH, LLC
15                      THOMAS MOUKAWSHER, Esq., of Counsel
                        21 Oak Street
16                      Hartford, Connecticut 06106
                        Attorneys for Plaintiffs
17
                        PAUL, HASTINGS, JANOFSKY & WALKER,
18                      PATRICK W. SHEA, Esq., of Counsel
                        1055 Washington Blvd - 9th Floor
19                      Stamford, Connecticut  06901-2217
                        Attorneys for Defendants
20

21

22

23

24

25
```

P.O. Box 12459
Albany, NY 12212-2459


ALLIANCE
REPORTING SERVICE, LLC

Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com

1    Q.    Have you ever been employed as an expert witness
2  in a case involving a challenge to an ERISA plan
3  actuarial assumption?
4    A.    I don't believe so.
5    Q.    Have you ever been an expert witness in a case
6  where a plan participant claimed the terms of their plan
7  violated ERISA?
8    A.    No.
9    Q.    Have you ever been retained as an expert witness
10 by a plan participant other than in a matrimonial
11 context?
12   A.    I think the answer would be no with the exception
13 of matrimonial, but that's not really ERISA or a plan.
14   Q.    Okay. Let's turn now to Exhibit 2, page five, if
15 you would.
16   A.    Okay.
17   Q.    And direct your attention to paragraph 8.
18   A.    Okay.
19   Q.    You say:  In my opinion the 6.75 percent interest
20 rate used to reduce the monthly early retirement
21 payments to former employees is consistent with accepted
22 actuarial standards.   It represents a reasonable rate
23 based on the consensus view of expected returns of
24 numerous professional plan managers. It also reflects a
25 reasonable rate that has been approved by the IRS

P.O. Box 12459
Albany, NY 12212-2459
ALLIANCE REPORTING SERVICE, LLC
Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com

1  through the issuance of numerous determination letters.
2       I'm just trying to understand the gist of your
3  opinion here. If I wanted to know why you think it's
4  consistent with accepted actuarial standards, would I be
5  correct to say that, first, it's consistent with the
6  consensus view and that many professional plan managers
7  use these similar rates; and, two, that the rate has
8  been approved by the IRS in determination letters?
9       MR. SHEA:  Object to form.
10  Q.  Is that fair?
11      MR. SHEA:  Objection to form.  You can
12  answer.
13  A.  I think you said three things, not two things.
14  Q.  Well, I said if I wanted to understand why you
15  believe it's consistent with accepted actuarial
16  standards you think it's for two reasons. One, it's
17  consistent with the consensus view and that many
18  professional plan managers use similar rates. And two,
19  that the rate has been approved by the IRS from
20  determination letters, is that right?
21  A.  I don't think -- I wouldn't say it that way. I
22  would say there are three things for my opinion. Number
23  one is it's consistent with accepted actuarial
24  standards.  And that's independent of the other two. The
25  other two build on it.  Number two, it's also a

P.O. Box 12459
Albany, NY 12212-2459

ALLIANCE
REPORTING SERVICE, LLC

Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com

1  reasonable rate based on the consensus view.  And number
2  three, it's been approved by IRS.
3      Q.  So in paragraph eight, when you say: Used to
4  reduce the monthly early retirement payments to former
5  employees is consistent with accepted actuarial
6  standards, you're not explaining why it's consistent
7  with the actuarial standards in the next two sentences,
8  is that right?
9      A.  That's right. I think they're independent.
10     Q.  This is three points.  Consistent with actuarial
11 standards.  It's a reasonable rate because of the
12 consensus view.  And it's reasonable because it's been
13 approved by IRS in determination letters.  Is that
14 correct?
15     A.  That's correct.
16     Q.  With respect to choosing interest rates for
17 purposes of creating actuarial equivalency in early
18 retirement benefits, can we agree that the higher the
19 interest rate a company uses the smaller the pension it
20 produces?
21         MR. SHEA:  Object to form.  You can answer.
22     A.  I think that we can agree on that, yes.
23     Q.  And would you also agree with me the interest
24 rate that a company chooses for this purpose is supposed
25 to reflect what a reasonable return would be in the

P.O. Box 12459
Albany, NY 12212-2459


ALLIANCE
REPORTING SERVICE, LLC

Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com

1  periodically changing the interest rate assumption in
2  the plan as opposed to simply adopting a variable rate
3  in a plan?
4           MR. SHEA: Objection to form, vague. You can
5  answer if you understand.
6     A.   What are the advantages of changing a rate
7  periodically versus adopting a variable rate?
8     Q.   Yes. I guess what I was giving you is a
9  hypothetical in which you have volatile interest rates,
10 they're going way up and way down. And the question is,
11 how is it best to react to that? Is it best to
12 periodically simply change a fixed rate in the plan or
13 is it best to adopt a variable rate? Give your choice
14 and explain what your choice is.
15    A.   My choice would be definitely to adopt a fixed
16 rate and change it from time to time. The reason being
17 that this is part of a benefit calculation, and IRS
18 requires -- and you need it for proper plan
19 administration -- to be able to definitely determine
20 what a person's benefit is. A fixed rate allows you to
21 do that. A variable rate does not allow you to do that,
22 and it causes confusion among giving benefit estimates
23 and predicting what benefits would be paid from a plan.
24 So my preference would definitely be to have a fixed
25 rate and if it becomes unreasonable, to then change it.

P.O. Box 12459
Albany, NY 12212-2459
ALLIANCE REPORTING SERVICE, LLC
Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com

1    Q.  In those circumstances, though, you're saying
2 there's some legal obstacle?  You seemed to suggest
3 that.
4    A.  And I'm not a lawyer, I'm an actuary.  But one
5 requirement that IRS has is that benefit be definitely
6 determinable. That means you can calculate them with
7 precision. And a fixed rate allows you to do that. A
8 variable rate does not.
9    Q.  But don't, in fact, plans confront that kind of
10 projection and calculation issue all the time when
11 they're asked to give estimates of what a person's lump
12 sum retirement would be?
13    A.  They do. And it creates a lot of problems.  But
14 IRS has specific rules for dealing with that. That the
15 lump sum that you quote, that I might quote today in
16 October for a benefit being paid out next March might in
17 fact end up being lower next March because I'm using
18 today's rate.  And IRS says that's okay. But that's one
19 of the few instances.  If we gave a person an estimate
20 of their early retirement benefit today and then decided
21 to use a different interest rate next March, I don't
22 believe that would be a permissible reduction in
23 benefits.
24    Q.  Okay.  So wouldn't that problem happen if you
25 simply decided on a new fixed rate, too?

P.O. Box 12459
Albany, NY 12212-2459


ALLIANCE REPORTING SERVICE, LLC

Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com

1  Q. Now, we just went through a period where interest
2  rates plummeted over the course of several years to
3  historic lows. In trying to come up with a reasonable
4  interest rate for these purposes during a time like that
5  would you agree with me that a development such as this
6  has to be taken into account when predicting or when
7  adopting an interest rate assumption?
8  A. When you say a development such as this, what's
9  "this"?
10 Q. Historically low interest rates.
11 A. Okay. We haven't had historically low interest
12 rates. We had a temporary period. We haven't had a
13 long history of low rates, we had a short time.
14 Q. We had historically low interest rates in the
15 last couple of years, though?
16 A. Right.
17 Q. What I'm asking you, don't you think in setting a
18 reasonable interest rate that current historically low
19 interest rates should be taken into account?
20 A. Well, there are many factors that are taken into
21 account. One of them would be the interest rates earned
22 today and yesterday and the last couple of years. But we
23 look at a much longer term period in setting interest
24 rates.
25 Q. That's right. And when you're looking at what may

P.O. Box 12459
Albany, NY 12212-2459
ALLIANCE REPORTING SERVICE, LLC
Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com

1  happen over the next long period of time during a period
2  of historically low interest rates it would be true that
3  one of the things that you should consider is the fact
4  that current rates are extremely low?
5      A.  That would be one factor.
6      Q.  Okay. So when you have any period where there's
7  dramatic changes in rates like that, it wouldn't be
8  reasonable to look solely at rates that predated the
9  interest rate downturn, would it?
10     A.  No, not to look solely at some other period.
11     Q.  Okay. Because the job, of course, is to predict
12 future rates, not past rates?
13     A.  It is easy to predict past rates.
14     Q.  The point is, the job is to predict the future
15 rates, correct?
16     A.  That's right.
17     Q.  Now, I ask you to turn to page six of your
18 report. And you state in paragraph two, where you're
19 summarizing your ultimate opinion, it's consistent with
20 IRS laws, rules and regulations.  What IRS laws, rules
21 and regulations did you consider in forming your
22 opinion?
23     A.  You know, I can't like quote you chapter and
24 verse on the whole Internal Revenue Code and
25 regulations, they fill many volumes of books. But the

P.O. Box 12459
Albany, NY 12212-2459

ALLIANCE
REPORTING SERVICE, LLC

Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com

1   Q.   Go ahead.

2   A.   This page shows the actual investment performance
3   of the Dun & Bradstreet Corporation for one, two, three,
4   five, ten, fifteen years, and since the inception of the
5   fund.

6   Q.   And do you recall Mr. Moukawsher asked you some
7   questions about the performance of the fund in periods
8   of historically low interest rates? Do you recall that?

9   A.   Yes.

10  Q.   Would that include the period for the past two
11  years, in your opinion?

12  A.   The one or two year periods here are not
13  historically low interest rates.

14  Q.   In terms of market interest rates shown by the
15  D&B performance sheets, have the past two years also
16  showed market rates were low?

17  A.   '03 was very high interest rates. And I think
18  this is ended June 30, '04. So, that period of one and
19  two years would not be historically low interest rates.
20  They were pretty good during that period.

21  Q.   In terms of long term interest rates, were they
22  relatively low?

23  A.   Long term, they were not. As shown here, this is
24  kind of typical for ten and fifteen year periods, ten
25  percent return.

P.O. Box 12459
Albany, NY 12212-2459
ALLIANCE REPORTING SERVICE, LLC
Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com

1  Q. Focusing on the question of interest rates
2  provided by long term government securities, over the
3  past two years where have those interest rates been?
4  A. They've been low.
5  Q. In contrast to the 30 year T bill rate, how would
6  you characterize Dun & Bradstreet's return in the past
7  two years?
8  A. They're much higher.
9  Q. And higher or lower than the 6.75 interest rate
10 that's assumed for at issue in this case?
11 A. Much higher.
12 Q. Okay. And would that also be true if we look out
13 over a longer term?
14 A. Yes.
15 Q. And in assessing an appropriate interest rate do
16 you look short run or long run?
17 A. Long run.
18 Q. For the record, the last two pages of the
19 spreadsheet, what do those indicate?
20 A. They show the amount of fund investments in
21 various assets classes; U.S. Equities, Non-US Equities,
22 fixed income and real estate.
23 Q. In your opinion, how do they compare with the
24 typical defined benefit plan?
25 A. They're very similar.

P.O. Box 12459
Albany, NY 12212-2459
ALLIANCE REPORTING SERVICE, LLC
Schenectady (518) 355-9216
Toll Free (800) 292-0224
Fax (518) 452-0610
alliancereporting@hotmail.com

110

1  Q. Does it have an early retirement
2  provision?
3  A. Yes.
4  Q. Is it subsidized or unsubsidized?
5  A. It's only a lump sum.
6  Q. Are there any optional benefit
7  forms under the Poulin Associates defined
8  benefit plan that require a calculation of
9  actuarial equivalence?
10 A. No. The plan consist of normal
11 retirement benefits or a lump sum in lieu
12 of.
13 Q. How many employees are covered by
14 the Poulin Associates benefit plan?
15 A. Five.
16 Q. Who invests the funds of the trust
17 of that plan?
18 A. There is an institutional investor,
19 Sullivan Smith Barney and I'm the named
20 fiduciary.
21 Q. Does it file annual reports similar
22 to Poulin Exhibit 5?
23 A. Yes.
24 Q. And in doing that, does it use
25 funding assumptions?