# EXHIBIT N



"Shea, Patrick W." <patrickshea@paulhastings.com>

10/05/2004 03:11 PM

To "'ed.brown@milliman.com'" <ed.brown@milliman.com>
cc
bcc
Subject FW: D&B Market Values.xls

-----Original Message-----
From: Shea, Patrick W.
Sent: Tuesday, October 05, 2004 3:09 PM
To: 'ed.bown@milliman.com'
Subject: FW: D&B Market Values.xls
Importance: High


As requested, attached are two spreadsheets from the Russell Investment Group which serves as investment consultant to the D&B Plan. They document the historical returns and asset mix of the Plan. Let me know if you need anything further. -----Original Message-----
From: Lomicky, Wayne (Consulting_US_NY) [mailto:WLomicky@RUSSELL.COM]
Sent: Tuesday, October 05, 2004 3:00 PM
To: 'patrickshea@paulhastings.com'
Cc: ~Warren, Eric (Dun & Bradstreet Corporation); Turner, Kevin (Consulting_US_NY); ConsRes-Filing
Subject: FW: D&B Market Values.xls
Importance: High


Pat - as we discussed, attached is a spreadsheet showing the annualized return for D&B's Total Fund from July 1, 1976 through June 30, 2004, and also for select sub periods therein.

The annualized portfolio return since inception was 11.78%, and for all periods of ten years and longer, the annualized portfolio return exceeded 10%.

Please let me know if you need additional information.

Regards,
Wayne
 <<DB_100504_wl_Total Fund Performance.xls>>

> -----Original Message-----
> From:          Turner, Kevin (Consulting_US_NY)
> Sent:          Monday, October 04, 2004 8:11 PM
> To:            'Slobodiend@dnb.com'
> Cc:            ~Warren, Eric (Dun & Bradstreet Corporation); Lomicky, Wayne
> (Consulting_US_NY)
> Subject:       D&B Market Values.xls
>
> Dave - As discussed, the attached file contains D&B's asset allocation
> through time.
>
> As of May 2001, the Plan's assets consisted of US Equity (53%), Non-US
> Equity (11%), Fixed Income (29%) and Real Estate (7%).
> I trust this is what you are after, and will leave you to forward on



EXHIBIT
2 for Id
MMF 10/6/04

```
> as appropriate.
>
> I will be tied up for most of the day tomorrow with Eric Warren in
> Tacoma, but will try to check messages when I can.  My cell phone
> number is 718-644-3343.
>
> If you need immediate assistance, you can call Wayne Lomicky in New
> York at 212-702-7923.  He is also intimately familiar with D&B's plan.
>
> Regards, Kevin
>
> Kevin J. Turner, CFA
> Senior Consultant, US Consulting
>
> Russell Investment Group
> 590 Madison Avenue, 40th Floor
> New York, NY 10022
>
> Ph.    (212) 702-7958
> Fax.   (212) 702-7944
>
> The information contained in this message is intended only for the use
> of the recipient named above. This message contains privileged,
> confidential or undisclosed information. If the reader of this message
> is not the intended recipient or an agent responsible for delivering
> to the intended recipient, you are hereby notified that you have
> received this message in error, and that any review, dissemination,
> distribution or copying of it is strictly prohibited. If you have
> received this message in error, please notify us by telephone
> immediately. Thank you for your cooperation.
>
>
>
>
>  <<D&B Market Values.xls>>
```

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at www.paulhastings.com.

DB_100504_w/_Total Fund Performance.xls   D&B Market Values.xls

# The Dun & Bradstreet Corporation
### Performance Page
### Period Ending June 30, 2004

## The Dun & Bradstreet Corporation
### Performance for Period Ended June 30, 2004

| | | | Annualized | | | | |
|---|---|---|---|---|---|---|---|
| | 1 Year | 2 Years | 3 Years | 5 Years | 10 Years | 15 Years | Inception to Date | Inception Date |
| **Total Fund** | | | | | | | | |
| Total - All Four Funds With International | 15.91 | 9.63 | 3.58 | 2.83 | 10.78 | 10.27 | 11.82 | 1976-0 |

Russell/Mellon Analytical Services

MARKET VALUES STATED IN USD

| | TOTAL FUND | US EQUITIES | NON-US EQUITIES | FIXED INCOME | TOTAL GROSS OF FEES REAL ESTATE |
|---|---|---|---|---|---|
| | DB1G02701002001O | DB1G02703002001 | DB1G02710002001OO | DB1G02706002001OO | DB1G02708002001O0000000 |
| | The Dun & Bradstree | The Dun & Bradstre | The Dun & Bradstreet | The Dun & Bradstreet | The Dun & Bradstreet Corporation - Combined Real Estate - |
| 2004M08 | 1,152,418,188 | 629,457,662 | 135,051,225 | 311,350,524 | 76,558,776 |
| 2004M07 | 1,154,060,389 | 636,976,861 | 134,059,348 | 306,465,403 | 76,558,776 |
| 2004M06 | 1,186,987,383 | 668,234,833 | 138,702,027 | 303,491,746 | 76,558,776 |
| 2004M05 | 1,171,083,805 | 657,505,197 | 137,246,601 | 301,555,236 | 74,776,771 |
| 2004M04 | 1,169,982,063 | 654,762,839 | 137,732,697 | 303,539,222 | 73,947,304 |
| 2004M03 | 1,203,615,281 | 678,014,515 | 140,964,336 | 311,144,044 | 73,492,386 |
| 2004M02 | 1,213,234,424 | 691,847,314 | 140,872,992 | 308,600,592 | 71,913,525 |
| 2004M01 | 1,203,312,138 | 687,954,899 | 138,190,576 | 305,663,708 | 71,502,955 |
| 2003M12 | 1,189,420,478 | 678,375,139 | 136,362,408 | 303,590,817 | 71,092,114 |
| 2003M11 | 1,153,772,905 | 655,867,179 | 127,857,549 | 300,429,745 | 69,618,431 |
| 2003M10 | 1,145,658,446 | 651,178,203 | 125,366,795 | 299,955,882 | 69,157,565 |
| 2003M09 | 1,107,930,143 | 612,752,954 | 117,906,581 | 308,574,201 | 68,696,406 |
| 2003M08 | 1,108,861,942 | 650,049,309 | 125,048,458 | 265,718,669 | 68,045,506 |
| 2003M07 | 1,093,779,205 | 639,576,463 | 122,301,784 | 264,321,144 | 67,579,813 |
| 2003M06 | 1,089,279,767 | 629,674,318 | 118,834,951 | 273,586,250 | 67,184,246 |
| 2003M05 | 1,081,768,423 | 624,378,887 | 116,757,095 | 274,300,573 | 66,331,866 |
| 2003M04 | 1,039,401,471 | 590,400,912 | 110,617,775 | 272,562,730 | 65,820,052 |
| 2003M03 | 988,731,417 | 546,838,996 | 101,013,964 | 260,382,432 | 80,496,024 |
| 2003M02 | 990,406,737 | 541,038,890 | 103,250,167 | 266,674,485 | 79,443,195 |
| 2003M01 | 1,004,196,651 | 550,052,881 | 111,066,766 | 263,874,113 | 79,202,891 |
| 2002M12 | 1,026,257,675 | 568,091,270 | 116,184,710 | 263,231,246 | 78,750,448 |
| 2002M11 | 1,062,689,524 | 606,357,286 | 120,894,277 | 257,823,517 | 77,614,443 |
| 2002M10 | 1,029,420,164 | 576,510,308 | 114,797,747 | 260,948,168 | 77,163,940 |
| 2002M09 | 996,271,546 | 483,102,789 | 106,559,237 | 329,913,581 | 76,695,937 |
| 2002M08 | 1,061,427,056 | 536,190,155 | 118,238,412 | 331,037,078 | 75,961,409 |
| 2002M07 | 1,059,426,539 | 532,693,839 | 118,726,319 | 332,415,648 | 75,590,733 |
| 2002M06 | 1,124,345,640 | 582,837,764 | 131,907,467 | 334,600,727 | 74,999,682 |
| 2002M05 | 1,175,343,650 | 625,241,202 | 137,497,583 | 337,346,746 | 75,258,119 |
| 2002M04 | 1,185,322,105 | 633,531,838 | 136,188,796 | 340,836,791 | 74,764,679 |
| 2002M03 | 1,213,674,540 | 664,207,952 | 135,174,566 | 330,058,177 | 84,233,845 |

| Period | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|
| 2002M02 | 1,190,175,917 | 635,096,300 | 127,943,899 | 341,009,075 | 86,126,642 |
| 2002M01 | 1,204,595,634 | 648,078,317 | 126,280,415 | 344,745,406 | 85,491,494 |
| 2001M12 | 1,222,831,626 | 657,384,845 | 132,651,001 | 340,893,165 | 91,902,614 |
| 2001M11 | 1,219,028,410 | 645,090,671 | 130,874,639 | 348,816,428 | 94,246,672 |
| 2001M10 | 1,179,464,429 | 585,809,716 | 124,720,919 | 375,297,759 | 93,636,034 |
| 2001M09 | 1,156,199,414 | 570,628,094 | 119,721,434 | 366,872,001 | 98,977,884 |
| 2001M08 | 1,233,109,077 | 628,012,997 | 136,236,445 | 369,229,611 | 99,630,023 |
| 2001M07 | 1,277,230,638 | 666,746,495 | 139,832,465 | 371,654,021 | 98,997,657 |
| 2001M06 | 1,289,977,750 | 678,702,788 | 143,184,532 | 369,774,625 | 98,315,804 |
| 2001M05 | 1,311,349,379 | 690,506,169 | 148,866,202 | 373,882,290 | 98,094,717 |
|  | | 53% | 11% | 29% | 7% |
| 2001M04 | 1,312,328,989 | 683,492,876 | 154,483,346 | 376,864,998 | 97,487,769 |
| 2001M03 | 1,333,439,590 | 669,812,208 | 143,088,524 | 417,545,559 | 102,993,298 |
| 2001M02 | 1,393,151,276 | 718,875,353 | 160,099,799 | 412,377,231 | 101,798,891 |
| 2001M01 | 1,483,935,630 | 743,978,269 | 173,605,590 | 465,171,240 | 101,180,530 |
| 2000M12 | 1,451,754,295 | 716,525,162 | 171,163,301 | 463,406,145 | 100,659,686 |
| 2000M11 | 1,425,298,332 | 701,335,851 | 165,338,630 | 459,547,394 | 99,076,456 |
| 2000M10 | 1,503,349,993 | 777,095,386 | 170,035,958 | 457,607,413 | 98,611,235 |
| 2000M09 | 1,529,647,565 | 794,892,858 | 177,236,067 | 459,552,565 | 97,966,075 |
| 2000M08 | 1,582,951,133 | 835,507,798 | 190,632,099 | 461,888,774 | 94,922,461 |
| 2000M07 | 1,519,197,884 | 776,661,759 | 187,326,115 | 460,875,099 | 94,334,910 |
| 2000M06 | 1,542,823,447 | 789,574,357 | 197,490,937 | 462,011,850 | 93,746,301 |
| 2000M05 | 1,493,138,677 | 755,842,428 | 185,996,999 | 458,598,645 | 92,700,603 |
| 2000M04 | 1,533,079,280 | 781,673,182 | 193,765,630 | 465,263,654 | 92,376,813 |
| 2000M03 | 1,590,178,045 | 826,750,402 | 204,033,710 | 467,729,918 | 91,664,014 |
| 2000M02 | 1,512,470,972 | 875,131,283 | 197,364,663 | 349,731,485 | 90,243,542 |
| 2000M01 | 1,508,952,197 | 882,063,998 | 190,758,684 | 346,410,245 | 89,719,270 |
| 1999M12 | 1,570,086,933 | 932,399,435 | 201,928,307 | 346,541,585 | 89,217,606 |