# EXHIBIT O

Historical version 0
Rate
Rate of interest in money and capital markets
Federal reserve system
Long-term or capital market
Government securities
Federal
Constant maturity
Thirty-year
Not seasonally adjusted
Monthly

---

YIELDS ON TREASURY SECURITIES AT CONSTANT, FIXED MATURITY ARE
CONSTRUCTED BY THE TREASURY DEPARTMENT, BASED ON THE MOST
ACTIVELY TRADED MARKETABLE TREASURY SECURITIES.  YIELDS ON
THESE ISSUES ARE BASED ON COMPOSITE QUOTES REPORTED BY U.S.
GOVERNMENT SECURITIES DEALERS TO THE FEDERAL RESERVE BANK OF
NEW YORK. TO OBTAIN THE CONSTANT MATURITY YIELDS, PERSONNEL AT
TREASURY CONSTRUCT A YIELD CURVE EACH BUSINESS DAY AND YIELD
VALUES ARE THEN READ FROM THE CURVE AT FIXED MATURITIES.

---

Released on 12/13/2004

|          | tcm30y |
|----------|--------|
| 02/1977  | 7.75   |
| 03/1977  | 7.80   |
| 04/1977  | 7.73   |
| 05/1977  | 7.80   |
| 06/1977  | 7.64   |
| 07/1977  | 7.64   |
| 08/1977  | 7.68   |
| 09/1977  | 7.64   |
| 10/1977  | 7.77   |
| 11/1977  | 7.85   |
| 12/1977  | 7.94   |
| 01/1978  | 8.18   |
| 02/1978  | 8.25   |
| 03/1978  | 8.23   |
| 04/1978  | 8.34   |
| 05/1978  | 8.43   |
| 06/1978  | 8.50   |
| 07/1978  | 8.65   |
| 08/1978  | 8.47   |
| 09/1978  | 8.47   |
| 10/1978  | 8.67   |
| 11/1978  | 8.75   |
| 12/1978  | 8.88   |
| 01/1979  | 8.94   |
| 02/1979  | 9.00   |
| 03/1979  | 9.03   |
| 04/1979  | 9.08   |
| 05/1979  | 9.19   |
| 06/1979  | 8.92   |
| 07/1979  | 8.93   |

```
08/1979      8.98
09/1979      9.17
10/1979      9.85
11/1979     10.30
12/1979     10.12
01/1980     10.60
02/1980     12.13
03/1980     12.34
04/1980     11.40
05/1980     10.36
06/1980      9.81
07/1980     10.24
08/1980     11.00
09/1980     11.34
10/1980     11.59
11/1980     12.37
12/1980     12.40
01/1981     12.14
02/1981     12.80
03/1981     12.69
04/1981     13.20
05/1981     13.60
06/1981     12.96
07/1981     13.59
08/1981     14.17
09/1981     14.67
10/1981     14.68
11/1981     13.35
12/1981     13.45
01/1982     14.22
02/1982     14.22
03/1982     13.53
04/1982     13.37
05/1982     13.24
06/1982     13.92
07/1982     13.55
08/1982     12.77
09/1982     12.07
10/1982     11.17
11/1982     10.54
12/1982     10.54
01/1983     10.63
02/1983     10.88
03/1983     10.63
04/1983     10.48
05/1983     10.53
06/1983     10.93
07/1983     11.40
08/1983     11.82
09/1983     11.63
10/1983     11.58
11/1983     11.75
12/1983     11.88
01/1984     11.75
02/1984     11.95
03/1984     12.38
04/1984     12.65
05/1984     13.43
06/1984     13.44
07/1984     13.21
```

```
08/1984    12.54
09/1984    12.29
10/1984    11.98
11/1984    11.56
12/1984    11.52
01/1985    11.45
02/1985    11.47
03/1985    11.81
04/1985    11.47
05/1985    11.05
06/1985    10.45
07/1985    10.50
08/1985    10.56
09/1985    10.61
10/1985    10.50
11/1985    10.06
12/1985     9.54
01/1986     9.40
02/1986     8.93
03/1986     7.96
04/1986     7.39
05/1986     7.52
06/1986     7.57
07/1986     7.27
08/1986     7.33
09/1986     7.62
10/1986     7.70
11/1986     7.52
12/1986     7.37
01/1987     7.39
02/1987     7.54
03/1987     7.55
04/1987     8.25
05/1987     8.78
06/1987     8.57
07/1987     8.64
08/1987     8.97
09/1987     9.59
10/1987     9.61
11/1987     8.95
12/1987     9.12
01/1988     8.83
02/1988     8.43
03/1988     8.63
04/1988     8.95
05/1988     9.23
06/1988     9.00
07/1988     9.14
08/1988     9.32
09/1988     9.06
10/1988     8.89
11/1988     9.02
12/1988     9.01
01/1989     8.93
02/1989     9.01
03/1989     9.17
04/1989     9.03
05/1989     8.83
06/1989     8.27
07/1989     8.08
```

```
08/1989    8.12
09/1989    8.15
10/1989    8.00
11/1989    7.90
12/1989    7.90
01/1990    8.26
02/1990    8.50
03/1990    8.56
04/1990    8.76
05/1990    8.73
06/1990    8.46
07/1990    8.50
08/1990    8.86
09/1990    9.03
10/1990    8.86
11/1990    8.54
12/1990    8.24
01/1991    8.27
02/1991    8.03
03/1991    8.29
04/1991    8.21
05/1991    8.27
06/1991    8.47
07/1991    8.45
08/1991    8.14
09/1991    7.95
10/1991    7.93
11/1991    7.92
12/1991    7.70
01/1992    7.58
02/1992    7.85
03/1992    7.97
04/1992    7.96
05/1992    7.89
06/1992    7.84
07/1992    7.60
08/1992    7.39
09/1992    7.34
10/1992    7.53
11/1992    7.61
12/1992    7.44
01/1993    7.34
02/1993    7.09
03/1993    6.82
04/1993    6.85
05/1993    6.92
06/1993    6.81
07/1993    6.63
08/1993    6.32
09/1993    6.00
10/1993    5.94
11/1993    6.21
12/1993    6.25
01/1994    6.29
02/1994    6.49
03/1994    6.91
04/1994    7.27
05/1994    7.41
06/1994    7.40
07/1994    7.58
```

```
08/1994    7.49
09/1994    7.71
10/1994    7.94
11/1994    8.08
12/1994    7.87
01/1995    7.85
02/1995    7.61
03/1995    7.45
04/1995    7.36
05/1995    6.95
06/1995    6.57
07/1995    6.72
08/1995    6.86
09/1995    6.55
10/1995    6.37
11/1995    6.26
12/1995    6.06
01/1996    6.05
02/1996    6.24
03/1996    6.60
04/1996    6.79
05/1996    6.93
06/1996    7.06
07/1996    7.03
08/1996    6.84
09/1996    7.03
10/1996    6.81
11/1996    6.48
12/1996    6.55
01/1997    6.83
02/1997    6.69
03/1997    6.93
04/1997    7.09
05/1997    6.94
06/1997    6.77
07/1997    6.51
08/1997    6.58
09/1997    6.50
10/1997    6.33
11/1997    6.11
12/1997    5.99
01/1998    5.81
02/1998    5.89
03/1998    5.95
04/1998    5.92
05/1998    5.93
06/1998    5.70
07/1998    5.68
08/1998    5.54
09/1998    5.20
10/1998    5.01
11/1998    5.25
12/1998    5.06
01/1999    5.16
02/1999    5.37
03/1999    5.58
04/1999    5.55
05/1999    5.81
06/1999    6.04
07/1999    5.98
```

```
08/1999     6.07
09/1999     6.07
10/1999     6.26
11/1999     6.15
12/1999     6.35
01/2000     6.63
02/2000     6.23
03/2000     6.05
04/2000     5.85
05/2000     6.15
06/2000     5.93
07/2000     5.85
08/2000     5.72
09/2000     5.83
10/2000     5.80
11/2000     5.78
12/2000     5.49
01/2001     5.54
02/2001     5.45
03/2001     5.34
04/2001     5.65
05/2001     5.78
06/2001     5.67
07/2001     5.61
08/2001     5.48
09/2001     5.48
10/2001     5.32
11/2001     5.12
12/2001     5.48
01/2002     5.45
02/2002     5.40
03/2002        0
04/2002        0
05/2002        0
06/2002        0
07/2002        0
08/2002        0
09/2002        0
10/2002        0
11/2002        0
12/2002        0
01/2003        0
02/2003        0
03/2003        0
04/2003        0
05/2003        0
06/2003        0
07/2003        0
08/2003        0
09/2003        0
10/2003        0
11/2003        0
12/2003        0
01/2004        0
02/2004        0
03/2004        0
04/2004        0
05/2004        0
06/2004        0
07/2004        0
```

```
08/2004         0
09/2004         0
10/2004         0
11/2004         0
```


# Internal Revenue Service IRS.gov
DEPARTMENT OF THE TREASURY

**Weighted Average Interest Rate Table**

**Legend:**

- Weighted Average Interest Rate = Wtd Avg
- Permissible Range = xx to xxx%
- 30 Year Treasury Securities Rate = 30-yr TSR
- 30 Year Constant Maturity Rate = 30-yr TCM

**Note:** The 120% weighted average figures from 2001 may be used for IRC section 412(m) purposes for the 2002 plan year.

| Month/Year | Wtd Avg | 90 to 105% | 90 to 110% | 30-yr TSR |
|---|---|---|---|---|
| Dec-04 | 5.11 | 4.60 to 5.37 | 4.60 to 5.62 | - |
| Nov-04 | 5.12 | 4.61 to 5.38 | 4.61 to 5.63 | 4.89 |
| Oct-04 | 5.14 | 4.62 to 5.39 | 4.62 to 5.65 | 4.86 |
| Sep-04 | 5.15 | 4.64 to 5.41 | 4.64 to 5.67 | 4.90 |
| Aug-04 | 5.16 | 4.65 to 5.42 | 4.65 to 5.68 | 5.06 |
| Jul-04 | 5.17 | 4.65 to 5.43 | 4.65 to 5.69 | 5.22 |
| Jun-04 | 5.17 | 4.65 to 5.43 | 4.65 to 5.68 | 5.41 |
| May-04 | 5.17 | 4.65 to 5.43 | 4.65 to 5.69 | 5.42 |
| Apr-04 | 5.18 | 4.67 to 5.44 | 4.67 to 5.70 | 5.14 |
| Mar-04 | 5.21 | 4.69 to 5.47 | 4.69 to 5.73 | 4.74 |
| Feb-04 | 5.23 | 4.70 to 5.49 | 4.70 to 5.75 | 4.93 |
| Jan-04 | 5.25 | 4.72 to 5.51 | 4.72 to 5.77 | 4.98 |
| Month/Year | Wtd Avg | 90 to 110% | 90 to 120% | 30-yr TSR |
| Dec-03 | 5.26 | 4.74 to 5.79 | 4.74 to 6.32 | 5.07 |
| Nov-03 | 5.28 | 4.75 to 5.81 | 4.75 to 6.33 | 5.12 |
| Oct-03 | 5.29 | 4.76 to 5.82 | 4.76 to 6.35 | 5.16 |
| Sep-03 | 5.30 | 4.77 to 5.84 | 4.77 to 6.37 | 5.14 |
| Aug-03 | 5.31 | 4.78 to 5.85 | 4.78 to 6.38 | 5.31 |
| Jul-03 | 5.34 | 4.81 to 5.87 | 4.81 to 6.41 | 4.93 |
| Jun-03 | 5.39 | 4.85 to 5.93 | 4.85 to 6.46 | 4.37 |
| May-03 | 5.43 | 4.89 to 5.97 | 4.89 to 6.52 | 4.53 |
| Apr-03 | 5.46 | 4.91 to 6.00 | 4.91 to 6.55 | 4.90 |

Weighted Average Interest Rate Table    Page 2 of 3
Case 3:03-cv-00431-SRU    Document 67-5    Filed 01/14/2005    Page 10 of 10

| Month/Year | Wtd Avg | 90 to 110% | 90 to 120% | 30-yr TCM |
|---|---|---|---|---|
| Mar-03 | 5.49 | 4.94 to 6.03 | 4.94 to 6.58 | 4.80 |
| Feb-03 | 5.51 | 4.96 to 6.06 | 4.96 to 6.62 | 4.81 |
| Jan-03 | 5.54 | 4.98 to 6.09 | 4.98 to 6.65 | 4.94 |
| Dec-02 | 5.56 | 5.00 to 6.12 | 5.00 to 6.67 | 4.92 |
| Nov-02 | 5.58 | 5.02 to 6.14 | 5.02 to 6.70 | 4.96 |
| Oct-02 | 5.60 | 5.04 to 6.16 | 5.04 to 6.72 | 4.93 |
| Sep-02 | 5.63 | 5.07 to 6.20 | 5.07 to 6.76 | 4.76 |
| Aug-02 | 5.65 | 5.09 to 6.22 | 5.09 to 6.78 | 5.08 |
| Jul-02 | 5.67 | 5.10 to 6.23 | 5.10 to 6.80 | 5.39 |
| Jun-02 | 5.68 | 5.11 to 6.24 | 5.11 to 6.81 | 5.52 |
| May-02 | 5.69 | 5.12 to 6.25 | 5.12 to 6.82 | 5.65 |
| Apr-02 | 5.69 | 5.12 to 6.26 | 5.12 to 6.83 | 5.68 |
| Mar-02 | 5.69 | 5.12 to 6.26 | 5.12 to 6.83 | 5.71 |
| Feb-02 | 5.70 | 5.13 to 6.27 | 5.13 to 6.84 | 5.40 |
| **Month/Year** | **Wtd Avg** | **90 to 110%** | **90 to 120%** | **30-yr TCM** |
| Jan-02 | 5.71 | 5.14 to 6.28 | 5.14 to 6.85 | 5.45 |
| **Month/Year** | **Wtd Avg** | **90 to 110%** | **90 to 105%** | **30-yr TCM** |
| Dec-01 | 5.72 | 5.15 to 6.29 | 5.15 to 6.01 | 5.48 |
| Nov-01 | 5.74 | 5.17 to 6.32 | 5.17 to 6.03 | 5.12 |
| Oct-01 | 5.76 | 5.18 to 6.34 | 5.18 to 6.05 | 5.32 |
| Sep-01 | 5.77 | 5.20 to 6.35 | 5.20 to 6.06 | 5.48 |
| Aug-01 | 5.79 | 5.21 to 6.37 | 5.21 to 6.08 | 5.48 |
| Jul-01 | 5.80 | 5.22 to 6.38 | 5.22 to 6.09 | 5.61 |
| Jun-01 | 5.82 | 5.24 to 6.40 | 5.24 to 6.11 | 5.67 |
| May-01 | 5.83 | 5.25 to 6.42 | 5.25 to 6.12 | 5.78 |
| Apr-01 | 5.85 | 5.26 to 6.43 | 5.26 to 6.14 | 5.65 |
| Mar-01 | 5.87 | 5.29 to 6.46 | 5.29 to 6.17 | 5.34 |
| Feb-01 | 5.89 | 5.30 to 6.48 | 5.30 to 6.19 | 5.45 |
| Jan-01 | 5.91 | 5.32 to 6.50 | 5.32 to 6.21 | 5.54 |
| **Month/Year** | **Wtd Avg** | **90 to 110%** | **90 to 105%** | **30-yr TCM** |
| Dec-00 | 5.93 | 5.34 to 6.52 | 5.34 to 6.23 | 5.49 |
| Nov-00 | 5.94 | 5.34 to 6.53 | 5.34 to 6.23 | 5.78 |
| Oct-00 | 5.95 | 5.35 to 6.54 | 5.35 to 6.24 | 5.80 |
| Sep-00 | 5.96 | 5.36 to 6.56 | 5.36 to 6.26 | 5.83 |
| Aug-00 | 5.98 | 5.38 to 6.57 | 5.38 to 6.28 | 5.72 |