## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 3:03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | January 20, 2005 |

### PLAINTIFFS' REQUEST TO FILE SURREPLY MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiffs ask for leave to file a short surreply brief in the form attached. The brief is offered to show that contradicting its criticism in this case of the 30-Year Treasury rate as a fair predictor of long term returns, Dun & Bradstreet used this rate to calculate the opening balances of those among its employees who have cash balance pension plans and uses it to pay interest on these employees' cash balance accounts each year. As noted in the declaration of counsel accompanying this request, counsel recently observed the company's use of the rate when he received a cash balance SPD from a Dun & Bradstreet employee.

THE PLAINTIFFS: Mary McCarthy, et al.

BY:  /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street
Hartford, CT 06106
(860) 278-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

Patrick Shea
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901-2216

Date:  January 20, 2005              /s/ Thomas G. Moukawsher
                                     Thomas G. Moukawsher