# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 3:03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | January 20, 2005 |

### DECLARATION OF THOMAS G. MOUKAWSHER IN SUPPORT OF PLAINTIFFS' REQUEST TO FILE SURREPLY MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Thomas G. Moukawsher, Esq., under penalty of perjury say:

1. I am over the age of eighteen and understand the obligation of an oath.

2. The statements in this Declaration are based on my personal knowledge as counsel to the Plaintiffs in this action.

3. Attached to the Plaintiffs' Surreply Brief is a true and correct copy of the Dun & Bradstreet cash balance summary plan description I recently received from a Dun & Bradstreet employee not a plaintiff in this case.

4. When reviewing this SPD I noted the plan's use of the 30-Year Treasury rate I now seek to bring to the Court's attention.

Dated: January 20, 2005                    /s/ Thomas G. Moukawsher
                                           Thomas G. Moukawsher

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

>  Patrick Shea
>  Paul, Hastings, Janofsky & Walker LLP
>  1055 Washington Boulevard
>  Stamford, CT  06901-2216

Date:  January 20, 2005                     /s/ Thomas G. Moukawsher
                                            Thomas G. Moukawsher