# EXHIBIT A

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | ) | DOC. NO. 03:CV 431 (SRU) |
| Plaintiffs | ) | |
| v. | ) | |
| DUN & BRADSTREET, ET AL, | ) | |
| Defendants. | ) | |

- - -

### DECLARATION OF CLAUDE POULIN, F.S.A., M.A.A.A., E.A.

I, Claude Poulin, am over 21 years of age and based on personal knowledge, state as follows:

1. I am an Enrolled Actuary under ERISA, a Fellow in the Society of Actuaries, and a member of the American Academy of Actuaries. I have over 30 years of experience in designing, administering, and reviewing defined benefit pension plans, including providing advice to employers, unions, governments, employees and their representatives. My Curriculum Vitae is attached as Exhibit A.

1

reduction under the Plan exceeds 10% at age 64 and exceeds 20% (the Social Security reduction) at age 62.

17. Defendants also state that the "Plan's 6.75% is below the 6.95% average annual yield on 30-year Treasury securities for the 15-year period ending December 31, 2002 and below the 8.41% average for the 25-year period ending December 31, 2002." While this may be true historically, plan participants are not in the position to experience these rates today and therefore do not receive a true actuarial equivalent of their normal retirement benefits.

18. I also noted that the mortality table used by the Plan in the calculation of the actuarial reduction factors is an old table that overestimates the mortality rates currently applicable to the affected plan participants. Over the last decade, two more recent mortality tables have been widely used by actuaries in the calculation of lump sums actuarially equivalent to the accrued pension benefits payable at normal retirement age, as required by Section 417(e)(3) of the Internal Revenue Code. These two mortality tables are called the GATT table based on the 1983 Group Annuity Mortality table and the GAR 94 Table.

19. The attached Exhibit D reveals that the early retirement reduction factors are much lower under the Plan's mortality table than they would be under either the GATT or the GAR94 tables, calculated with any interest rate assumption.

20. While there are no prescribed interest rate or mortality table assumptions for the calculation of early retirement reduction factors, the rates used for the calculation of lump sums give an indication of what ERISA and the Internal Revenue Code prescribe as reasonable actuarial assumptions for the purpose of determining

5