UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, CLAYTON BOROWSKI, individually and on behalf of others similarly situated, and individually, GAIL ADAMS, DONALD BAKERT, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>THE DUN & BRADSTREET CORPORATION, THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT, and THE DUN & BRADSTREET CAREER TRANSITION PLAN,<br><br>      Defendants. | CIVIL ACTION NO.<br>3:03 CV 0431 (SRU)<br><br><br><br>FEBRUARY 4, 2005 |

### DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' SUR-REPLY

Defendants respectfully request leave to file a brief Response (simultaneously submitted with this Motion) to Plaintiffs' Sur-Reply in Opposition to Defendants' Motion for Summary Judgment as to Count 4. On January 20, 2005, Plaintiffs filed a Request to File Sur-Reply Memorandum, which the Court granted on January 27, 2005. Defendants now respectfully request leave to respond to the Sur-Reply, which raised a new issue for the first time, in order to fully set forth their position in this case.

Respectfully submitted, this 4th day of February, 2005.

By: _/s/ Patrick W. Shea_
Patrick W. Shea (ct07071)
Sandra K. Lalli (ct25805)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Tel.: (203) 961-7400; Fax: (203) 359-3031
patrickshea@paulhastings.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of February 2005, a copy of the foregoing Defendants' Motion for Leave to File Response to Plaintiffs' Sur-Reply was served by overnight express mail on the following counsel of record:

                              Thomas G. Moukawsher, Esq.
                              Moukawsher & Walsh, LLC
                              21 Oak Street, Suite 100
                              Hartford, Connecticut 06106

                              */s/ Sandra K. Lalli*
                              Sandra K. Lalli

STM/290338.1