Law Offices

# Moukawsher & Walsh, L.L.C.

Joseph E. Moukawsher
Michael J. Walsh
Thomas G. Moukawsher
D. Lincoln Woodard
Ann Walsh Henderson
Ian O. Smith
Karolina A. Dowd

21 Oak Street
Suite 209
Hartford, CT 06106
(860) 278-7000

Fax (860) 548-1740

FILED
2005 MAY 18 A 10: 35
U.S. DISTRICT COURT
BRIDGEPORT, CT

Reply to:

Hartford

May 17, 2005

**VIA FEDERAL-EXPRESS**
(203) 579-5714
Hon. Stefan R. Underhill
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:   **Mary McCarthy, et al. v. The Dun & Bradstreet Corporation, et al.**
      **DOCKET NO. 3:03 CV 00431 (SRU)**

Dear Judge Underhill:

I am writing to you with the consent of opposing counsel to correct a misstatement I made at the May 2, 2005 oral argument of Dun & Bradstreet's motion for summary judgment. Contrary to what I said then, my actuary, Claude Poulin, did quantify the impact caused by Dun & Bradstreet's use of what he believed was an out-of-date mortality table. The calculation is Exhibit D to his report which is Exhibit E to my Local Rule 56(a) 2 Statement. I apologize for the error.

Very truly yours,

Thomas G. Moukawsher

mrm/
c: counsel

328 Mitchell Street, Groton, CT 06340, (860) 445-1809, fax (860) 446-8161