UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Mary McCarthy, Clayton Borowski,
individually and on behalf of others
similarly situated, and individually, Gail
Adams, Donald Bakert, RoseMarie
Black, Albin Blom, Mike Blount,
William Brady, Aldo Camerin, Terri
Carpenter, Michael Coughlin, Delia Coy,
Paul Crowe, Denise Cyphers, Cary
Elbaum, Lisa Farnsworth, Jack Finley,
James Gabrys, Gregory Gospodarek,
Laura Gue, James Hadley, Gerald
Hillard, Carl Langbein, Katherine
Lubonski, Thomas Majka, Frederick
Markt, Doris Megesi, Steve Miholics,
Marleen Miller, Lewis Moore, Jr., Philip
Moscato, Brian Neary, Karl Nicosia,
Barry O'Neill, Roger Ruggieri, Robert
Short, Jr., Ruth Steward, Charles
Szymanski, Billie Thomas, Frank Tricoli,
Henry Tuohy, Jerry Vincent, Walter
Waitz, Mark Weiss, Donald Wickersham,
and John Zimmer

v                                                    3:03cv 431 (SRU)

The Dun & Bradstreet Corporation, The
Dun & Bradstreet Corporation Retirement
Account, and the Dun & Bradstreet
Career Transition Plan

J U D G M E N T

  This matter came on before the Honorable Stefan R. Underhill,  United States District Judge,

as a result of defendants' motion for summary judgment.

  The Court heard oral argument on May 2, 2005 and has reviewed all of the papers filed in

conjunction with the motion.  On June 7, 2005 a Memorandum and Order granting defendants' Motion for Summary Judgment was entered by the Court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 14th day of June 2005.

KEVIN F. ROWE, Clerk

By /s/ Alice Montz
         Deputy Clerk

Entered on Docket _____