UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, CLAYTON BOROWSKI, individually and on behalf of others similarly situated, and individually, GAIL ADAMS, DONALD BAKERT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE DUN & BRADSTREET CORPORATION, THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT, and THE DUN & BRADSTREET CAREER TRANSITION PLAN, <br><br> Defendants. | CIVIL ACTION NO. <br> 3:03 CV 0431 (SRU) <br><br><br><br> JUNE 28, 2005 |

**DEFENDANTS' NOTICE OF APPLICATION TO TAX COSTS,
DECLARATION OF SANDRA K. LALLI IN SUPPORT THEREOF,
<u>BILL OF COSTS AND ITEMIZATION SCHEDULES</u>**

TO PLAINTIFFS MARY McCARTHY, ET AL. AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants hereby apply to the Clerk to tax costs on their behalf against Plaintiffs in the amount of $2,273.42, as set forth in the attached Bill of Costs and supporting documentation being filed concurrently herewith.

This Application is made pursuant to 28 U.S.C. Section 1920 and Local Rule 54(c) of the United States District Court for the District of Connecticut and the Judgment entered on behalf of Defendants on June 14, 2005.

This Application is and will be based on this Notice of Application; the attached Declaration of Sandra K. Lalli; the Bill of Costs, Itemization and Exhibit attached hereto; the

Brief in Support of Bill of Costs filed concurrently herewith; the pleadings and papers on file herein; and such other documentary evidence as may be presented prior to or at the time this Application is considered by the Clerk of the Court.

DATED: June 28, 2005                               Respectfully submitted,

                                                   By: _____/s/ Sandra Lalli_____
                                                   Patrick W. Shea (ct07071)
                                                   Sandra K. Lalli (ct25805)
                                                   Paul, Hastings, Janofsky & Walker, LLP
                                                   1055 Washington Boulevard
                                                   Stamford, CT 06901-2217
                                                   Telephone: (203) 961-7400
                                                   Facsimile:  (203) 359-3031
                                                   patrickshea@paulhastings.com

                                                   Counsel for the Defendants

## DECLARATION OF SANDRA K. LALLI

I, Sandra K. Lalli, declare as follows:

1. I am an attorney at law duly licensed to practice and practicing before this United States District Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel of record for Defendants in the above-captioned action.

2. I have personal knowledge of the facts set forth below, and of the facts set forth in the Notice of Application to the Clerk to Tax Costs which this Declaration supports. If called as a witness, I could and would testify competently thereto.

3. I have reviewed all of the items of cost and corresponding invoices, receipts and statements submitted in connection with the Bill of Costs and have determined that such records are true and accurate. In addition, such records are maintained in the ordinary course of business. True and correct copies of statements supporting the Bill of Costs and Itemization are attached hereto as Exhibit "A" and incorporated herein by this reference.

4. The costs, including services for which fees have been charged and necessarily performed, are correct, were actually and necessarily incurred in the defense of this matter, and the costs have either been paid by Defendants or the obligation for payment has been incurred. Each of the requested costs is properly taxed for the following reasons:

   a. Costs Incident To Taking Depositions - Said costs were necessary to counsel's effective performance and proper handling of this action on behalf of Defendants. These costs are reasonable and taxable as costs pursuant to Local Rule 54(c), 28 U.S.C. Section 1920.

    b.    Fees for Exemplification and Copies of Papers Necessarily Obtained For Use in the Case and Reproduction of Documents - Said costs were necessarily incurred in the case. These costs include copies of documents filed with the Court and served on counsel. These costs were necessarily incurred for counsels' effective performance and proper handling of this action on behalf of Defendants. The costs are reasonable and taxable as costs pursuant to 28 U.S.C. Section 1920(4) and Local Rule 54(c).

    c.    This Court's discretion in matters of taxing costs is aided by Federal Rule of Civil Procedure Rule 54(d)(1), which states that "[C]osts . . . shall be allowed as of course to the prevailing party unless the court otherwise directs."

I declare under penalty of perjury under the laws of the United States of America and the State of Connecticut that the foregoing is true and correct.

Executed on June 28, 2005, at Stamford, Connecticut.

_____
Sandra K. Lalli

Subscribed and sworn to before me this 28th day of June, 2005.

_____
Notary Public
My Commission Expires 4/30/2010

-4-

## FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE AND REPRODUCTION OF DOCUMENTS
(Local Rule 54(c); 28 U.S.C. §1920(4))

| | | |
|---|---|---|
| Copies of Documents Necessarily Filed and Served (2,420 pages @ $0.20/page) (See Exhibit "A") | | $484.00 |
| | Total: | $484.00 |

## COSTS OF TAKING DEPOSITIONS
(Local Rule 54(c); 28 U.S.C. §1920 )
(See Exhibit "A")

| | | |
|---|---|---|
| Deposition of Claude Poulin, taken on May 27, 2004 (copy of transcript) | | $790.02 |
| Exhibits at Deposition of Claude Poulin, May 27, 2004 | | $335.00 |
| Deposition of Edward W. Brown, taken on October 6, 2004 | | $372.00 |
| Witness Fee for Edward W. Brown | | $40.00 |
| Exhibits at Deposition of Edward W. Brown, October 6, 2004 | | $252.40 |
| | Total: | $1,789.42 |

**GRAND TOTAL**

$2,273.42

DATED:  June 28, 2005                    Respectfully submitted,

By: *[signature]*
Patrick W. Shea (ct07071)
Sandra K. Lalli (ct25805)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone:  (203) 961-7400
Facsimile:   (203) 359-3031
patrickshea@paulhastings.com

Counsel for the Defendants

-6-

**A**

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/18/2004 | GAC4 | Gretchen A. Choate | 218 | 2123.00 | 0.20 | 424.60 | Photocopy Charges | 15098125 |
| 12/09/2004 | | Invoice=1408023 | | 2123.00 | 0.20 | 424.60 | | |
| 11/19/2004 | SKL | Sandra K. Lalli | 218 | 297.00 | 0.20 | 59.40 | Photocopy Charges | 15103027 |
| 12/09/2004 | | Invoice=1408023 | | 297.00 | 0.20 | 59.40 | | |

TOTAL:  $484.00

| Date | Initials | Name/Invoice Number | Cost | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/17/2004 | PWS | Patrick W. Shea | 218 | 174.00 | 0.20 | 34.80 | Photocopy Charges | 14700093 |
| 07/19/2004 | | Invoice=1375078 | | 174.00 | 0.20 | 34.80 | | |
| | | | | | | | | |
| 06/22/2004 | ZRO | Zachary R. Osborne | 218 | 1501.00 | 0.20 | 300.20 | Photocopy Charges | 14712332 |
| 07/19/2004 | | Invoice=1375078 | | 1501.00 | 0.20 | 300.20 | | |

TOTAL:  $335.00

| Date | Initials | Name/Invoice Number | Cost | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 07/07/2004 | CRW | Carla R. Walworth | 106 | 1.00 | 790.02 | 790.02 | Court Reporting Services - -Campano & | 14749960 |
| 08/19/2004 | | Invoice=1381823 | | 1.00 | 790.02 | 790.02 | Associates, 06/15/04, Fee for Deposition | |
| | | | | | | | Transcript of Claude Poulin (Vol. 1)/Disk and | |
| | | | | | | | Condensed Transcript taken 05/27/04. | |
| | | Voucher=1000231 Paid | | | | | Vendor=CAMPANO & ASSOCIATES  Balance= .00  Amount= 790.02 | |
| | | | | | | | Paid: .92218  07/07/2004 | |

TOTAL:  $790.02

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 11/18/2004 | PWS | Patrick W. Shea | 106 | 1.00 | 372.00 | 372.00 | Court Reporting Services - - ARS Court | 15097361 |
| 12/09/2004 | | Invoice=1408023 | | 1.00 | 372.00 | 372.00 | Reporters Inv#300961 11/03/04 Depo of Edward Brown | |
| | | Voucher=1041446 Paid | | | | | Vendor=ARS COURT REPORTERS Balance= .00 Amount= 372.00 | |
| | | | | | | | Paid: 577321 11/19/2004 | |

TOTAL:    $372.00

Billed and Unbilled Recap Of Cost Detail - [27368-00002 - Mary McCarthy et al.]    Page 11
Client:27368 - Dun & Bradstreet Corporation   6/27/2005 9:33:43 AM

Case 3:03-cv-00431-SRU   Document 83   Filed 06/29/2005   Page 11 of 12

| Date | Initials | Name | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 09/29/2004 | GAC4 | Gretchen A. Choate | 218 | 571.00 | 0.20 | 114.20 | Photocopy Charges | 14955050 |
| 10/14/2004 | | Invoice=1393709 | | 571.00 | 0.20 | 114.20 | | |
| 09/30/2004 | SKL | Sandra K. Lalli | 218 | 321.00 | 0.20 | 64.20 | Photocopy Charges | 14959295 |
| 10/14/2004 | | Invoice=1393709 | | 321.00 | 0.20 | 64.20 | | |
| 10/04/2004 | PJV | Patrick J. Violette | 218 | 370.00 | 0.20 | 74.00 | Photocopy Charges | 14989812 |
| 11/09/2004 | | Invoice=1399835 | | 370.00 | 0.20 | 74.00 | | |

TOTAL: $252.40

## CERTIFICATE OF SERVICE

This is to certify that on this 28th day of June, 2005, a copy of the foregoing DEFENDANTS' NOTICE OF APPLICATION TO TAX COSTS, DECLARATION OF SANDRA K. LALLI IN SUPPORT THEREOF, BILL OF COSTS AND ITEMIZATION SCHEDULES was served by overnight express mail on the following counsel of record:

> Thomas G. Moukawsher, Esq.
> Moukawsher & Walsh, LLC
> 21 Oak Street, Suite 100
> Hartford, Connecticut 06106

_____
Sandra K. Lalli

STM/299020.1