## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 3:03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | JULY 8, 2005 |

### NOTICE OF APPEAL

1.   Pursuant to Fed. R. App. P. 3 and 4 (a)(1), the plaintiffs in the above-named case, hereby give notice of appeal and appeals to the United States Court of Appeals for the Second Circuit from the Court's ruling entitled Ruling on Defendant's Motion to Dismiss dated November 30, 2004, the Court's final ruling entitled Memorandum and Order on defendants' motion for summary judgment dated and entered on June 6, 2005, and its final judgment dated June 14, 2005.

2.   The Judgment in this action was entered on June 14, 2005 based upon a summary judgment of the Court dated June 6, 2005 which found for the defendants and against the plaintiffs.  The plaintiffs appeal from the ruling dated November 30, 2004, the summary judgment dated June 6, 2005, and the judgment dated June 14, 2005.

> RESPECTFULLY SUBMITTED,
> FOR THE PLAINIFFS
>
> BY: /s/ Thomas G. Moukawsher
> Thomas G. Moukawsher (ct08940)
> Ian O. Smith (ct24135)
> Moukawsher & Walsh, LLC
> 21 Oak Street; Suite 209
> Hartford, CT 06106
> (860) 278-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

> Patrick Shea
> Paul, Hastings, Janofsky & Walker LLP
> 1055 Washington Boulevard
> Stamford, CT 06901-2216

Date: July 8, 2005              /s/ Thomas G. Moukawsher
                                Thomas G. Moukawsher