UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 26  A 9: 35
U.S. DISTRICT COURT

| MCCARTHY, ET AL, | : | DOC. NO. 3:03:CV 431 (SRU) |
| --- | --- | --- |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | OCTOBER 18, 2005 |

## INDEX TO RECORD ON APPEAL

The Plaintiffs in the above captioned matter hereby designate the following items for inclusion in the record of appeal:

| FILED | NO | DOCUMENT |
| --- | --- | --- |
| 03/12/2003 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # H8824 (D'Onofrio, B.) (Entered: 03/13/2003) |
| 07/09/2003 | 10 | AMENDED COMPLAINT by Mary McCarthy, Clayton Borowski, Gail Adams, Donald Bakert, RoseMarie Black, Albin Blom, Mike Blount, William Brady, Aldo Camerin, Terri Carpenter, Michael Coughlin, Delia Coy, Paul Crowe, Denise Cyphers, Cary Elbaum, Lisa Farnsworth, Jack Finley, James Gabrys, Gregory Gopodarek, Laura Gue, James Hadley, Gerald Hillard, Carl Langbein, Katherine Lubonski, Thomas Majka, Frederick Markt, Doris Megesi, Steve Miholics, Marleen Miller, Lewis Moore Jr., Philip Moscato, Brian Neary, Karl Nicosia, Barry O'Neill, Roger Ruggieri, Robert Short Jr., Ruth Stewart, Charles Szymanski, Billie Thomas, Frank Tricoli, Henry Tuohy, Jerry Vincent, Walter Waitz, Mark Weiss, Donald Wickersham, John Zimmer adding Dun & Bradstreet amending [1-1] complaint (Candee, D.) (Entered: 07/09/2003) |
| 09/19/2003 | 18 | MOTION by Dun & Bradstreet, Dun & Bradstreet, Dun & Bradstreet to Dismiss Counts 1,3,4 of the Amended Complaint (Brief Due 10/10/03 ) (Kolesnikoff, D.) (Entered: 09/19/2003) |
| 09/19/2003 | 19 | MEMORANDUM by Dun & Bradstreet, Dun & Bradstreet, Dun & Bradstreet in support of [18-1] motion to Dismiss Counts 1,3,4 of the |

|            |    | Amended Complaint (Kolesnikoff, D.) (Entered: 09/19/2003) |
|------------|----|-----------------------------------------------------------|
| 09/19/2003 | 20 | AFFIDAVIT of Zachary R. Osborne by Dun & Bradstreet, Dun & Bradstreet, Dun & Bradstreet Re [18-1] motion to Dismiss Counts 1,3,4 of the Amended Complaint by Dun & Bradstreet, Dun & Bradstreet, Dun & Bradstreet (Kolesnikoff, D.) (Entered: 09/19/2003) |
| 11/10/2003 | 22 | RESPONSE re [18] Motion to Dismiss filed by all plaintiffs. (Cody, C.) (Entered: 11/18/2003) |
| 11/10/2003 | 23 | Memorandum in Opposition re [18] Motion to Dismiss filed by all plaintiffs. (Attachments: # 1 Memorandum in Opposition cont.# 2 Memorandum in Opposition cont.)(Cody, C.) (Entered: 11/18/2003) |
| 12/16/2003 | 29 | REPLY to Response to [18] Motion to Dismiss filed by Dun & Bradstreet Career Transition Plan, Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet, Corp.. (Attachments: # 1 Exhibit L)(Candee, D.) (Entered: 12/17/2003) |
| 12/23/2003 | 32 | REPLY to Response to [18] Motion to Dismiss filed by Gail Adams, Donald Bakert, RoseMarie Black, Albin Blom, Mike Blount, Clayton Borowski, William Brady, Aldo Camerin, Terri Carpenter, Michael Coughlin, Delia Coy, Paul Crowe, Denise Cyphers, Cary Elbaum, Lisa Farnsworth, Jack Finley, James Gabrys, Gregory Gopodarek, Laura Gue, James Hadley, Gerald Hillard, Carl Langbein, Katherine Lubonski, Thomas Majka, Frederick Markt, Mary McCarthy, Doris Megesi, Steve Miholics, Marleen Miller, Lewis Moore Jr., Philip Moscato, Brian Neary, Karl Nicosia, Barry O'Neill, Roger Ruggieri, Robert Short Jr., Ruth Stewart, Charles Szymanski, Billie Thomas, Frank Tricoli, Henry Tuohy, Jerry Vincent, Walter Waitz, Mark Weiss, Donald Wickersham, John Zimmer. (Cody, C.) (Entered: 12/30/2003) |
| 02/27/2004 |    | ORAL ORDER taking under advisement [18] Motion to Dismiss. Underhill, J. (Montz, A.) (Entered: 03/02/2004) |
| 11/19/2004 | 51 | MOTION for Summary Judgment as to Count Four by Dun & Bradstreet Career Transition Plan, Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet, Corp. Responses due by 12/10/2004 (Attachments: #(1) Memorandum in Support# 2 Affidavit of Patrick Shea, Esq. #(3) Exhibit B #(4) Exhibit C #(5) Exhibit D #(6) Exhibit E #(7) Exhibit F #(8) Exhibit I #(9) Exhibit J #(10) Exhibit K) (Exhibits A, G & H submitted in paper form)(Candee, D.) (Entered: 11/24/2004) |
| 11/19/2004 | 52 | Statement of Material Facts re 51 MOTION for Summary Judgment filed by Dun & Bradstreet Career Transition Plan, Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet, Corp.. (Candee, D.) (Entered: 11/24/2004) |
| 11/30/2004 | 53 | RULING granting [18] Motion to Dismiss counts one and three of the Amended Complaint. Signed by Judge Stefan R. Underhill on 11/30/04. (Candee, D.) (Entered: 12/01/2004) |
| 12/07/2004 | 56 | TRANSCRIPT of Proceedings held on 02/27/2004 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci, RMR. (Baldwin, S.) (Entered: 12/07/2004) |

| 12/21/2004 | 58 | OBJECTION re 51 MOTION for Summary Judgment filed by Gail Adams, Donald Bakert, RoseMarie Black, Albin Blom, Mike Blount, Clayton Borowski, William Brady, Aldo Camerin, Terri Carpenter, Michael Coughlin, Delia Coy, Paul Crowe, Denise Cyphers, Cary Elbaum, Lisa Farnsworth, Jack Finley, James Gabrys, Gregory Gopodarek, Laura Gue, James Hadley, Gerald Hillard, Carl Langbein, Debbie K. Lubonski, Thomas Majka, Frederick Markt, Mary McCarthy, Doris Megesi, Steve Miholics, Marleen Miller, Lewis Moore Jr., Philip Moscato, Brian Neary, Karl Nicosia, Barry O'Neill, Roger Ruggieri, Robert Short Jr., Ruth Stewart, Charles Szymanski, Billie Thomas, Frank Tricoli, Henry Tuohy, Jerry Vincent, Walter Waitz, Mark Weiss, Donald Wickersham, John Zimmer. (Attachments: # 1 Memorandum in Opposition# 2 Statement of Material Facts# 3 Affidavit of Thomas G. Moukawsher# 4 Exhibit A# 5 Exhibit B# 6 Exhibit C# 7 Exhibit D# 8 Exhibit E# 9 Exhibit F# 10 Exhibit G# 11 Exhibit H# 12 Exhibit I# 13 Exhibit J# 14 Exhibit K# 15 Exhibit L)(Candee, D.) (Entered: 12/22/2004) |
| --- | --- | --- |
| 12/21/2004 | 59 | MOTION to Amend [10] Amended Complaint to add plaintiffs Donna Cochran, Steve Crowther and Philip Salamone by Gail Adams, Donald Bakert, RoseMarie Black, Albin Blom, Mike Blount, Clayton Borowski, William Brady, Aldo Camerin, Terri Carpenter, Michael Coughlin, Delia Coy, Paul Crowe, Denise Cyphers, Cary Elbaum, Lisa Farnsworth, Jack Finley, James Gabrys, Gregory Gopodarek, Laura Gue, James Hadley, Gerald Hillard, Carl Langbein, Debbie K. Lubonski, Thomas Majka, Frederick Markt, Mary McCarthy, Doris Megesi, Steve Miholics, Marleen Miller, Lewis Moore Jr., Philip Moscato, Brian Neary, Karl Nicosia, Barry O'Neill, Roger Ruggieri, Robert Short Jr., Ruth Stewart, Charles Szymanski, Billie Thomas, Frank Tricoli, Henry Tuohy, Jerry Vincent, Walter Waitz, Mark Weiss, Donald Wickersham, John Zimmer.Responses due by 1/11/2005 (Candee, D.) (Entered: 12/22/2004) |
| 12/21/2004 | 60 | STIPULATION of Dismissal of Amended Complaint of plaintiffs Aldo C. Camerin, Terry Carpenter and Denise Cyphers as to Dunn & Bradstreet Corp., Dunn & Bradstreet Corp. Retirement Account and Dunn & Bradstreet Career Transition Plan by Gail Adams, Donald Bakert, RoseMarie Black, Albin Blom, Mike Blount, Clayton Borowski, William Brady, Aldo Camerin, Terri Carpenter, Michael Coughlin, Delia Coy, Paul Crowe, Denise Cyphers, Dun & Bradstreet Career Transition Plan, Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet, Corp., Cary Elbaum, Lisa Farnsworth, Jack Finley, James Gabrys, Gregory Gopodarek, Laura Gue, James Hadley, Gerald Hillard, Carl Langbein, Debbie K. Lubonski, Thomas Majka, Frederick Markt, Mary McCarthy, Doris Megesi, Steve Miholics, Marleen Miller, Lewis Moore Jr., Philip Moscato, Brian Neary, Karl Nicosia, Barry O'Neill, Roger Ruggieri, Robert Short Jr., Ruth Stewart, Charles Szymanski, Billie Thomas, Frank Tricoli, Henry Tuohy, Jerry Vincent, Walter Waitz, Mark Weiss, Donald Wickersham, John Zimmer. (Candee, D.) (Entered: 12/22/2004) |

| | | |
|---|---|---|
| 12/21/2004 | 61 | STIPULATION of Dismissal as to counts one and two of Amended Complaint dated 6/30/03 by Gail Adams, Donald Bakert, RoseMarie Black, Albin Blom, Mike Blount, Clayton Borowski, William Brady, Aldo Camerin, Terri Carpenter, Michael Coughlin, Delia Coy, Paul Crowe, Denise Cyphers, Dun & Bradstreet Career Transition Plan, Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet, Corp., Cary Elbaum, Lisa Farnsworth, Jack Finley, James Gabrys, Gregory Gopodarek, Laura Gue, James Hadley, Gerald Hillard, Carl Langbein, Debbie K. Lubonski, Thomas Majka, Frederick Markt, Mary McCarthy, Doris Megesi, Steve Miholics, Marleen Miller, Lewis Moore Jr., Philip Moscato, Brian Neary, Karl Nicosia, Barry O'Neill, Roger Ruggieri, Robert Short Jr., Ruth Stewart, Charles Szymanski, Billie Thomas, Frank Tricoli, Henry Tuohy, Jerry Vincent, Walter Waitz, Mark Weiss, Donald Wickersham, John Zimmer. (Candee, D.) (Entered: 12/22/2004) |
| 01/04/2005 | 62 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. ORDER granting 59 Motion to Amend [10] Amended Complaint. Signed by Judge Stefan R. Underhill on 1/4/05. (Sbalbi, B.) (Entered: 01/04/2005) |
| 01/04/2005 | 63 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. Stipulation Approved re 60 Dismissal of specified plaintiffs, filed by Dun & Bradstreet, Corp., Barry O'Neill, Mark Weiss, Mary McCarthy, Clayton Borowski, Gail Adams, Donald Bakert, RoseMarie Black, Albin Blom, Mike Blount, William Brady, Aldo Camerin, Terri Carpenter, Michael Coughlin, Delia Coy, Paul Crowe, Denise Cyphers, Cary Elbaum, Lisa Farnsworth, Jack Finley, James Gabrys, Gregory Gopodarek, Laura Gue, James Hadley, Gerald Hillard, Carl Langbein, Thomas Majka, Frederick Markt, Doris Megesi, Steve Miholics, Marleen Miller, Lewis Moore, Philip Moscato, Brian Neary, Karl Nicosia, Roger Ruggieri, Robert Short, Ruth Stewart, Charles Szymanski, Billie Thomas, Frank Tricoli, Henry Tuohy, Jerry Vincent, Walter Waitz, Donald Wickersham, John Zimmer, Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet Career Transition Plan, Debbie K. Lubonski. Signed by Judge Stefan R. Underhill on 1/4/05. (Sbalbi, B.) (Entered: 01/04/2005) |
| 01/04/2005 | 64 | ELECTRONIC ENDORSEMENT ORDER. THIS IS THE ONLY NOTICE THE COURT WILL ISSUE. Stipulation Approved re 61 Dismissal of 2 counts, filed by Dun & Bradstreet, Corp., Barry O'Neill, Mark Weiss, Mary McCarthy, Clayton Borowski, Gail Adams, Donald Bakert, RoseMarie Black, Albin Blom, Mike Blount, William Brady, Aldo Camerin, Terri Carpenter, Michael Coughlin, Delia Coy, Paul Crowe, Denise Cyphers, Cary Elbaum, Lisa Farnsworth, Jack Finley, James Gabrys, Gregory Gopodarek, Laura Gue, James Hadley, Gerald Hillard, Carl Langbein, Thomas Majka, Frederick Markt, Doris Megesi, Steve Miholics, Marleen Miller, Lewis Moore, Philip Moscato, Brian Neary, Karl Nicosia, Roger Ruggieri, Robert Short, Ruth Stewart, Charles Szymanski, Billie Thomas, Frank Tricoli, Henry Tuohy, Jerry Vincent, Walter Waitz, Donald Wickersham, John |

| | | |
|---|---|---|
| | | Zimmer, Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet Career Transition Plan, Debbie K. Lubonski. Signed by Judge Stefan R. Underhill on 1/4/05. (Sbalbi, B.) (Entered: 01/04/2005) |
| 01/11/2005 | 65 | MOTION to VACATE [62] Order on 59 MOTION to Amend [10] Amended Complaint, MOTION for RECONSIDERATION re 59 MOTION to Amend [10] Amended Complaint,, by Dun & Bradstreet Career Transition Plan, Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet, Corp. Responses due by 2/1/2005 (Attachments: # 1 Memorandum in Support # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F)(Candee, D.) (Entered: 01/13/2005) |
| 01/11/2005 | 66 | MEMORANDUM IN OPPOSITION re 59 MOTION to Amend [10] Amended Complaint filed by Dun & Bradstreet Career Transition Plan, Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet, Corp. (Attachments: # 1 Memorandum in Support # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F)(Candee, D.) (Entered: 01/13/2005) |
| 01/14/2005 | 67 | REPLY to Response to 51 MOTION for Summary Judgment filed by Dun & Bradstreet Career Transition Plan, Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet, Corp.. (Attachments: # 1 Exhibit L # 2 Exhibit M # 3 Exhibit N # 4 Exhibit O)(Candee, D.) (Entered: 01/19/2005) |
| 01/21/2005 | 69 | Plaintiff's Response to re 65 Motion to Vacate and It's Opposition to re 59 Motion to Amend filed by all plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Warren, C.) (Entered: 01/24/2005) |
| 02/04/2005 | 72 | REPLY to Response to 65 MOTION to Vacate [62] Order on 59 Motion to Amend [10] Amended Complaint, MOTION for Reconsideration re 59 MOTION to Amend [10] Amended Complaint filed by Dun & Bradstreet, Corp., Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet Career Transition Plan.(Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit E # 5 Exhibit F) EXHIBIT D SUMBITTED IN PAPER FORM.(Candee, D.) (Entered: 02/08/2005) |
| 02/08/2005 | 74 | REPLY to Response to 51 MOTION for Summary Judgment filed by Dun & Bradstreet, Corp., Dun & Bradstreet Corp Retirement Acct, Dun & Bradstreet Career Transition Plan. (Attachments: # 1 Exhibit A - Part 1 # 2 Exhibit A - Part 2)(Candee, D.) (Entered: 02/09/2005) |
| 05/02/2005 | 78 | ORDER in open Court and on the record taking under advisement 51 Motion for Summary Judgment, taking under advisement 65 Motion for Reconsideration, taking under advisement 65 Motion to Vacate. Underhill, J. (Montz, A.) (Entered: 05/02/2005) |
| 05/18/2005 | 79 | Letter from Thomsas G. Moukawsher Dated 5/17/05 Re: Claude Poulin's calculations. (Candee, D.) (Entered: 05/19/2005) |
| 06/07/2005 | 80 | MEMORANDUM AND ORDER granting 51 Motion for Summary Judgment, granting 65 Motion for Reconsideration re 59 MOTION to Amend/Correct [10] Amended Complaint, filed by Barry O'Neill, Mark Weiss, Mary McCarthy, Clayton Borowski, Gail Adams, Donald Bakert, |

5

| | | |
|---|---|---|
| | | RoseMarie Black, Albin Blom, Mike Blount, William Brady, Aldo Camerin, Terri Carpenter, Michael Coughlin, Delia Coy, Paul Crowe, Denise Cyphers, Cary Elbaum, Lisa Farnsworth, Jack Finley, James Gabrys, Gregory Gopodarek, Laura Gue, James Hadley, Gerald Hillard, Carl Langbein, Thomas Majka, Frederick Markt, Doris Megesi, Steve Miholics, Marleen Miller, Lewis Moore, Jr., Philip Moscato,, Brian Neary, Karl Nicosia, Roger Ruggieri, Robert Short, Jr., Ruth Stewart, Charles Szymanski, Billie Thomas, Frank Tricoli, Henry Tuohy, Jerry Vincent, Walter Waitz, Donald Wickersham, John Zimmer, Debbie K. Lubonski, granting 65 Motion to Vacate. Signed by Judge Stefan R. Underhill on 6/6/05. (Candee, D.) (Entered: 06/08/2005) |
| 06/14/2005 | 81 | JUDGMENT in favor of defendants and case is closed. Signed by Clerk on 6/14/05. (Candee, D.) (Entered: 06/14/2005) |
| 07/11/2005 | 84 | NOTICE OF APPEAL as to 81 Judgment, 53 Order on Motion to Dismiss, 80 Order on Motion for Summary Judgment, Order on Motion for Reconsideration, Order on Motion to Vacate, by Michael Coughlin, Delia Coy, Paul Crowe, Cary Elbaum, Lisa Farnsworth, Jack Finley, James Gabrys, Gregory Gopodarek, Mary McCarthy, Laura Gue, James Hadley, Gerald Hillard, Carl Langbein, Debbie K. Lubonski, Thomas Majka, Frederick Markt, Doris Megesi, Steve Miholics, Marleen Miller, Clayton Borowski, Lewis Moore, Jr, Philip Moscato, Brian Neary, Karl Nicosia, Barry O'Neill, Roger Ruggieri, Robert Short, Jr, Ruth Stewart, Charles Szymanski, Billie Thomas, Gail Adams, Frank Tricoli, Henry Tuohy, Jerry Vincent, Walter Waitz, Mark Weiss, Donald Wickersham, John Zimmer, all plaintiffs, Donald Bakert, RoseMarie Black, Albin Blom, Mike Blount, William Brady. (Simpson, T.) (Entered: 07/12/2005) |
| 07/18/2005 | 85 | TRANSCRIPT of Proceedings held on 5/2/05 before Judge Stefan R. Underhill. Court Reporter: Susan E. Catucci. (Simpson, T.) (Entered: 07/18/2005) |

RESPECTFULLY SUBMITTED,
FOR THE PLAINTIFFS:

BY: _____
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street; Suite 209
Hartford, CT 06106
(860) 278-7000

THEIR ATTORNEYS

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed on this date to the following counsel of record:

Patrick W. Shea
Paul, Hastings, Janofsky
& Walker
1055 Washington Blvd.
9th Floor
Stamford, CT 06901

Date: October 18, 2005

_____
Thomas G. Moukawsher