AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

District of   CONNECTICUT

MARY McCARTHY, ET AL.,

V.

THE DUN & BRADSTREET CORPORATION, ET AL.,

**BILL OF COSTS**

Case Number: 3:03-cv-00431 (SRU)

Judgment having been entered in the above entitled action on   June 14, 2005* against   Plaintiffs  ,
                                                                        Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................... | $ |
| Fees for service of summons and subpoena ......................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,162.00 |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses (itemize on page two) ........................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case .......... | 123.60 |
| Docket fees under 28 U.S.C. 1923 ................................................. | |
| Costs as shown on Mandate of Court of Appeals ..................................... | |
| Compensation of court-appointed experts ........................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ...................................................... | |
| TOTAL | $ 1,285.60 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service by e-mail as set forth below and/or. via the court's electronic filing system.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:   _[signature]_

Name of Attorney:   Christine Button, Esq.

For:  Defendants                                                           Date:
         Name of Claiming Party

Costs are taxed in the amount of _____  and included in the judgment.

_____   By: _____   _____
Clerk of Court                    Deputy Clerk                    Date

*Mandate issued by the Court of Appeals, Second Circuit on April 23, 2007.

☙AO 133      (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, CLAYTON BOROWSKI, individually and on behalf of others similarly situated, and individually, GAIL ADAMS, DONALD BAKERT, ET AL., <br><br> Plaintiffs, <br><br> - against - <br><br> THE DUN & BRADSTREET CORPORATION, THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT, and THE DUN & BRADSTREET CAREER TRANSITION PLAN, <br><br> Defendants. | CIVIL ACTION NO. 3:03-CV-00431 (SRU) <br><br><br> May 2, 2007 |

**DEFENDANTS' NOTICE OF APPLICATION TO TAX COSTS, DECLARATION OF CHRISTINE BUTTON IN SUPPORT THEREOF, BILL OF COSTS AND ITEMIZATION SCHEDULES**

TO PLAINTIFFS MARY McCARTHY, ET AL. AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants hereby apply to the Clerk to tax costs on their behalf against Plaintiffs in the amount of $1,285.60, as set forth in the attached Bill of Costs and supporting documentation being filed concurrently herewith.

This Application is made pursuant to 28 U.S.C. Section 1920 and Local Rule 54(c) of the United States District Court for the District of Connecticut and the Mandate issued by the United States Court of Appeals For The Second Circuit entered on behalf of the Defendants on April 23, 2007.

This Application is and will be based on this Notice of Application; the attached Declaration of Christine Button; the Bill of Costs, Itemization and Exhibits attached hereto; the

pleadings and papers on file herein; and such other documentary evidence as may be presented prior to or at the time this Application is considered by the Clerk of the Court.

DATED: May 2, 2007

Respectfully submitted,

By:    /s/Christine Button
Patrick W. Shea (ct07071)
Christine Button (ct26268)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
patrickshea@paulhastings.com

Counsel for the Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, CLAYTON BOROWSKI, individually and on behalf of others similarly situated, and individually, GAIL ADAMS, DONALD BAKERT, ET AL., <br><br>Plaintiffs, <br><br>- against - <br><br>THE DUN & BRADSTREET CORPORATION, THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT, and THE DUN & BRADSTREET CAREER TRANSITION PLAN, <br><br>Defendants. | CIVIL ACTION NO. 3:03-CV-00431 (SRU) <br><br><br>May 2, 2007 |

DECLARATION OF CHRISTINE BUTTON

I, Christine Button, declare as follows:

1. I am an attorney at law duly licensed to practice and practicing before this United States District Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel of record for Defendants in the above-captioned action.

2. I have personal knowledge of the facts set forth below, and of the facts set forth in the Notice of Application to the Clerk to Tax Costs which this Declaration supports. If called as a witness, I could and would testify competently thereto.

3. I have reviewed all of the items of cost and corresponding invoices, receipts and statements submitted in connection with the Bill of Costs and have determined that such records are true and accurate. In addition, such records are maintained in the ordinary course of business. True and correct copies of statements supporting the Bill of Costs and

-3-

Itemization are attached hereto as Exhibits "1" through "4" and incorporated herein by this reference.

   4.  The costs, including services for which fees have been charged and necessarily performed, are correct, were actually and necessarily incurred in the defense of this matter, and the costs have either been paid by the Defendants or the obligation for payment has been incurred. Each of the requested costs is properly taxed for the following reasons:

     a.  Fees of the Court Reporter - Said costs were necessary to counsel's effective performance and proper handling of this action on behalf of the Defendants. These costs are reasonable and taxable as costs pursuant to Local Rule 54(c), 28 U.S.C. Section 1920.

     b.  Fees for Exemplification and Copies of Papers Necessarily Obtained For Use in the Case and Reproduction of Documents - Said costs were necessarily incurred in the case. These costs include copies of documents filed with the Court, admitted into evidence and served on counsel. These costs were necessarily incurred for counsels' effective performance and proper handling of this action on behalf of the Defendants. The costs are reasonable and taxable as costs pursuant to 28 U.S.C. Section 1920(4) and Local Rule 54(c).

     c.  This Court's discretion in matters of taxing costs is aided by Federal Rule of Civil Procedure Rule 54(d)(1), which states that

-4-

"[C]osts . . . shall be allowed as of course to the prevailing party unless the court otherwise directs."

I declare under penalty of perjury under the laws of the United States of America and the State of Connecticut that the foregoing is true and correct.

Executed on May 2, 2007, at Stamford, Connecticut.

_____
Christine Button

Subscribed and sworn to before me this 2nd day of May, 2007.

_____
Notary Public

ANNA ROBERTS DALLIN
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2011

-5-

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, CLAYTON BOROWSKI, individually and on behalf of others similarly situated, and individually, GAIL ADAMS, DONALD BAKERT, ET AL., <br><br> Plaintiffs, <br><br> - against - <br><br> THE DUN & BRADSTREET CORPORATION, THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT, and THE DUN & BRADSTREET CAREER TRANSITION PLAN, <br><br> Defendants. | CIVIL ACTION NO. 3:03-CV-00431 (SRU) <br><br><br> May 2, 2007 |

## **ITEMIZATION OF THE DEFENDANTS' VERIFIED BILL OF COSTS**

Defendants submit this Itemization of their Verified Bill of Costs pursuant to Fed. R. Civ. P. 54(d), Local Rule 54(c) of the United States District Court for the District of Connecticut and 28 U.S.C. §§ 1920 and 1924. The Defendants are entitled to submit a Bill of Costs as a "prevailing party" under Fed. R. Civ. P. 54(d)(1) since the United States Court of Appeals for the Second Circuit affirmed the June 27, 2005 judgment of the District Court, granting summary judgment in favor of the Defendants, in its June 14, 2005 decision, which was issued as a Mandate on April 23, 2007. (Exhibit 1).

The Defendants have organized this Itemization so that it corresponds with the Bill of Costs attached hereto and filed simultaneously herewith.

-6-

II. <u>Fees of the Court Reporter</u>

The Defendants seek the cost of an original and one copy of the deposition transcripts, the court reporter's appearance fees, travel costs and postage charges incurred in connection with the depositions of Claude Poulin and Edward W. Brown which were used in support of Defendants' successful Motion for Summary Judgment and was necessarily obtained for use in this case.

| DEPONENT | DATE | FEES OF COURT REPORTER |
|---|---|---|
| CLAUDE POULIN | 5/27/04 | $790.00 |
| EDWARD BROWN | 10/6/04 | $372.00 |

**TOTAL COST** <u>$1,162.00</u>

**All backup documentation relating to the above costs is attached hereto at Tab 2.**

III. <u>Exemplifications and Copies of Papers.</u>

Defendants seek reimbursement for the cost of one copy of the exhibits attached to their successful Motion for Summary Judgment. The exhibits attached to the Summary Judgment Motion consisted of a total of 297 pages. Thus, Defendants seek reimbursement for a total of 297 copies at the rate that Paul, Hastings, Janofsky & Walker LLP charged Defendants for those copies.

| NUMBER OF COPIES | PER PAGE CHARGE | TOTAL COST |
|---|---|---|
| 297 | 20 cents per page | 59.40 |
|  |  |  |

**TOTAL COST** <u>$   59.40</u>

**All backup documentation relating to the above costs is attached hereto at Tab 3.**

-7-

Defendants further seek reimbursement for the cost of one copy of the deposition exhibits admitted into evidence at the depositions of Claude Poulin, taken on May 27, 2004 and Edward W. Brown, taken on October 6, 2004. The aforementioned deposition exhibits admitted into evidence consisted of a total of 321 pages. Thus, Defendants seek reimbursement for a total of 321 copies at the rate that Paul, Hastings, Janofsky & Walker LLP charged Defendants for those copies.

| NUMBER OF COPIES | PER PAGE CHARGE | TOTAL COST |
|---|---|---|
| 321 | 20 cents per page | 64.20 |
|  |  |  |

**TOTAL COST**                                       **$ 64.20**

**All backup documentation relating to the above costs is attached hereto at Tab 4.**

                                        **GRAND TOTAL OF ALL COSTS: $ 1,285.60**

DATED: May 2, 2007                         Respectfully submitted,

                                        By:    /s/ Christine Button
                                            Patrick W. Shea (ct07071)
                                            Christine Button (ct26268)
                                            Paul, Hastings, Janofsky & Walker, LLP
                                            1055 Washington Boulevard
                                            Stamford, CT  06901-2217
                                            Telephone:  (203) 961-7400
                                            Facsimile:   (203) 359-3031
                                            patrickshea@paulhastings.com

                                            Counsel for the Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, ET AL., <br><br>  Plaintiffs, <br><br> - against - <br><br> THE DUN & BRADSTREET CORPORATION, ET AL., <br><br>  Defendants. | CIVIL ACTION NO. 3:03-CV-00431 (SRU) <br><br><br><br><br> May 2, 2007 |

CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of May, 2007, a copy of the foregoing Defendants' Notice Of Application To Tax Costs, Declaration Of Christine Button In Support Thereof, Bill Of Costs And Itemization Schedules was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.:

Thomas G. Moukawsher, Esq.
Moukawsher & Walsh, LLC
21 Oak Street, Suite 209
Hartford, CT 06106


/s/ Christine Button
Christine Button

LEGAL_US_E # 74986016.1
DRAFT 05/01/07