# EXHIBIT 2

# CAMPANO & ASSOCIATES

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402  FAX 203-845-0398



# INVOICE

Patrick W. Shea, Esquire
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard, 9th Floor
Stamford, CT 06901-2217

June 15, 2004
Tax I.D. No. 06-1366246

---

FOR PROFESSIONAL SERVICES RENDERED:

In re:  Mary McCarthy, et al  vs. The Dun & Bradstreet Corporation

| | |
|---|---|
| Appearance Fee (May 27, 2004; 9:30 - 2:30) | $125.00 |
| Deposition of Claude Poulin (Orig. & 1) | $568.00 |
| ASCII Disk | $15.00 |
| Condensed Transcript | $30.00 |
| KeyWord Index | n/c |

| | |
|---|---|
| Subtotal | $738.00 |
| Shipping & Handling | $7.30 |
| 6% Sales Tax | $44.72 |
| **TOTAL DUE** | **$790.02** |

Reporter:   L. T. C.

---

PLEASE RETURN COPY OF INVOICE WITH PAYMENT.  THANK YOU.

**TERMS:  NET 30.  INTEREST AT 1.5% PER MONTH THEREAFTER.**
*We accept MasterCard & Visa.*

45010%



**Court Reporters**

30071

Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Blvd. 9th Floor

Stamford, CT 06901-2217

Attn: Patrick W. Shea, Esq.

Invoice Number:   300961

Invoice Date:   11/03/2004

Reporter:   Maryann Francis

Case Date:   10/06/2004

Case Name:   McCarthy et al v D&B et al

| Description | Pages | Rate | Amount |
|---|---|---|---|
| depo of Edward Brown | 93 | $4.00 | $372.00 |
| | Subtotal | | $372.00 |
| | **Amount Due** | | **$372.00** |

Payment due by:   12/03/2004

Tax ID # 14-1814497

**P.O. Box 12459**
**Albany, NY 12212-2459**
(518) 861-3600  fax (518) 452-0610