# EXHIBIT 3

```
MATTER: 27368-00002                    PAUL, HASTINGS, JANOFSKY & WALKER LLP    Proforma No.:           Page 67 (67)

                                       AMOUNT    INSTR DISB    INDEX
DATE       APPROVAL   SOURCE  QUANTITY IN: DO    CODE  CODE    NO       VOUCHER   DESCRIPTION
--------   --------   ------  -------- -------   ----  ----    -----    -------   -----------

                                       REDACTED




11/19/04    SKL       228196   297.00   59.40    218            15103027          Photocopy Charges
```