# EXHIBIT 4

| DATE | APPROVAL | SOURCE | QUANTITY | AMOUNT IN: DO | INSTR CODE | DISB CODE | INDEX NO | VOUCHER | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|

REDACTED

| DATE | APPROVAL | SOURCE | QUANTITY | AMOUNT IN: DO | INSTR CODE | DISB CODE | INDEX NO | VOUCHER | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 09/30/04 | SKL | 224206 | 321.00 | 64.20 | | 218 | 14959295 | | Photocopy Charges |