UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, CLAYTON BOROWSKI, individually and on behalf of others similarly situated, and individually, GAIL ADAMS, DONALD BAKERT, et al., <br><br>                  Plaintiffs, <br><br>        -against- <br><br><br> THE DUN & BRADSTREET CORPORATION, THE DUN & BRADSTREET CORPORATION RETIREMENT ACCOUNT, and THE DUN & BRADSTREET CAREER TRANSITION PLAN, <br><br>                  Defendants. | CIVIL ACTION NO. <br> 3:03 CV 0431 (SRU) <br><br><br><br> MAY 3, 2007 |

### **APPEARANCE OF CHRISTINE BUTTON**

       TO THE CLERK OF THE COURT:  Please enter my appearance as counsel of record for Defendants in the above-captioned matter.

Dated:  May 3, 2007             Respectfully submitted,

                                        By:      /s/ Christine Button
                                                        Christine Button (ct26268)
                                                        PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                                        1055 Washington Boulevard
                                                        Stamford, CT  06901-2217
                                                        Telephone:  (203) 961-7400
                                                        Facsimile:  (203) 359-3031
                                                        Email: christinebutton@paulhastings.com

                                                        Counsel for Defendants

LEGAL_US_E # 75024203.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY McCARTHY, ET AL.,<br><br>                  Plaintiffs,<br><br>   - against -<br><br>THE DUN & BRADSTREET CORPORATION, ET AL,<br><br>                  Defendants. | CIVIL ACTION NO.<br>3:03-CV-00431 (SRU)<br><br><br><br><br>May 3, 2007 |

CERTIFICATE OF SERVICE

      This is to certify that on this 3rd day of May, 2007, a copy of the foregoing Appearance of Christine Button was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.:

                Thomas G. Moukawsher, Esq.
                Moukawsher & Walsh, LLC
                21 Oak Street, Suite 209
                Hartford, CT  06106

                                                    __/s/ Christine Button_____
                                                    Christine Button