UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MCCARTHY, ET AL, | : | DOC. NO. 3:03:CV 431 (SRU) |
| Plaintiffs, | : | |
| v. | : | |
| DUN & BRADSTREET, ET AL, | : | |
| Defendants. | : | May 7, 2007 |

**PLAINTIFFS' OBJECTION TO
DEFENDANTS' VERIFIED BILL OF COSTS**

Pursuant to Local Rule of Civil Procedure 54 (b) plaintiffs hereby respectfully object to defendants verified bill of costs. Defendants claim a total of $1,285.60 as recoverable deposition costs but the Court should only allow a total recovery of $1,083.33. In support of this objection, plaintiffs state the following:

Defendants incorrectly seek recovery for a condensed copy, an ASCII disk, and shipping and handling for the transcript of Claude Poulin's deposition. According to this Court on September 5, 2006 in *Coan v. Kaufman*, shipping and handling are not recoverable costs,[1] nor are charges for ASCII disks and condensed transcripts.[2] The Court should reduce the cost for the Poulin transcript to $734.58.

---

[1] 3:03cv431(SRU), United States District Court District of Connecticut, Ruling on Defendants' Bill of Costs (Exhibit A).

[2] *Id*. L.R.Civ.P. 54 (c) 6 states: "the following items are not taxable as costs... (iv) costs of an expedited or daily copy transcript produced for the convenience of counsel." L.R.Civ.P. 54 (c) 2 states: "the cost of an original and one copy of deposition transcripts are recoverable as costs... if they are necessarily obtained for the preparation of a case and not for the convenience of counsel."

Defendants incorrectly seek recovery for the transcript of Edward Brown's deposition at the rate of $4 a page. According to this Court in *Coan v. Kaufman*, the maximum transcript rate is $3.75 a page.[3] At 93 pages, the Court should reduce the cost for the Brown transcript to $348.75.

Defendants claim a total of $123.60 as recoverable costs for one copy of exhibits attached to a successful summary judgment brief and one copy of deposition exhibits. They claim 618 pages at a rate of $0.20 a page, the amount Paul, Hastings, Janofsky & Walker charges for photocopies. Although the Federal Rules and Local Rules of Civil Procedure do not define reasonable copy costs, by analogy the Federal Rules of Appellate Procedure at 39 (c) states: "Each court of appeals must, by local rule, fix the maximum rate for taxing the cost of producing necessary copies of a brief or appendix, or copies of records authorized by Rule 30(f). The rate must not exceed that generally charged for such work in the area where the clerk's office is located and should encourage economical methods of copying." Defendants should charge the going commercial rate in the New Haven area, simply stating that defense counsel charges their clients $0.20 per copy does nothing to show that the sum is reasonable. Accordingly, The Court should not allow this charge.

For these reasons the Plaintiffs respectfully request the Court reduce Defendants' Verified Bill of Costs by $1,285.60 and award $1,083.33.

---

[3] 3:03cv431(SRU), United States District Court District of Connecticut, Ruling on Defendants' Bill of Costs (Exhibit A).

PLAINTIFFS:

BY: /s/ Thomas G. Moukawsher
Thomas G. Moukawsher (ct08940)
Ian O. Smith (ct24135)
Moukawsher & Walsh, LLC
21 Oak Street; Suite 209
Hartford, CT 06106
T: (860) 278-7000
F: (860) 548-1740
E: tmoukawsher@mwlawgroup.com
E: ismith@mwlawgroup.com

THEIR ATTORNEYS

3

## CERTIFICATION OF SERVICE

I hereby certify that on May 7, 2007, a copy of foregoing Plaintiffs' Objection to Defendants' Bill of Costs was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Patrick W. Shea
patrickshea@paulhastings.com
Christine Button
christinebutton@paulhastings.com
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd. 9th Floor
Stamford, CT 06901
203-961-7434

/s/ Thomas G. Moukawsher
Thomas G. Moukawsher
Moukawsher & Walsh, LLC
21 Oak Street; Suite 209
Hartford, CT 06106
T: (860) 278-7000
F: (860) 548-1740
tmoukawsher@mwlawgroup.com