UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Thomas Asreen
ACTING CLERK

Date: 3/29/07
Docket Number: 05-3828-cv
Short Title: McCarthy v. Dun & Bradstreet
DC Docket Number: 03-cv-431
DC: CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Stefan Underhil

*FILED APR 2 4 2007 — Thomas Asreen, Acting Clerk, SECOND CIRCUIT*

## ITEMIZED AND VERIFIED BILL OF COSTS

Counsel for **Appellees Dun & Bradstreet** respectfully submits, pursuant to Rule 39 (c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare and itemized statement of costs taxed against the Appellant, **Mary McCarthy, et al.**

and in favor of **the Defendants-Appellees Dun & Bradstreet, et al.** for insertion in the mandate.

Docketing Action — N/A

Costs of printing appendix (necessary copies ___ ) — N/A

Costs of printing brief (necessary copies **16** ) — **$662.29**

Costs of printing reply brief (necessary copies ___ ) — N/A

(VERIFICATION HERE)

Signature
Patrick W. Shea
Attorney for Appellees Dun & Bradstreet

STATEMENT OF COSTS
Taxed in the amount of $ **662.29** in favor of **Appellees**
FOR THE COURT:
THOMAS ASREEN, Acting Clerk

4/24/07
Date
Tracy W. Young, Motions Staff Attorney

CERTIFIED: 4/24/07

04/12/2007 11:08 FAX  12124471621        COUNSEL PRESS                    ☑001/001



COUNSEL PRESS

BILL OF COSTS

**CLIENT:**
Paul Hasting Jonofsky & Walker

**ADDRESS:**
1055 Washington Boulevard
Stamford, CT 06901
Attn: Christine Button, Esq.

**CAPTION:**
McCarthy v. Dun & Bradstreet

**COURT:**
Second Circuit Court

**INVOICE No.:**
5128450

| ITEMS: | No. of Copies | No. of Pages | | Unit Costs | Total |
|---|---|---|---|---|---|
| **Appellee's Brief and Appendix** | | | | | |
| Covers & Binding | 16 | 1 | @ | $ 125.00 | $ 125.00 |
| Table of Contents | | 1 | @ | $ 35.00000 | $ 35.00 |
| Reproduction | 16 | 71 | @ | $ 0.40493 | $ 460.00 |
| ~~Numbered Make Ready~~ | | ~~21~~ | ~~@~~ | ~~$ 0.25~~ | ~~$ 5.25~~ |
| Pages Motion | | 3 | @ | $ 1.60 | $ 4.80 |
| ~~Digital Certification~~ | | ~~1~~ | | ~~$ 25.00~~ | ~~$ 25.00~~ |
| ~~1 Filing & 1 Service~~ | | ~~1~~ | ~~@~~ | ~~$ 90.00~~ | ~~$ 90.00~~ |
| ~~E-Filing~~ | | ~~1~~ | ~~@~~ | ~~$ 35.00~~ | ~~$ 35.00~~ |
| ~~Disbursements~~ | | | | ~~$ 46.00~~ | ~~$ 46.00~~ |

|  |  |  |
|---|---|---|
| Sub-Total | | $ ~~826.05~~ 624.80 |
| Applicable Sales Tax | 6.000% | $ ~~49.56~~ 37.49 |
| Total | | $ ~~875.61~~ 662.29 |

Counsel Press LLC  520 Eighth Avenue, 8th Floor  New York, NY 10018  212 685 9800 tel  212 447 1621 fax  www.counselpress.com

New York  Washington  Philadelphia  Boston  Buffalo  [illegible]  Richmond  Los Angeles  Rochester  Syracuse

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK )

      FRANK N. DAGOSTINO, being duly sworn, deposes and says. I am over the age of eighteen years, employed by the law firm of Paul, Hastings, Janofsky & Walker LLP, and not a party to this action. On the 12th day of April, 2007, I served a true and correct copy of the within BILL OF COSTS upon counsel for Appellant, McCarthy by enclosing true copies of same in securely sealed first class postpaid envelope properly addressed and depositing same into an official depository maintained by the Unites States Postal Service within New York State as addressed below:

      MOUKAWSHER & WALSH, LLC
      21 Oak Street
      Suite 209
      Hartford, CT 06106
      Attn. Thomas G. Moukawsher, Esq.

the address designated by them for this purpose.

                                                      Frank N. Dagostino

Sworn to before me this
12th day of April, 2007

Notary Public

DENNIS CAIRNS
Notary Public, State of New York
No. 01CA6114237
Qualified in Queens County
Commission Expires August 9, 2008