# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT



nbct
03-cv-431
Underhill

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of March, two thousand and seven.

Before:    Hon. Amalya L. Kearse
           Hon. Robert D. Sack
                    *Circuit Judges*
           Hon. Timothy C. Stanceau,
                    *Judge**

Docket No. 05-3828-cv

---

Mary McCarthy, Clayton Borowski, on behalf of others similarly situated, Gail Adams, Donald Bakert, RoseMarie Black, Albin Blom, Mike Blount, William Brady, Donna Cochran, Steve Crowther, Michael Coughlin, Delia Coy, Paul Crowe, Cary Elbaum, Lisa Farnsworth, Jack Finley, James Gabrys, Gregory Gopodarek, Laura Gue, James Hadley, Gerald Hillard, Carl Langbein, Thomas Majka, Frederick Markt, Doris Megesi, Steve Miholics, Marleen Miller, Lewis Moore Jr., Philip Moscato, Brian Neary, Karl Nicosia, Barry O'Neill, Roger Ruggieri, Philip Salamone, Robert Short Jr., Ruth Stewart, Charles Szymanski, Billie Thomas, Frank Tricoli, Bill Tuohy, Jerry Vincent, Walter Waitz, Mark Weiss, Donald Wickersham, John Zimmer and Debbie K. Lubonski, Exec of the Est of Katherine J. Lubonski,
                    Plaintiffs-Appellants,

   v.

The Dun & Bradstreet, Corporation, The Dun & Bradstreet Corporation Retirement Account, and The Dun & Bradstreet Career Transition Plan,
                    Defendants-Appellees,

Aldo Camerin, Terri Carpenter, Denise Cyphers and Katherine Lubonski,
                    Plaintiffs.

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this court.

FOR THE COURT:
THOMAS ASREEN, Acting Clerk
by

*Tracy W. Young*
Tracy W. Young
Motions Staff Attorney

Issued as Mandate: 4/23/07

* The Honorable Timothy C. Stanceau, United States Court of International Trade, sitting by designation.