UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARY McCARTHY, et al

     v.                                                3:03cv431 SRU

THE DUN & BRADSTREET
CORPORATION, et al

## RULING ON BILL OF COSTS

On June 14, 2005, judgment entered for the defendants after ruling on a motion for summary judgment and on April 23, 2007, the U. S. Court of Appeals mandate was filed affirming the judgment of the U.S. District Court.  On May 2, 2007, the defendants submitted a Bill of Costs and on May 7, 2007 an objection was filed by the plaintiff.   For the reasons stated below, defendants bill of costs is granted in part and denied in part.

A. FEES FOR COURT REPORTER: Defendant is entitled to costs for an original and one copy of the transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80.  Pursuant to Vol VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an original and one copy are $4.13 per page.  Postage and handling and charges for delivery of transcripts are not recoverable as costs, Wahl v. Carrier Mfg. Co., Inc. 511 F.2d 209, 217 (7$^{th}$Cir., 1975).  Condensed, ASCII disk, expedited or daily transcripts are also not recoverable as costs.  Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2.(ii).

The defendants submit a claim for the deposition transcript of Claude Poulin,

1

which was used in the successful summary judgment motion, in the amount of $790.00. The plaintiff objects to that portion of the claim for ASCII Disk and Condensed Transcript, and that objection is sustained. Therefore, the claim is reduced to $734.58. The defendants submit a claim for the deposition transcript of Edward Brown, which was used in the successful summary judgment motion, in the amount of $372.00. The plaintiff objects based on the statutory page rate. The statutory page rate for an original and one copy as of April 1, 2003, is $4.13, therefore this claim is allowed in the amount of $372.00.

Costs are entered in the amount of **$1,106.58**.

     B. FEES FOR COPIES: The cost of exhibits appended to a successful summary judgment motion are allowed pursuant to Local Rule 54(c)3.(iii). The defendant submits a claim for copies in the amount of $59.40 for exhibits attached to the summary judgment motion and $64.20 for deposition exhibits. The plaintiff objects based on the page rate of $0.20 per page charged and states that "the rate must not exceed that generally charged for such work in the area where the clerk's office is located". The Clerk would note that the statutory rate for copies obtained in the District of Connecticut, Clerk's office is $0.50 per page and therefore, overrules the objection and allows the claim in the amount of $123.60

Costs are entered in the amount of **$123.60**.

     C. SUMMARY: For the reasons previously stated, the defendants bill of costs are allowed as follows:

    Fees of the Court Reporter            $1,106.58

| | |
|---|---|
| Fees for Copies | $   123.60 |
| Total | $1,230.18 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Bridgeport, Connecticut, this 13th day of July, 2007.

                                              KEVIN F. ROWE, Clerk

                                              By   /s/Chrystine W. Cody
                                                       Deputy-in-Charge